COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
INTERSECT ENT, INC., LISA D. EARNHARDT,
JERYL L. HILLEMAN and ROBERT H. BINNEY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSECT ENT, INC., LISA D. EARNHARDT, JERYL L. HILLEMAN and ROBERT H. BINNEY, JR.,<br><br>Defendants. | Case No.  4:19-cv-02647-JSW<br><br>**DECLARATION OF SAMANTHA A. KIRBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED CLASS ACTION AMENDED COMPLAINT**<br><br>Date:       May 29, 2020<br>Time:       9:00 a.m.<br>Judge:      Hon. Jeffrey S. White<br>Courtroom:  5 |

I, Samantha A. Kirby, declare as follows:

1.    I am an attorney licensed to practice in the State of California and an associate at the law firm Cooley LLP, counsel for Defendants Intersect ENT, Inc. ("Intersect"), Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr. (with Intersect, "Defendants") in this litigation.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint (the "Motion to Dismiss").  I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would testify competently thereto.

2.    **Exhibit A** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the first fiscal quarter of 2018 ("Q1 2018") filed with the Securities and Exchange Commission ("SEC") on May 3, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

3.    **Exhibit B** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the J.P. Morgan Healthcare Conference, which occurred on January 9, 2018.

4.    **Exhibit C** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the fourth fiscal quarter of 2017 ("Q4 2017"), which occurred on February 27, 2018.

5.    **Exhibit D** attached hereto is a true and correct transcript of Intersect's presentation at the Deutsche Bank Health Care Conference, which occurred on May 9, 2018.

6.    **Exhibit E** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the second fiscal quarter of 2018 ("Q2 2018") filed with the SEC on August 3, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

7.    **Exhibit F** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the third fiscal quarter of 2018 ("Q3 2018") filed with the SEC on November 5, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

8.    **Exhibit G** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the fourth fiscal quarter of 2018 ("Q4 2018"), which occurred on February 25, 2019.

9.    **Exhibit H** attached hereto is a true and correct highlighted copy of Intersect's Form 10-K for the fiscal year of 2018 filed with the SEC on February 28, 2019.  The 10-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

KIRBY DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW

10.     **Exhibit I** attached hereto is a true and correct highlighted copy of Intersect's press release reporting financial results for the first fiscal quarter of 2019 ("Q1 2019"), attached as an exhibit to Intersect's Form 8-K filed with the SEC on May 6, 2019.  The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

11.     **Exhibit J** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for Q1 2019 filed with the SEC on May 7, 2019.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

12.     **Exhibit K** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the second fiscal quarter of 2019, which occurred on August 1, 2019.

13.     **Exhibit L** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the third fiscal quarter of 2019, which occurred on November 1, 2019.

14.     **Exhibit M** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for Q2 2018, which occurred on August 1, 2018.

15.     **Exhibit N** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for Q3 2018, which occurred on November 5, 2018.

16.     **Exhibit O** attached hereto is a true and correct highlighted copy of the Piper Jaffray report titled, *Q4 Beat (in-line SINUVA); '19 Guide Lower than Expected but Upside Exists* and published on January 7, 2019.

17.     **Exhibit P** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for Q1 2018, which occurred on May 1, 2018.

18.     **Exhibit Q** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for Q1 2019, which occurred on May 6, 2019.

19.     **Exhibit R** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the J.P. Morgan Healthcare Conference, which occurred on January 9, 2019.

20.     **Exhibit S** attached hereto is a true and correct highlighted copy of Intersect's press release announcing financial results for Q4 and full year 2017, attached as an exhibit to Intersect's Form 8-K filed with the SEC on February 27, 2018.  The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

KIRBY DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW

21. **Exhibit T** attached hereto is a true and correct highlighted copy of Intersect's press release announcing financial results for Q1 2018, attached as an exhibit to Intersect's Form 8-K filed with the SEC on May 1, 2018. The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

22. **Exhibit U** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the Bank of America Merrill Lynch Healthcare Conference, which occurred on May 16, 2018.

23. **Exhibit V** attached hereto is a true and correct highlighted copy of Intersect's press release announcing financial results for Q2 2018, attached as an exhibit to Intersect's Form 8-K filed with the SEC on August 1, 2018. The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

24. **Exhibit W** attached hereto is a true and correct highlighted copy of Intersect's press release announcing financial results for Q3 2018, attached as an exhibit to Intersect's Form 8-K filed with the SEC on November 5, 2018. The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

25. **Exhibit X** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the Piper Jaffray Health Care Conference, which occurred on November 28, 2018.

26. **Exhibit Y** attached hereto is a true and correct highlighted copy of Intersect's press release announcing financial results for Q4 and full year 2018, attached as an exhibit to Intersect's Form 8-K filed with the SEC on February 25, 2019. The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

27. **Exhibit Z** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the SVB Leerink Global Healthcare Conference, which occurred on February 28, 2019.

28. **Exhibit AA** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the Bank of America Merrill Lynch Healthcare Conference, which occurred on May 14, 2019.

29. Attached as **Appendix 1**, submitted solely for the Court's convenience, is a chart summarizing the statements challenged in Plaintiff's Consolidated Amended Class Action Complaint,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**KIRBY DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW**

and the specific legal arguments why Plaintiff has failed to plead falsity as to each challenged statement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2020, in Palo Alto, CA.

_____
Samantha A. Kirby

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

KIRBY DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW