# EXHIBIT B

# Intersect ENT, Inc. NasdaqGM:XENT Company Conference Presentation

**Tuesday, January 09, 2018 10:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*Director*

## ANALYSTS

**Michael Neil Weinstein**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michael Neil Weinstein**
*JP Morgan Chase & Co, Research Division*

Good afternoon, everybody. I'm Mike Weinstein with JPMorgan. It's my pleasure to introduce our next speaker on behalf of Intersect ENT. We have Lisa Earnhardt, company's Chief Executive Officer. Following her presentation, we will have a breakout session down the hall in the Yorkshire room.

**Lisa D. Earnhardt**
*Director*

All right. I appreciate the opportunity to provide an update on Intersect ENT where we're delivering innovation where it's needed in the ear, nose and throat specialty. We are coming off simply a banner year at Intersect from 2017, both in terms of our commercial success as well as the significant advancements and accomplishments we had on our pipeline. So I'm proud to be representing the team here today who have worked tirelessly and are really hitting on all cylinders at this point. Over the course of the presentation, I will be making a number of forward-looking statements.

So before we talk about the business, I always like to start first with the patient. And here we are treating patients that suffer from chronic sinusitis, a debilitating inflammatory condition that affects 1 out of 8 adults in the U.S. alone. These patients suffer symptoms so much that they actually miss 25 days of work a year. That's over a month of lost work because of their symptoms. Because of this is actually one of the most costly diseases for employers and it also is actually the #1 reason for adult antibiotic prescriptions and we all recognized the issues there with antibiotic overuse, and we truly believe there is a better way for these patients.

So we have developed the first and at this point only drug-releasing implants for chronic sinusitis. So it's a unique 2-in-1 technology where we combined localized delivery of an anti-inflammatory, a steroid, in combination with mechanical spacing to open up the sinus cavities. We have 2 families of product, first, the PROPEL family where we've been on the market over 5 years. These have been proven to improve surgical outcomes. We also just recently are proud to have received FDA approval of our SINUVA product. This is a product that's designed for use in the physician office setting and has the potential to offer a less invasive, potentially more cost-effective solution for patients that have recurrent disease.

We are well on our way to be playing a real meaningful role in the patient journey for sinus sufferers. So really focusing on the couple of million patients that present to the ear, nose and throat or otolaryngologist specialist each year. First line of therapy still and will continue to be medical management. Ultimately if symptoms persist, that patient has -- undergoes diagnostic work and are offered sinus surgery. Physicians can use more traditional techniques to open up the sinuses. More recently, they've started using less invasive tool such as balloon sinuplasty to open up those sinuses. We're agnostic to how the sinus themselves are open. PROPEL and our family of products are well suited regardless of the method of surgery itself.

We're excited now with SINUVA for those patients with recurrent disease will have a new option. Ultimately, our goal is to become the standard of care for patients with chronic sinus disease. And to that end, we've treated over 200,000 patients to date, 60,000 in 2017 alone.

So we are really focused on a significant market opportunity. Until recently, we are focused squarely on the surgical setting where it's about $800 million opportunity if each and every patient that is indicated and undergoes sinus surgery gets the benefit of PROPEL.

So we're still early on in that adoption cycle, but are making some really nice progress there. Over time, we see the opportunity to treat patients earlier in the disease progression, which will open -- also open up a large market opportunity. And now with SINUVA, there is a whole cohort of 635,000 patients every year that are presenting to the ENT, that have had sinus surgery previously, that return with symptoms, that are looking for a new solution, and SINUVA will be a great option.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we're at a point now where we have multiple products across multiple indications and multiple settings of care, including the hospital, outpatient department, the ambulatory surgery center and with SINUVA, the physician office. So we're really looking forward to having a full portfolio of products that physicians can incorporate, however, he or she deems appropriate for their patient, the patient's anatomy and the patient's disease.

Over the last decade, we've invested considerably in clinical evidence. It is our belief that our evidence that we've generated through our 14 prospective studies have really provided the foundation for the success of Intersect. And we believe that the data that we've demonstrated, that where we approve surgical outcomes, we lower the incidence of postoperative complications, we reduce the need for revision surgery, collectively has been a big driver of growth. We are fortunate, both in 2017, to have a couple of key publications come out to market and then we also anticipate a handful of others that will be published this year.

