# EXHIBIT C

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT FQ4 2017 Earnings Call Transcripts

## Tuesday, February 27, 2018 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.18) | (0.11) | NM | (0.19) | (0.64) | (0.56) | NM | (0.43) |
| Revenue (mm) | 29.44 | 29.53 | ▲0.31 | 23.61 | 96.19 | 96.30 | ▲0.11 | 114.38 |

Currency: USD
Consensus as of  Jan-22-2018 11:30 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2017 | (0.25) | (0.23) | NM |
| FQ2 2017 | (0.19) | (0.08) | NM |
| FQ3 2017 | (0.19) | (0.15) | NM |
| FQ4 2017 | (0.18) | (0.11) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Contents

**2**

# Table of Contents

Call Participants ...................................................................................... 3
Presentation ............................................................................................ 4
Question and Answer ............................................................................. 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*Director*

**ANALYSTS**

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC,
Research Division*

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research
Division*

**K. Gong**
*JP Morgan Chase & Co, Research
Division*

**Kaila Paige Krum**
*William Blair & Company L.L.C.,
Research Division*

**Kristen Marie Stewart**
*Deutsche Bank AG, Research
Division*

**Kyle William Rose**
*Canaccord Genuity Limited,
Research Division*

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research
Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research
Division*

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

**Suraj Kalia**
*Northland Capital Markets,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Intersect ENT Fourth Quarter and Year 2017 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Jeri Hilleman, Chief Financial Officer. Please go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Denise. And thank you all for participating in today's call. Joining me today is Lisa Earnhardt, President and CEO.

Before we begin, I'd like to remind you that we will make forward-looking statements within the meaning of federal securities laws. Actual results and timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties, which include, without limitation, our outlook for financial performance, salesforce growth, clinical studies, approval of new products and indications and procurement of reimbursement codes and coverage, which are based upon our current estimates and assumptions as well as other risks detailed from time to time in the reports we file with the SEC. We disclaim any obligation or undertaking to update or revise any forward-looking statements contained herein. I'll now turn the call over to Lisa Earnhardt. Lisa?

**Lisa D. Earnhardt**
*Director*

2017 was a banner year for Intersect ENT. We started the year with the NDA submission of SINUVA and ended with the early approval of this innovative product. The FDA also approved PROPEL Contour in February, which we then rolled out via a successful and impactful launch. The use of the PROPEL family of products: PROPEL, PROPEL Mini and PROPEL Contour continue to grow in frequency and in breadth, emerging as the standard of care in several large markets across the country and proving immune to last year's Medicare reimbursement changes. We also expanded upon the strong foundation of clinical evidence for our drug-eluting sinus implants, with highly visible scientific presentations and the submission of several clinical and health economic data publications.

Finally, and by no means least, we established the infrastructure needed to commercialize SINUVA, our first product regulated as a drug and are poised to launch the product that, we believe, will deliver the next wave of growth for Intersect.

Diving into these accomplishments, we launched Contour in the second quarter and grew Contour demand to the point where it now represents about 1/4 of our product mix, with over 1,000 accounts purchasing our newest implants. Adding Contour has enabled us to offer a PROPEL implant to treat nearly all patients undergoing sinus surgery. As a result, we are seeing physicians begin to shift their thinking from whether or not to use PROPEL in a given case to, instead, which PROPEL should be used. We also reinforced our commitment to evidence-based medicine with further publications and presentation, highlighted by the November publication of the PROGRESS study of Contour in JAMA.

As a reminder, this was a prospective randomized blinded trial which demonstrated that frontal sinus surgery, followed by the placement of PROPEL Contour reduced the need for postoperative interventions by 65%. We made great strides throughout the year toward our ultimate goal of making localized drug delivery the standard of care for chronic sinusitis sufferer. We estimate that PROPEL implants are now used in 1 in 8 sinus surgeries, a meaningful step up from 1 in 10 at the end of 2016. Additionally, 1 in 3 ENTs used our products representing approximately 2,700 accounts, an increase of 10% over 2016.