So let's talk a little bit more about the PROPEL family, which is the bread-and-butter of our business today. We have 3 steroid-releasing implants that are part of the old PROPEL family. They all contain mometasone furoate, which is an active anti-inflammatory, and the differences are based on where they are placed and their shape and their size and where they are indicated for use. So starting first with PROPEL and its younger sibling PROPEL Mini, this is used primarily in the ethmoid sinus, which is the main drainage passageway for patients. Immediately following sinus surgery, the implant is simply placed under endoscopic visualization. It immediately springs open and then the implant delivers drug over the course of 30 days, really near to that postoperative healing period. Over time, the implant dissolves or can be removed at the discretion of the physician.

This is the only product that's used in sinus surgery, that's backed by the highest level of clinical evidence. So this is really new for the field of otolaryngology, and you can see here a meta-analysis of a prospective, randomized, blinded trials that were done where we're able to show a 35% reduction in the need for postoperative interventions with the use of our PROPEL products.

In the second quarter of last year, we launched our newest addition to the family, the PROPEL Contour product. It actually has a very unique hourglass shape that's designed specifically for placement in the sinus ostia. And in this case, it's both the maxillary sinus and the frontal sinus. The frontal sinus is immediately behind your eyebrow and given its proximity to both the eye and the brain, it's actually one of the most challenging sinuses to treat. And Contour has become a really important tool for the physician to keep that sinus ostium open. Once again, very characteristic of our work at Intersect. We invested heavily in clinical science. And here you see the results of an 80 patient prospective, randomized trial versus the standard of care for this patient population when Contour was used in the frontal sinus, and here you see a 65% reduction in the incidence of post -- in the need for postoperative interventions.

So this data was actually just published online in JAMA in November and will be an important part of our marketing and sales efforts in 2018. So from a commercial standpoint, today we're working with about 1 in 3 ENTs that do sinus surgery. PROPEL is actually on the shelf in about half of the accounts across the country that do sinus surgery. And we're working today with physicians who are using us in a variety of different levels of adoption. In aggregate, PROPEL is used in 1 out of 9 sinus surgeries.

It's important to know that aggregate, though you kind of really lose the big picture in that, we do with markets where we've been in over 5 years. So when, pre -- very early on in a commercial, we did enter a handful of markets. And in those markets like Atlanta or Minneapolis, we're in -- 40-plus percent of all cases are being used with our product.

In New York, many of you live in New York, the great news is that 60% of all patients undergoing sinus surgery have the benefit of PROPEL. So in those markets, we truly are the standard of care. The majority markets, we really have just entered in the last year or 2 when we had a full commercial sales organization. And so there are number of markets like Las Vegas or South Carolina that are less than 10% penetrated.

So we do believe we continue to have strong drivers of growth moving forward. We'll continue to expand our sales organization. We grew about 10% last year to a total sales force size of about 110 sales

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

representatives. That's made up of both territory managers as well as sales consultants. And the sales consultant role was something we introduced just a couple of years ago, and that's been a really important role for us for a couple of reasons. One of which has really helped us drive depth with our existing physicians. It also provided a really strong bench for folks. For our organization, we were able to promote those individuals into territories once they are ready to be created.

So we will continue to grow this year, probably ending the year about 120 to 125 sales representatives. We also will have the benefit of Contour in our bag and will have a full year of Contour sales. So we are in, not quite half of our accounts today with Contour, so we still have a lot of growth ahead with that product and it really has given us an opportunity not only to drive depth with our existing physicians, but we also have been able to engage physicians that for whatever reason may not have incorporated PROPEL in localized drug delivery into their practice.

So Contour has been a really compelling opportunity for us in terms of knocking on doors that were maybe not quite as open as we would have liked them to be in the past. We also continue to invest in market development initiatives, in particular around physician education, peer-to-peer training, those types of things, which really are important as we continue to move the needle with ultimately having PROPEL become the standard of care for patients undergoing sinus surgery.