On the reimbursement front, we were gratified to see that UnitedHealthcare retired their investigational coverage policy on PROPEL. This change means that United policyholders have access to PROPEL, raising

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the level of covered lines to approximately 29%. While this is a favorable development, this change is not likely to have a dramatic impact on our business.

In the hospital and ASC where PROPEL is paid for as a supply from the established facility fee, administrators may know this policy change favorably as context for ongoing PROPEL usage. This policy change could also support in-office use of PROPEL, particularly, PROPEL Contour, although we expect this to remain a small portion of our business overall for, at least, the near term.

Turning to our salesforce. We are well positioned to continue to drive adoption of PROPEL and to launch SINUVA. We recently expanded our sales management ranks via promotion of 2 territory managers to retail managers, and we ended 2017 with a 110 field representatives, including 82 territory managers and 38 sales consultants. Our annual productivity per rep grows to $1.3 million in revenue, an increase of almost 20% over 2016.

We anticipate continuing to grow our sales force as we rollout SINUVA, aiming for a 10% to 15% growth over the course of the year.

In addition to our success with the PROPEL family in 2017, the year was crowned, of course, with the early approval of SINUVA. We are thrilled to offer this novel targeted treatment for recurrent nasal polyp disease, giving patients a new approach to the current regimen of repeat surgery, high-dose oral steroids and intranasal sprays and rinses, which rely heavily on patient compliance. I will discuss our SINUVA launch plans in a few moments after Jeri takes you through our recent financial results and outlook.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Lisa. For 2017, revenue of $96.3 million reflected a 22% growth in our PROPEL product business, driven largely by the introduction and growth of PROPEL Contour.

Our gross margin for the year was consistent with our stated expectation of 84%, and our operating expenses of $98.4 million were similarly on track. And finally, we ended the year with a balance of cash, cash equivalents and short-term investments of $102.3 million, approximately the same balance that we had at the start of the year.

As we anticipate 2018, we are reaffirming our outlook for $111 million to $116 million in total revenue. We also continue to expect to launch SINUVA in the second quarter and expect that SINUVA will generate about 8% of total revenue for the year.

This view allows for the launch focus to have some impact on PROPEL sales, as our salesforce works to promote PROPEL and to introduce SINUVA. We have begun launch prep activities this quarter and are reaffirming our first quarter revenue outlook of $23.2 million to $23.7 million.

As we continue to scale manufacturing and incorporate SINUVA, we expect to achieve gross margin for the year in the range of 81% to 82%. This range is consistent with the steps we are taking both to advance production of Contour and to launch SINUVA. Specifically, we will be adding needed overhead and allowing for learning inefficiencies, as we transition to large-scale commercial production of SINUVA. In addition, we are planning to expand capacity midyear through the addition of a third manufacturing line.

Our outlook for 2018 operating expenses is $113 million to $115 million. We estimate that approximately half of the year-over-year increase in operating expenses is due to growth in sales and other headcount, 1/3, or about $5 million, from stock-based expense, given the strong rise in stock price from a year ago and the balance from SINUVA-related promotion and services.

We are maintaining our R&D spending at about the $20 million mark, as we continue to develop our pipeline. I'll now turn the call back to you, Lisa.

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Jeri. As we move to our last topic, the launch of SINUVA, I'd first like to thank the Intersect team who has worked tirelessly to get it to this point over the course of many years. The approval and launch of SINUVA is a significant accomplishment and represents the start of an exciting new chapter for us. We are marking off items from our launch checklist daily, including the big task of salesforce training, physician targeting plans and market access readiness. We are now able to confirm the start of our targeted launch is April. To dive into our launch readiness in more detail, we can be in the entire commercial organization for our National Sales Meeting at the end of January, and we invested in-depth training on all aspects of SINUVA in the launch.

The sales team has initiated physician outreach and, as anticipated, the early response has been positive, as ENTs seek alternative treatment options for their challenging [indiscernible] patients. Our targeted physician rollout plan is in place, introducing SINUVA to a focal number of physicians in each territory and ramping over the first 2 quarters of launch, balancing inbound physician interest with other considerations.