So we've invested considerably not just in the clinical evidence but also in the healthcare economic evidence. And here we've demonstrated that unabashedly upfront PROPEL does add cost to the overall procedure. It's reimbursed as part of the overall facility fee. That said, those upfront costs are actually offset by savings down the line in terms of reduction and the need for additional resources or additional procedures to be done. In fact, we have a couple of healthcare economic studies, which have been published, and we truly believe we're in a unique position because we're delivering a higher quality of care at a lower overall cost.

So let me shift gears to SINUVA. We were thrilled to get approval just about a month early for lots of reasons. I think we all enjoyed the holiday a little bit more because of that. But we did just receive NDA approval of SINUVA early December, and will look forward to launching this product in a targeted fashion in the second quarter.

So let me talk a little bit about this product. So this is designed specifically for patients who've had sinus surgery previously. They returned with symptoms, most typically because of polyps. So once again, this is a 2-in-1 technology where it dilates or opens up the sinus cavity and then delivers a steroid, 4x the steroid of that of our PROPEL products over a 90-day or a sustained period of time.

And so here you see a patient that would be a pretty typical patient who presents and say, "I can't breathe, I can't smell, I can't taste, I can't sleep, what can you do for me doc?" Today, there actually options are relatively limited. It's either going back for revision surgery, going on high dose steroids, neither are great options. So with SINUVA, what will be able to happen is that patient could be treated in the office setting just with topical or local anesthesia, the implant is placed there locally. Immediately leaving the office, the patient's going to feel a sense of opening. And then over time, the steroid will then treat that inflammatory or a polyp condition for these patients. So we have conducted 4 clinical trials in over 400 patients, where we've demonstrated both subjectively and objectively that SINUVA brings value to this patient population. We've just had results of our RESOLVE II trial, which was our pivotal trial for the SINUVA product presented this fall at 2 different scientific meetings. And what we showed was a 300-patient randomized, blinded sham-controlled procedure and trial that was done. So literally there either patients got the treatment with the SINUVA product or they had a sham procedure. So the delivery system was inserted with the implant, but the implant wasn't left behind.

So the patients themselves truly did believe they had treatment, and they were seen by the physician, and they were seen by the physician over time. And what we saw here is not just objectively, the physician in a blinded fashion said, we were able to reduce the polyp burden. The patient symptoms as well improved. And so we were thrilled with this outcome. We were also thrilled to know that 100% of all patients were indicated for revision surgery at the time of the entry into the trial. We had a 60% reduction in the need for surgery just after 90 days.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So if I look at these results over time, you can see from day 14 all the way out to day 90, significant improvements that were immediate and sustained. And the benefit, one of the many benefits of this technology, is that there is 100% patient compliance. So it's not reliant on the physician administrating some sort of drug themselves, which you know adherence is a significant issue in medication delivery.

So SINUVA. So here we are. A phenomenal opportunity. What's really great about this is we already have relations with about 2,500 sinus surgeons across the country. So we're going to be leveraging our existing sales channel and adding SINUVA into the bag. So it's really a great opportunity for us to leverage those existing relationships to begin with them to go on a more targeted fashion. And our goal is really to ensure that each patient, each physician has a phenomenal experience with this technology, because we believe this has an opportunity to be a significant part of our business moving forward.

So in the first quarter, we're focused on 3 simple things: training our sales organization; initiating initial outreach to physicians and not just training them on the procedure and the product; but also thirdly, educating their practice about accessing this product. So there will be some things that are different because it's being regulated as a drug.

So we want to make sure that we really do educate the physician community around a physician-administered drug, how do they get the product, how is it billed for, all those types of things. And as we move into the second quarter, we will move forward with the targeted launch and then continuing to bolster our sales organization. But the great news is we already have 110 folks on the ground right now who are chomping at the bit to talk to our customers about this product.