Our strategy behind the targeted launch is found in that we recognize that the ENT community has not had extensive experiencing -- extensive experience accessing physician-administered drugs, so some education is in order. Fortunately, the actual placement of SINUVA is relatively straightforward, but as with any new product, we will be sharing best practices to assure the best outcome. Our goal is to arrive at the fall ENT Society Meetings with a strong cohort of physicians who have adopted SINUVA into their practices and then move into a broader launch in the fourth quarter.

Finally, we have our market access networks in place and ready to go. Our overarching goal with SINUVA is not only to assure the best clinical outcomes but also to optimize the patient and provider experience throughout the entire process.

As such, we've engaged several market access partners to help support us, our customers and patients. First, via TrialCard, the largest provider of technology-enabled patient access programs in the country, who will provide reimbursement hub services to providers on our behalf. We've branded this program as [indiscernible]. Through this program, dedicated staff will speak with providers and help them navigate product access choices and reimbursement. A set personnel will help provide our secure product by referring them to our market access partners, and they are -- already feel the initial provider inquiries. For providers who prefer to purchase SINUVA directly, also known as buy-and-bill, they may do so through our speciality distributor partners. Bethy, which serves physician offices or Marisol speciality distribution or ASP which serves hospital clinics.

Physicians who do not want to stock the product in their offices will simply send a prescription for SINUVA to one of our specialty pharmacy partners, Novel or Gentry.

Both are now alive and are happy to receiving limited prelaunch initial prescriptions from providers and have also begun the process of securing coverage. Once a patient is cleared for the procedure, the specialty pharmacy will shift the product directly to the physician office for placement. All of our partners are well-established industry veterans and leaders in the provision of physician-administered drugs to medical specialties. We do expect a mix of use in both channels of access to SINUVA and are confident that both actions will be customer-friendly, efficient and reliable.

Regarding reimbursement, we have submitted our application to CMS for a product-specific J-Code and continue to expect that to be in place, effective January 1, 2019.

In the interim, our specialty pharmacy partners and providers will report the unassigned code, J3490 with the SINUVA NDC number. This is routine practice for any newly approved drug, as J-Codes are only issued once per year. We have also initiated payer outreach to ensure patients have access to SINUVA. We believe the value proposition of SINUVA as an alternative surgery in patients with recurring disease will be attractive to payers in integrated health plans.

We are introducing SINUVA at a list price of $12.75 per implant. Assuming 2 implants are used per procedure, this compares favorably against sinus surgery, even with repeat usage. It is important to note, as is typical with pharmaceutical products, that the price per implant that will be recognized as revenue

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

will be lower after deducting distribution fees and discounts for government programs and other product support programs.

Our estimate for the net recognized price for SINUVA remains as previously communicated, at roughly the price of PROPEL. In closing the call, I'd like to share some recent feedback from a physician who wrote to me about SINUVA's and I quote "This is very exciting, I've been talking to my patient about it for months and truly look forward to using on many of my patients in the future". That sentiment is what SINUVA is all about, and why we are here, to improve the care of chronic sinusitis for patients and the ENTs that treat them. We now offer a suite of products designed for use across the continuum of care for sinus sufferer and are well positioned to deliver on our goals in 2018 and beyond.
Thank you for participating in the call and for your interest. Jeri and I will remain on the line to address your questions. So Denise, would you mind opening up the line, please?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question will come from Mike Weinstein of JPMorgan.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

This is actually Allen on for Mike. So just, kind of, going to this -- starting with the SINUVA launch. So clearly, you guys have a lot of momentum behind. It seems like, from our point of view, obviously, you guys seem to be ahead of schedule really in, kind of, setting up all those speciality distributor, specialty pharmacy contracts. So I know you guys are really looking to make sure you get the launch started correctly, but why couldn't, I guess, the launch started a bit earlier than expected, given this kind of pace, that you guys have set so far?