So as I said, there will be some things we are doing differently this year in terms of market access, and this is really providing the support the otolaryngologist needs and will want to gain access to this product. So we will have a reimbursement hotline, really a hub that set up to be a customer service and a resource center for them. We're also providing 2 different options for the physician to access the product. They can either do a more traditional buy-and-bill model, where they buy the product and they handle the reimbursement piece of it themselves, more likely as we expect the ENT physician to leverage our specialty pharmacy network. So we are establishing relationships there as well where we have specialty pharmacies who do this kind of work for living.

So the ENT can really focus on taking care of the patient, doing the procedure, and have the specialty pharmacy take on the work of verifying benefits, collecting a co-pay if needed, potentially get pre-authorization, and then they'll ship the product to the physician's office and then they can administer it themselves. So we really believe this support system will be an important driver of growth for the overall SINUVA franchise given that there are some things that are new to the ENT physician. It is a well-trodden path in the world of physician-administered drugs. It is new, however, to the ENT community.

So before I talk about the financial performance, I just wanted to spend just a little bit of time talking about where we are outside of the U.S.

You may have noticed everything I've talked about today is around the U.S. and that's for a reason. We decided to take a very simple strategy, which was build the business close to home and that's worked out very well for us. That said, we are planting the seeds outside of the U.S. and in particular are focused on 2 markets today. One of which is Germany, where we've initiated sales, we're going through that reimbursement process literally on an account-by-account basis through the NUB process. We do have some direct sales team members working with our various physician customers and accounts there.

We've also started some work on the regulatory front in Japan as well. We look at International, it's a meaningful growth opportunity for us in the long term. Clearly, our success as a business in the near term will be on driving adoption of PROPEL, introducing SINUVA in the U.S.

So we're thrilled after coming off that last couple of years as you think about the number of value-driving milestones and the fact that the team has executed on number really important, not just commercial metrics, but also approval metrics, in particular 2017 with the PROPEL Contour launch, little factoid it's already 25% of our overall sales mix.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So it's gone exceptionally well. We both submitted the SINUVA application and received approval for that in 2017. We also had our first publication in JAMA in November, and we also had the RESOLVE II data for the first time presented from the podium. So really a banner year and I'd say hats off to the team, because it was a lot to get accomplished and we certainly checked off all the boxes.

And as I look at the next couple of years, including 2018, there is a lot of excitement. First and foremost is the SINUVA launch. I would say arguably this is the biggest launch we've had as a company given the opportunity, the significant unmet need and the strong interest from the physician community around this product. It expands our focus into the office setting, which we think will be important as you think about where health care is headed and really thinking about treating patients in the most cost-effective fashion possible. We do also continue to invest in our pipeline and expect by the end of the year to be in humans with our next platform of products.

And as I fast forward to 2019, I think, gosh, we are going to have a diversified business across multiple settings of care. We will have continued financial leverage. In fact, we're looking at it eye towards profitability next year and really driving SINUVA. The full year will be a huge launch year for us in 2019.

So as I take a quick look at our financials to wrap up, we had a strong end of the quarter and the year in 2017, ending up just north of $96 million in revenue, which represents 22% revenue growth for the year. We also delivered 22% revenue growth for the fourth quarter. We continue to have a very strong balance sheet with over $100 million in cash on hand, and our gross margins continue to be in the 80-plus percent range. As we look at our revenue outlook for the year, we're guiding 15% to 20% revenue growth with our SINUVA launch in the second quarter. And SINUVA, we anticipate, will contribute about 8% of our revenue in 2018.

So proud of the financials we put together, but probably even more proud about the impact we have and continue to have on patients that suffer from chronic sinusitis. So I wanted to thank you all for your support and interest in the story. And I think we're heading down the hall to Yorkshire for some Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Lisa D. Earnhardt**
*Director*

[indiscernible] SINUVA, they may not know it by name that was actually a recent addition to the overall portfolio, actually had to be something that approved by the FDA SINUVA, but we did have clinical evidence presented at 2 different meetings this fall, and so that really captured the imagination and interest of the physician community, especially those physicians who are sinus specialists, those are called rhinologists. That's a subsegment. That's a subsegment of our patients -- I mean, of our physicians, but certainly a very important one. So from a rareness standpoint, clearly, my sales team is chomping at the bit to start talking to physicians about this. We're really focused on training our sales organization first and that's really what January and February are all about. So we've initiated the training efforts for them and will have a national meeting at the end of the month. And then they'll be off to the races and communicating with physicians. So Q1 is really focused on sales training. It's also physician education and awareness. There would be some on the training of -- on the product and the procedure itself in a clinical evidence, but there is actually some additional work that needs to be done with the practice on the market access and that's probably what's new for the otolaryngologist. They are oftentimes seeing patients in the office and many of them and especially those that were going to go to begin with already have a good office-based practice developed. So that's not the new part. The new part is just the market access, because it is a physician-administered drug. There are some differences in terms of how it's handled.