**Lisa D. Earnhardt**
*Director*

Yes, we have, we did communicate on our prepared remarks that we do anticipate, the targeted launch will be in April. And our real focus there is to make sure from physician perspective and a patient perspective, the experience is top-notch from clinical outcomes to getting access to the product, and we do want to make sure we walk before we run, and we really do focus on a number of physicians, because there will be learnings. There will be learnings for us. There will be learnings for the physicians community. We do believe we're well prepared, but we do think it's the right thing to do to take a couple of quarters to make sure we're laying an extraordinarily strong foundation before we launch broadly.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

Okay. And then with respect to encore, so you guys finished enrolling that. And it obviously wasn't necessary for the approval of SINUVA, but given its, kind of, evaluating the efficacy, the safety of repeat SINUVA usage in one patient, do you think that physicians will, kind of, limit the use to SINUVA until they, kind of, see that data? Or would have to see more likely enforcement to make them feel more confident and prescribing it multiple times a year?

**Lisa D. Earnhardt**
*Director*

Yes, I believe the encore study, which was looking at will repeat usage for the first time with SINUVA would really be additive for the physicians. The mometasone furoate, which is a drug we use with SINUVA and all of our products and is used in a number of intranasal steroid sprays as well. It's a very well-characterized drug, and I don't think -- I don't believe based on my interactions with physicians that they would wait for the encore data. I truly believe it is additive to the robust clinical evidence we've already generated for SINUVA.

**Operator**

The next question will be from Bob Hopkins of Bank of America Merrill Lynch.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

So a couple of questions. Apologize, there's 4 or 5 companies that have reported, so I apologize if I missed something here, but just, Lisa, to start off, there any changes in the guidance that you're articulating today, subtle or otherwise as it relates to the timing and outlook for the SINUVA launch or the outlook for your base business, kind of, relative to things that you said in the recent past? I'm just curious, there any changes to guidance on the base business, sort of, SINUVA timelines or launch expectations?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lisa D. Earnhardt**
*Director*

No, everything is very consistent with what we had previously communicated. But one thing I just do want to call out specifically is that as historically we talked about Q2 as the timing for the targeted launch for SINUVA, and we did. Just as a reminder, clarify April, we are in a position to be able to launch April, sort of on the early side of that but doesn't change our outlook for the year. So we still did communicate that we anticipate SINUVA will represent about 8% of our 2018 revenue.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. And I thought I heard something on the J-Code process. Is that just reiterating what you've said previously or is there something new there?

**Lisa D. Earnhardt**
*Director*

Yes, just reiterating that we said previously that we do continue to expect that to be a permanent J-Code for our product, specific for our product to be in effect January 1, 2019, as previously communicated.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

And then relating to the business, sort of, excluding SINUVA, and I appreciate the guidance and the philosophy behind the guidance, given the newness of this process. But I guess I know it's pretty early and the product hasn't launched yet, but the guidance assumes a slowdown in the base business growth rate, in part, because of the SINUVA launch and the focus on the SINUVA launch, I assume that thus far, that disruption hasn't happened, because the launch hasn't really happened, but I'm just curious is that guidance more reflecting what you anticipate conservatively, it might happen? Or is that guidance reflecting what you're already seeing happen today?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Bob, this is Jeri. We set our guidance for the start of the year at the beginning of the year, and we're really upholding that now, because we believe things are on track and that guidance was consistent with how we've given guidance in past quarters and also reflected in the fact that we're doing quite a bit of work with the salesforce preparing for the launch. So while that you're right, this launch technically hasn't happened, our internal activities and preparations certainly have started this quarter. And then we do expect and are allowing along for some focus on SINUVA that could come a bit at the expense of PROPEL and PROPEL Mini's growth rate, as the salesforce focuses a bit on the targeted launch that we'll have for the next couple of quarters. So we're really reaffirming our view of things, that we set at the beginning of the year and then that continues to be our outlook.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Well, just curious. Is that something you're seeing now or just something you're allowing for in guidance?

**Jeryl L. Hilleman**
*Chief Financial Officer*

It's something we allowed for in our guidance.

**Operator**

The next question will be from Richard Newitter of Leerink Partners.