And we want to make sure they really have a great experience. They get signed up with the specialty pharmacy or specialty distributor depending on how they choose to access the product.

**Unknown Analyst**

And so how do you make that -- how do you help them do that process identify which pathway which they want to start on and make that connection for them?

**Lisa D. Earnhardt**
*Director*

Yes. So our focus really out of the gate will be to leverage this specialty pharmacy network that we're establishing. And a big part of that is that it takes the reimbursement piece of it out of the equation for the physician and really focuses his, him or her on what they are trained to do, which is take care of patients and deliver great outcomes. And so it's really going to focus there to begin with and that will be -- it's literally a simple as setting up a relationship in account with the specialty pharmacy, but we do want to make sure since it is new, my team will be in there holding their hand. We have that hotline established, because we do want to make sure it's a good experience for everyone involved.

Just want to make sure that everyone knows that this is Intersect ENT, if you're not in the right room now would be a great time to leave. I sound like a United Airlines representative. I was spending just a little too much on airplanes. It's never too much time when I am seeing customers though.

**Unknown Analyst**

And for those who haven't been paying as close attention, talk a little bit about which pathway you think the physicians end up choosing, which pathway of the market belt between specialty pharmacy pathway and specialty distributors, and how do you work with ENTs to help them understand?

**Lisa D. Earnhardt**
*Director*

Jeryl, do you want to handle that, just to shake it up a little?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. There is 2 pathways, one of which Lisa was talking about the specialty pharmacy where they can work -- order the product on a patient-by-patient basis only. The product is sent to them and then they can set up a procedure time with the patient, and really just bill them in a very straightforward way for their time, but not worry about product reimbursement. They also are able to purchase from a specialty distributor and physicians that might be in large group practices or hospital office clinics might consider doing that where they can buy the product directly. The benefits to them then is just the convenience of having it on the shelf. They also then are able to be in a position to get reimbursement of ASP plus 6%. So there can be favorable economics there.

But as Lisa said, we probably expect most physicians will start with -- working with the specialty pharmacies and just working and focusing on the patient care part of things.

**Unknown Analyst**

So what do you -- at this point as you're putting all these pieces in place. You look like that you thought through what you need to do to have successful launch. What are you worried about? What worries you?

**Lisa D. Earnhardt**
*Director*

None of this is rocket science, Mike. So when you ask me what worries us, it's just -- there's just a lot of work to be done and it's the first time not only that we're doing it as a company. It's also the first time that ENTs will experience physician-administered drug. So and while it's the first time we have done it at Intersect, we have a number of members of the team who have introduced in launch physician-administered drugs before, and we're obviously partnering with some of the leading partners in the field. So we have great resources and support around the table. But I guess, I'm paid to be paranoid. And so of course, I'm worrying about all types of things.

**Unknown Analyst**

It was a bit switching gears a little bit, but it stuck with me. So when you're talking about Contour and in your presentation you said, I think you said a little less than half of your user base has Contour at this point. What's the gating factor?

**Lisa D. Earnhardt**
*Director*

Yes, so just a little less than half of our Contour base -- physician base and account base is using Contour at this point and it's really just taking it through depending on the hospital or the -- yes, the kind of Mini process. And you know sometimes that can take 6 to 9 months and kind of depends on where it falls on the priority list. But there really isn't any reason to believe that Contour wouldn't be on the shelfs in majority of our accounts. The majority of physicians are treating the frontal sinus, all of them are treating the maxillary sinus. So we believe Contour will have a role in basically every physician's practice. Over time, they might think about having 1 or 2 of their products being their favorites, and we're kind of agnostic to what product they use. But we do think Contour has the ability to be far-reaching in terms of our account presence.