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is Jamie on for Rich. So I guess a quick question that I have would be around the encore trial. When do you guys think that you'll be getting some sort of data readout on this trial and then how quickly could this potentially be an effective label change? And then, kind of, a follow-up to that would be, what are you estimating the incremental market opportunity to be off of your SINUVA estimate with repeat use added?

**Lisa D. Earnhardt**
*Director*

Yes, I'll take the first part of the question, and Jeri will discuss the latter. So this is Lisa. So the question about the encore trial and the timing. So we have completed enrollment. We would expect data readout in the second quarter of 2019. So any labeling change, if it were to happen, would probably be 2020 or sometime thereafter the data was available. And Jeri, do you want to comment a little bit about what impact, if any, on the market opportunity?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Sure. As we look at '18, which is really the only year we've given guidance for, there's not much repeat use in there, if any, because of the nature of the targeted launch and timing of launch and so forth. So I think that's a more interesting question to think of in future years, where we do think that there will be some repeated use of the product and we can speak more specifically when we give guidance for those years.

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research Division*

Okay. And then just quickly on gross margins, so you're guiding to 81% to 82% in 2018. Any reasons why we shouldn't expect this to get to the 83% to 84% level in 2019 and beyond?

**Jeryl L. Hilleman**
*Chief Financial Officer*

In general, the kinds of things that we're investing in now, the overhead, adding a third line, improving efficiencies, getting experience with SINUVA are the kinds of things that we expect to improve over time. So we do think that as we make the investments this year as we ramp volumes that our margin should improve.

**Operator**

The next question will be from Matthew O'Brien of Piper Jaffray.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Couple for me. Just to dig in a bit more on the SINUVA rollout, and my apologies, I know Contour's doing quite well as well as PROPEL, but obviously, this is the focus for most investors right now, so can you just talk a bit more about that you've got a number of clinicians that are using PROPEL, using Contour, how many you're going to go after right away, how that's going to, kind of, ramp throughout the course of the year. And then as far as penetrating the patients that could be good candidates for the product, what percentage are you, kind of, assuming as you're modeling out this 8% of sales?

**Lisa D. Earnhardt**
*Director*

Yes, so our focus, Matt, will really be on our current customer bases that've found meaningful role for localized drug delivery in their practice already with our PROPEL product. As you know, we currently work with about 1 in 3 ENTs. And so we'll be targeting a sense -- some segment of them. Very similar to how we did with Contour out of the gate, as we went to select physician partners to begin with and then expanded more broadly. We would anticipate the first couple of quarters -- it would, once again, be a subset of our existing customers, and then we'll expand beyond there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Okay, fair enough. And then as far as the coverage update from United, obviously, that's good news, I know you don't want to overstate it too much. Can you talk a little bit about their decision to go ahead and remove that language, and then, secondly, are you aware of the other, the larger providers that are examining similar type of coverage policy?

**Lisa D. Earnhardt**
*Director*

Yes, the payers do typically review their policies on an annual basis, so this is part of, I believe, the United's, sort of, standard review process, and I do think the existence of the policy did create some confusion, given that for the majority of procedures, PROPEL is treated just like all the other supplies that are utilized, and so I think that was probably a big impetus for them just to remove their policy altogether, given that it typically doesn't impact payments and that combined with the continuing amassing of clinical evidence as well as strong physician support, so we would anticipate other peers as well continuing to look at their policies. Once again, this is not something that impacts our PROPEL franchise today, but we do believe, having positive policies or no policies altogether puts us in a great position, especially as more and more gets done in the physician office setting up there.

**Operator**

The next question will be from Chris Pasquale of Guggenheim.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Lisa, I'm just -- wanted to dig in a little bit more on the plans between now and launch. That sounds like things are going very well, you guys are in a good position. Are there boxes you still need to check before you feel like you're ready? Or is it really just a matter of firming up the foundation you already put in place?