**Unknown Analyst**

A year ago, we're worried -- Steve was worried about the impact of the CMS reimbursement changes for sinus surgery that ended up being a bit of [ repairing ] and ended up not being a major issue with the company in 2017. As you look to 2018, anything that you view as a headwind and you view as incremental challenge?

**Lisa D. Earnhardt**
*Director*

Yes. So just to remind everyone last year at this time, CMS had made a significant change in reimbursement, not just for sinus surgery, but all upper airway procedures and, in fact, a whole host of other procedures. So they had made a significant change that was just for Medicare. Medicare is a very

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

small portion of our overall mix of patients. And over time, we've really just not seen any impact to our business. So we just think it's one of the many factors, which I think about is a contributor to the overall cost-conscious environment that we all operate in. So there is really no change on the reimbursement front that sort of out there. It's either a headwind or tailwind for that matter, right? It just kind of the status quo, if you will. I don't know, Jeryl, if you have anything else to add?

**Jeryl L. Hilleman**
*Chief Financial Officer*

No, not really. I mean, CMS this year reinforced their structure. They actually did raise the rates about 6%. We don't expect that to have a favorable impact just as the other negative didn't. It's just commercial payers in this market are not focused on. what Medicare does on average, hospital economics did not change with the bundling, and we think that contributed to this really being a nonissue.

**Unknown Analyst**

So Lisa, in term of your current sales force, right, what's the plan on the call it the legacy sales force expansion. Is that strategy still consistent with what you have been doing prior year?

**Lisa D. Earnhardt**
*Director*

Yes, so when you ask the question just so everyone could hear around our sales force and what's the strategy moving forward. We do intend to continue to grow the sales force relatively modestly, but a little bit more aggressively this year than we did last year. So we'll grow 10% to 15%. We believe the structure we have is working very well for us where we have a territory manager, who tends to be a quota caring rep and then we have a sales consultant in some of the larger markets and that really helps to have more street on the feet -- more feet on the street for given customer base.

And so what we have -- what we will be doing just a little bit differently is we just actually promoted a handful of folks into the territory manager role. We also promoted a few territory managers into regional manager role. So very modest changes, but we think that will help set us up for success in 2018 with the SINUVA launch. So just to put in numbers, we ended the quarter at 82 territory managers and 28 sales consultants, and we think that positions us well and will sort of add modestly from there. So we're in a great position to be a critical mass now with our sales organization, and we -- actually, it turns out as one of the largest ENT -- dedicated ENT sales organizations in the world.

**Unknown Analyst**

Any opportunity to pick up any Entellus sales managers or reps as they go through their disruption?

**Lisa D. Earnhardt**
*Director*

Yes. So my guess, the question around Entellus and the disruption that might be occurring with the Stryker acquisition. And we always have had interest from a variety of different players both within ENT businesses and without. So that's pretty standard for us. And so we're not adding significantly to our sales force this year. But we have had strong interest and believe we will continue to have strong interest in joining the Intersect team. I mean, it's rare that you get to join a team who are really driving novel new technology that's really going to change practice and change patient care the way that we're doing at Intersect.

**Unknown Analyst**

No, and part of it is -- you said about the end is your reps will have had more experience going to the office.

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, yes. That's a great -- it is great point. We have actually -- we do have a number of field team, I'm guessing probably 25 to 30-some-odd percent of our sales organization actually had come from either Acclarent or Entellus over the years. And they have some really nice experience, in particular, of introducing new procedures into the office setting, in particular, with the balloon sinuplasty. So that's fantastic experience. So we also have added some others who launched physician-administered drugs and so that's also a great experience to have. It really complements some of the remainder of our team.

**Michael Neil Weinstein**
*JP Morgan Chase & Co, Research Division*

Do you have questions? Perfect.

**Lisa D. Earnhardt**
*Director*

All right. Thank you, all. Have a great afternoon.

**Jeryl L. Hilleman**
*Chief Financial Officer*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.