**Lisa D. Earnhardt**
*Director*

Yes, a lot of it's just the foundational work, just to make sure we're ready to give it all a green light, be it the, sort of, procedures that we have in place anytime we're launching a new product, where we check off those boxes, and we are well out of way to doing just that, so we're in -- we don't see anything that would be an impediment for our launch. We're, sort of, full steam ahead here, Chris, so exciting time at the company.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Very exciting. So second question. Can you go into some more detail on the economic argument you're making to payers with SINUVA, what assumptions are you using in terms of the cost of surgery, the frequency with which these patients end up having go back and have repeat surgeries. I know the frequency of treatment with SINUVA to really make the case is a cheaper option, even at $12.75 an implant?

**Lisa D. Earnhardt**
*Director*

Yes, so it's important to note that in all of our -- our 2 randomized trials, 100% of the patients enrolled were indicated for revision surgery. So that allows us to make a pretty compelling health economic argument, because obviously, after the treatment of SINUVA, that number is drastically reduced. And so what we found is that, that argument is relatively straightforward from a health economic standpoint. You know sino-surgery, as you know, depending on the payer and the geography and the site of the procedure, could be anywhere from $8,000 of reimbursement up to about $14,000 or $15,000, so it's a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pretty big range. But on average, we're looking at actual commercial payer information, which is -- that's the most compelling because they know exactly what they're treating, and what their -- these -- what patients they're treating? What the costs are associated with that? And we found our early conversations with them, based on the alternative release are quite compelling, even with repeat usage of SINUVA, i.e., maybe more than once a year.

**Operator**

The next question will come from Kaila Krum of William Blair.

**Kaila Paige Krum**
*William Blair & Company L.L.C., Research Division*

So first, I guess, on the SINUVA rollout, I mean I'm looking at your account base of 2,700 at this point, and just thinking about how Contour ramped over the course of last year, understanding that they are going to be spot-on or similar, but the fact that it's already 1 quarter of your product mix, I mean is there any reason that SINUVA couldn't be in that, sort of, 1 quarter of your accounts when you're post launch?

**Lisa D. Earnhardt**
*Director*

Yes, we haven't given guidance that far out, but there's no question the physicians that we're working with all manage and care for these patients that are revision candidates that suffer from recurrent using. So we do believe the patients are out there, it's just a matter of making sure that we provide the right training for the physician, that we get them set up to do the procedure in the office, that's probably the major difference from Contour, right, which was an existing procedure that we were able to add at Contour as part of our existing product already on the shelf there. So this is, sort of, new for them in terms of having a new procedure in the office. And as you're aware, there's new ways to access the product that is new for the ENT. But certainly, over time, we're working then so as a compelling market need, compelling patient demand here that will prove to be a meaningful business opportunity for the coming years.

**Kaila Paige Krum**
*William Blair & Company L.L.C., Research Division*

Great. And then, just a continuation of Bob's earlier question. I mean, your comp is along -- you guys mentioned is up 10% year-over-year, and you're seeing strong improvements in terms of rep productivity. But I just wanted to be clear, I mean why wouldn't the core business, again, just simplistically taking those 2 tailwinds into account earlier -- at least 10% this year?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Kayla, this is Jeri. It's a really good question and one that we're going to be watching and monitoring closely ourselves. The guidance we gave, really, was after a lot of thought and reflection about what the time is going to be spent by each of the reps? What that will produce? What we expect from our accounts? So we think the guidance we've given at this time is what's appropriate. And then as we gain experience with SINUVA launch as well, we'll be able to continue to refine our thinking. But we think, it really is wise to allow for some impact on the launch on the growth of PROPEL.

**Operator**

The next question will be from Kristen Stewart of Deutsche Bank.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Can you guys hear me okay?

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We can.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Oh, perfect. I just wanted to ask about cash flow. You guys have done very well in terms of managing your cash over the last year, and I was just wondering what your expectations are for the upcoming year in terms of cash usage?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We certainly have been improving our cash flow from ops perspectives, and if you look at the cash flow from this year -- 2017, excuse me, we did have negative cash flow from ops, but it certainly continues to improve. And we think with the growth of the business, we'll be able to continue to improve our cash flow, probably looking at negative cash flow, again, for 2018 and then continuing to improve into 2019.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And then, how should we just think about, I guess, going back to, not to beat a dead horse, but just, kind of, quarterly progression, I guess, if we're, kind of, seeing or allowing for some disruption for SINUVA launch, do we continue to expect to see that to be greater than in the second quarter? Is that how should we modeling that for the base business?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We haven't given granularity to where we are seeing this. I mean, the first quarter, we're really focusing on training, not so much anything else for the first quarter. We'll give some indication when we complete that quarter. Second quarter is the seasonally strong quarter, but we'll also be navigating the launch, so I don't think we can give any specific guidance to timing of impact. I think, just at this point, it's a general indication.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

So it's more -- you guys allowed for some amount of disruption, mainly just related to training and maybe prepreparation for the launch, maybe not necessarily a disruption for continued lack of the focus for the rest of the year. Is that fair?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Well, I think Q2 and Q3 are characterized as during the initial introduction to physicians and that can be time-consuming, and then, as we move from that into a broader launch that also carries into Q4, so I think it's really a factor that can affect us throughout the year.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. But it sounds like there's healthy dose of some conservatism you guys applied in there.

**Jeryl L. Hilleman**
*Chief Financial Officer*

We'll see. We're really, at this point, allowing for what we think is the best view under a number of scenarios. We obviously want to make sure we put forth the view that we can meet, and we'll get, sort of, more experienced and be able to update.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The next question will be from Suraj Kalia of Northland Securities.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

So Lisa, I appreciate your commentary on SINUVA launch and training your reps. And I know it's been asked a couple of times before, and I -- again, the way I read it is you guys have been conservative in your outlook. But maybe if I could come from a slightly different angle, the training is happening now. The launch is going to happen a few months from now, and I'm trying to understand, for the organic business to step down, let's say, to 10% growth, let's say, Q3, Q4, why would that be? And specifically, what my question would be is, what percent of your current procedures are done independently without a rep on site? I guess I'm just trying to come from a different angle and see how much would the training and subsequent launch of SINUVA impact Contour and PROPEL, presumably, most of which are already, sort of, a train in motion?

**Lisa D. Earnhardt**
*Director*

Yes, we've talked about this a couple of different ways, and you are right. A good portion of our PROPEL implant usages is done without having a representative there. As you know, the procedure is relatively straightforward and once the physician starts to adopt that product, they tend to continue to adopt, and in fact, find more uses for it. I think, but as we've reflected, SINUVA is new for us, it's new for our physicians. Our number one focus is making sure everyone have a great experiences there. So we want to lean into the SINUVA launch as much as we can by recognizing we're going to continue to still grow our PROPEL business. So we do believe we provided the most appropriate outlook for the year, and we'll look forward to commenting on that, potentially providing a shinier crystal ball, as we head into the remainder of the year. But for now, we think it's absolutely the right place for us to be in terms of our outlook.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

Fair enough. And Lisa, forgive me, I'm -- been jumping in between calls, if I got my numbers screwed up, my apologies. Did I hear SINUVA ASP as $12.75 and your current account base as 2,700? And I guess my question would be, what portion of your current account base is relatively pricing inelastic and would be the low hanging fruit for SINUVA?

**Lisa D. Earnhardt**
*Director*

Yes, it is important to recognize that SINUVA is used in a completely different setting of care as well as situation. With SINUVA, it is regulated as a pharmaceutical. It's used as a stand-alone procedure in the office setting. So it's a little bit apples and oranges to compare that to the PROPEL price. So it's really more just some of the questions we talked about earlier is really looking at more taking a step back and looking the value we're bringing to the health care system and recognizing that we're offering a less invasive, more cost-effective solution for these patients in the office setting. So we think it's a really meaningful alternative to revision surgery and do believe our initial input from both physicians as well as payers and integrated delivery system is that it will be well received.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

And finally, Lisa, did you at all give the number of reps on hand, exiting FY '17 and expected exiting FY '18?

**Lisa D. Earnhardt**
*Director*

Yes, so we ended 2017 with 110 sales representatives, 82 of whom were territory managers. And we do expect to grow around 10% to 15% in aggregate this year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

The next question will be from Kyle Rose of Canaccord Genuity.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

Can you hear me all right?

**Lisa D. Earnhardt**
*Director*

We can, Kyle.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

Great. So I apologize in advance, I've been jumping between calls, so don't mean to reask something, but I guess, just from a high-level perspective, I mean you're obviously -- everyone's focused on SINUVA, it's big launch, but it's a bit of a different call point in that it's the office setting. You've got some reimbursement barriers in the first year or, at least, hoops to jump through, and then a bit of a different, just, treatment paradigm, broadly. I guess, how do you think about, just, your salesforce incentives and structure and keeping the eye on the ball, relative to the existing base business, relative to the SINUVA launch, and I guess, is that really the main take away from what you're, kind of, trying to message in this guidance when we strip away to SINUVA? Is there -- there is -- you're trying to bake in some potential distractions, and then if it continues on a relative run rate basis, all things are great?

**Lisa D. Earnhardt**
*Director*

Yes, Kyle, I believe you're spot-on there. I mean, obviously, there's no tomorrow without today and our sales team is incentive is such, they're very much incented to continue to drive meaningful growth for PROPEL. And so I believe we're well set up there, but there is work to be done with the SINUVA launch. And clearly, that will be an important driver of growth in the coming years, and so we do want to be cognizant of that, and that is what we've incorporated into our outlook for the year.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

And then, just, last question, so, just, could you remind us of, just, what the reimbursement milestones in the [ calendar ] will be as we move through this year with respect to getting the stand-alone reimbursement for individual J-Code for SINUVA going live in 2019?

**Lisa D. Earnhardt**
*Director*

Yes, CMS typically will announce a preliminary decision in the May timeframe, and then that would be finalized towards the end of the year. It may go into effect January 1. I know we've discussed before, but I think it merits reinforcing that, given that SINUVA was approved as a drug, that physician-administered drugs, a J-Code is, sort of, a standard process for them. Of course, obviously, having that will help erase any uncertainty associated over there, but we feel very confident in our J-Code application for SINUVA.

**Operator**

The next question will be from Ryan Zimmerman of BTIG.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Great, Can you guys hear me okay?

**Lisa D. Earnhardt**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Director*

Yes, Ryan.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

On the J-Code process, you talked about the list price at $12.75. Are you going to be going after a J-Code at the $12.75 price, or will it be similar to your existing PROPEL product price after discounts and payments to the distributors?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We'll get a J-Code approval and then what we do is we file our ASP quarterly, and that is what fits into the system.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Okay, so that, just to clarify, that will...

**Jeryl L. Hilleman**
*Chief Financial Officer*

Just to make [indiscernible]

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

So it's a setting, it's based on the filings, so it's not like the J-Code has a specific amount associated with it. It's what we will file that every quarter.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

But just to clarify, Jeri, that filing is based on the average sales price, not the list sales price, correct?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Which are almost the same thing, yes.

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

Okay. And then on the salesforce ramp in '18, the 10% to 15%, I don't think you said it as -- I recognize, as a whole year, increasing 10% to 15%, but is there any color or commentary that you can provide at this point in terms of the split between territory managers and sales consultants?

**Lisa D. Earnhardt**
*Director*

It really will be a mix, Ryan, as we continue to grow. I think both roles are critically important for us and have done a nice job serving our customer base, both the territory managers and field consultants, and we'll look forward to continuing around the same mix heading forward.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And ladies and gentlemen, that will conclude our question-and-answer session. I would like to hand the conference back over to Lisa Earnhardt for any closing remarks.

**Lisa D. Earnhardt**
*Director*

Great. Thank you all for joining us today. We certainly appreciate your interest and support and look forward to staying in touch with you all. Have a nice evening. Bye-bye.

**Operator**
Thank you. The conference has now concluded. Thank you for attending today's presentation. At this time, you may disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.