# EXHIBIT G

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT FQ4 2018 Earnings Call Transcripts

## Monday, February 25, 2019 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.16) | (0.16) | NM | (0.17) | (0.75) | (0.76) | NM | (0.56) |
| Revenue (mm) | 32.68 | 32.78 | ▲0.31 | 26.23 | 108.37 | 108.47 | ▲0.09 | 125.72 |

Currency: USD
Consensus as of  Feb-21-2019 3:20 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2018 | (0.23) | (0.21) | NM |
| FQ2 2018 | (0.16) | (0.14) | NM |
| FQ3 2018 | (0.27) | (0.25) | NM |
| FQ4 2018 | (0.16) | (0.16) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ......................................................................... | **3** |
| **Presentation** | ......................................................................... | **4** |
| **Question and Answer** | ......................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*CEO, President & Director*

## ANALYSTS

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C.,*
*Research Division*

**K. Gong**
*JP Morgan Chase & Co, Research*
*Division*

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research*
*Division*

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG,*
*Research Division*

**Richard S. Newitter**
*SVB Leerink LLC, Research*
*Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research*
*Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Intersect ENT Fourth Quarter and Full Year 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded. I would now like to turn the conference over to Jeri Hilleman, Chief Financial Officer. Please go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Allison, and thank you for participating in today's call. Joining me today is Lisa Earnhardt, President and CEO.

Before we begin, I'd like to remind you that we will make forward-looking statements within the meaning of federal securities laws. Actual results and timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties, which include, without limitations, our outlook for financial performance, sales force growth, clinical studies, approval of new products and indications and procurement of reimbursement codes and coverage, which are based upon our current estimates and assumptions as well as other risks detailed from time to time in the reports we file with the SEC. We disclaim any obligation or undertaking to update or revise any forward-looking statements contained herein.

I'll now turn the call over to Lisa Earnhardt. Lisa?

**Lisa D. Earnhardt**
*CEO, President & Director*

Good afternoon, and thank you for joining the call this afternoon. 2018 was a year with new challenges but also one in which we demonstrated resilience and adaptability, and I couldn't be prouder of the team. We began the year and we remain very excited to be adding SINUVA to our suite of innovative clinically proven therapies for sinus sufferers. And importantly, we believe that our considerable progress with market access and field force balance has positioned us to enter 2019 ready to both ramp SINUVA and continue to grow PROPEL.

Highlights of our key 2018 SINUVA accomplishments included positive clinical experience as well as meaningful advances in product access. On the clinical front, physician and patient feedback continues to be very favorable. As you know, this is the most important aspect of a successful product launch, and we're thrilled we're able to meet the needs of patients with chronic polyp disease with a simple office-based procedure, a great alternative to the standard of care today, either repeat sinus surgery or high-dose steroids. We are pleased that 1,200 patients received SINUVA in 2018.

During our targeted launch, close to 500 physicians treated these patients, with almost 100 physicians having placed 5 or more orders for SINUVA. We are pleased to see this early level of engagement with these selected physicians, and our sales force is working to drive continued usage with our initial users as well as encourage new physicians to adopt SINUVA.

With regard to reimbursement, we are seeing several positive trends, including higher-than-anticipated levels of payer coverage and significantly shortened time frames for prior authorizations.

Currently, not only are the large national payers providing access to SINUVA but many regional payers as well, adding up to a total of almost 200 payers with positive coverage. This translates to SINUVA being available to approximately 245 million lives, representing just over 70% of total commercial covered lives. The vast majority of the remaining payers are silent, and we look forward to continuing to grow coverage as product usage ramps.

In addition, while a small portion of our targeted population, we are starting to see Medicare coverage of SINUVA, now that Medicare submissions are able to use the J3490 code.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In addition to strong progress with coverage, we are also seeing greatly shortened turnaround times from submission to determination of prior authorization, typically now around 2 weeks.

This time frame reflects a combination of factors, including physician offices improving the quality of their submissions, payer familiarity with SINUVA and a more seasoned engagement by our team.

We are, of course, very pleased to see this level of turnaround as it enables physicians to manage SINUVA treatment with greater confidence and predictability. We are also making progress with physicians engaging in buy-and-bill with 140 doctors having bought SINUVA under buy-and-bill as of year-end. Payment to the physician has also continued to be positive with allowable product reimbursement typically coming through as ASP plus an appropriate margin. We believe that buy-and-bill will continue to be an important element of broad usage of the product and observe that, excluding hospital clinic purchases, 1 in 3 units in the fourth quarter were purchased directly by the physician.

Reflecting on customer input, clinical feedback and payer coverage, we anticipate that we will move from a targeted launch for SINUVA to a broader launch over the course of this year.

We held our national sales meeting a few weeks ago. And in addition to great educational content, we rolled out a number of initiatives for our sales force to work with physicians on patient outreach and will soon be rolling out a systematic market access training program for physicians' offices through our expanded field reimbursement team. We expect these initiatives to be impactful in expanding engagement in patient enrollment, and that we will start to see a positive inflection in SINUVA treatment in the coming months from these efforts today.

Moving to PROPEL. Revenue grew 10% driven primarily by expanded usage of Contour among the current and new physicians. In the fourth quarter, Contour sales comprised 31% of total PROPEL sales, up from 26% at the end of 2017. We also added significantly to the PROPEL-focused sales bandwidth, adding 28 sales consultants and contract reps into the field during the year.

Overall, we expanded our sales force by about 25%, with the majority of growth in the last 4 months of 2018. As our new reps gain experience in their territories, we do expect that bandwidth to help us achieve higher levels of PROPEL growth.

And I would be remiss, if I only spoke about product feedback regarding SINUVA. We continue to greatly appreciate what patients tell us about the PROPEL experience as well. One such patient had 2 disappointing surgeries. But in her third, she was treated with PROPEL. This patient was so compelled about her experience with PROPEL that she spoke to us at a recent national sales meeting and told us, "With my recovery, I saw the difference almost immediately. I actually could breathe. My nose felt so open, which is something I haven't felt in years."

Overall, our view of our business remains consistent with our outlook at the start of the year, and we are, therefore, reiterating our Q1 and full year guidance.

Let me now turn the call over to Jeri to take you through our financial results and outlook, and I will conclude the call with a discussion of our pipeline endeavors and milestones.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Lisa. Our fourth quarter and full year revenue were in line with the guidance we set last summer, with both PROPEL and SINUVA hitting their targets. Lisa reviewed the progress we've made with SINUVA infrastructure and product usage, but our gross to net revenue remains on plan as well with a net price of about $1,000 recognized from the selling price of $12.75. PROPEL ASP was just over $800, with sales distributed about 80% in hospitals, 18% in ASCs and 2% from in-office use, in line with historic patterns.

Moving to gross margin. We achieved a gross margin in the fourth quarter of 81%, reflecting efficiency gains made throughout the year. We plan to continue to improve efficiencies, particularly with SINUVA but

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

also to continue to invest in scalable manufacturing infrastructure. We therefore expect our 2019 gross margins to land between 80% to 81% throughout the year.

During 2018, OpEx grew 13% to $111 million as we expanded headcount by 20% to about 40 employees. The majority of this headcount growth was in sales and manufacturing and supported SINUVA. For 2019, our OpEx outlook is in the range of $135 million to $137 million, an increase of about 20% compared to last year. About $15 million of this increase is related to annualization of SINUVA initiatives and the 2018 headcount growth. The remaining $10 million to $12 million increase is planned to cover the ASCEND drug-coated balloon program as well as further headcount growth primarily in sales, reimbursement and R&D.

Our 2019 R&D spending will rise to approximately $26 million from $19 million in 2018, a step-up of about 37%, with R&D continuing to account for about 20% of our total OpEx spending. The growth in R&D expense is attributable to the ASCEND program as well as to investment in additional pipeline development.

SG&A spending will rise to approximately $110 million from $92 million in 2018, mainly driven by additional investment in sales, marketing and reimbursement.

Finally, I'd like to touch on cash. We ended the year with $101 million in cash and investments, essentially even with $102 million at the start of 2018. We do expect to use some cash this year, but we continue to have a very strong balance sheet to support operations.

I'll now turn the call back to you, Lisa.

**Lisa D. Earnhardt**
*CEO, President & Director*

Thanks, Jeri. We've continued to invest in advancing our pipeline and believe we are and will continue to be the leader in evidence-based innovation in the ENT specialty, providing physicians with solutions to overcome critical challenges and improve the quality of life for patients. To that end, we have a few updates for you today, including the top line view of the ENCORE study, an update on the ASCEND trial and discussion of a new PROPEL delivery system.

First, we have now completed the ENCORE study. ENCORE was a small 50-patient open-label study designed to evaluate the safety of repeat use of SINUVA. The primary aim of the study was to generate data in order to support revision of the FDA-approved labeling, which currently states that repeat use hasn't been studied. Patients participating in the study received an initial SINUVA treatment. And then at Day 90, they were allowed to receive a second treatment with SINUVA implant if they met the protocol-required criteria for repeat placement. Patients were then tracked to assess the incidence of adverse events and implant-related adverse events through Day 365. We are pleased though not surprised to convey that the study findings show that no serious adverse events related to the implants during the measurement period. We do plan to submit this data to the FDA to seek modification of the labeling and will present study findings in a future scientific conference, publication or both.

Regarding the ASCEND trial, we commenced study enrollment in December and expect to complete enrollment by the end of Q3 with top line results by the end of the year. ASCEND is a clinical study designed to assess safety and efficacy of our drug-coated balloon technology compared with a plain sinus balloon. This study is a 70-patient randomized blinded trial that will assess sinus patency rates and other endoscopic outcomes at multiple time points.

Finally, we have been working on ways to further enhance our PROPEL products. Many customers have indicated they would prefer a modified delivery system when placing PROPEL in the ethmoid sinus. We are therefore moving forward with a new straight delivery system for that product and expect to file that PMA supplement in the second quarter. If approved, we expect to have a system available to customers early next year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our strategy is to make this delivery system available separately for a nominal fee, with the main commercial objective being to reinforce and expand PROPEL usage. We believe this delivery system will be well received by our customers.

To sum up our 2019 milestones, we anticipate delivering on a number of achievements this year. For Q1, we have just announced the preliminary ENCORE results. For Q2, we expect to file the PMA supplement for the straight delivery system and await the CMS J code preliminary decision in early May.

Regarding the latter, we did submit a renewed application in January as planned. And with the CPT codes for placement of a mometasone furoate eluting implant now officially deleted, we retain our optimism about securing a specific J code for SINUVA.

For Q3, we expect to complete ASCEND study enrollment. And by year-end, we plan to report top line results from ASCEND. In addition to these milestones, of course, we'd report on quarterly progress of the SINUVA ramp and PROPEL growth.

We are excited to have these opportunities to build stakeholder value, and I join the full Intersect ENT team in saying thank you for your support and engagement.
We'll now remain on the line to address your questions. So Allison, would you go ahead and please open up the lines?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question will come from Robbie Marcus of JPMorgan.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

This is actually Allen on for Robbie. I guess, I just had a quick question on your guidance. When it comes to the mix of PROPEL and SINUVA, it looks like the strength in this quarter was really driven by a better-than-expected recovery of PROPEL. So as you look forward, when you kind of break apart your guidance, can you give like any specific color on like how we should think about the SINUVA ramp? And the obvious implication is, how should we also look at continued stabilization of the base business?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Allen, good question. As we think about our guidance going forward, we have indicated that we do expect to lean into SINUVA more now that we're through the national sales meeting. And so for SINUVA, we would expect revenue to continue to build as we go through the year. And also with PROPEL, as we get the hiring that we did in the latter part of the year really in the field and up to speed, we would see the benefit of that probably starting in the next quarter. So with that color, that gives you some idea of how we're thinking about the year. We have not, in anticipation of looking forward to the year, broken out PROPEL and SINUVA separately, although we do expect to continue to report them with granularity at the end of each quarter.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

Got it. And then, I guess, a quick follow-up. So it sounds like you already have some of your doctors obviously using SINUVA multiple times. Would you say that for the ones who have kind of held off on using it multiple times, is that something that will change now that you have ENCORE data on hand? Or do you think they're going to wait for the indication?

**Lisa D. Earnhardt**
*CEO, President & Director*

We don't see the ENCORE data as being impactful as it relates to physician's decision-making around repeat use. I do believe given the dose and the safety profile of SINUVA in and of itself, it stands on its own. I did want to clarify though, when we spoke about 100 physicians having ordered SINUVA 5 or more times, those aren't necessarily for the same patients. Those are -- for the vast majority, it's actually new patients are being treated. We do have a report anecdotally of some physicians treating patients more than once, but the vast majority of use has been de novo use of SINUVA.

**Jeryl L. Hilleman**
*Chief Financial Officer*

And I'd also want to just update. We're doing this for clarity in the dosage section. The indication doesn't speak to repeat use. This is really -- so right now the dosage section says that repeat use hasn't been studied, and this will provide data to provide safety profiling on repeat use.

**Operator**

Our next question will come from Bob Hopkins of Bank of America.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

A couple of quick ones. I'd love just to get your kind of gut check on the J code, express some optimism but obviously there was some optimism expressed before. So what incrementally can you share with us that is sort of driving the comment you just made on J code?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. Bob, I think that the biggest determinant of our optimism is really with regards to the CPT codes that were in existence last year that sunset at the end of 2018. And that was the reason why CMS had given up, that they didn't award or felt like a separate J code was necessary. So between those codes being sunsets and the last communication we had with CMS, which is following their final decision in the sort of probably late November time frame, we do believe we're in a very good position moving forward, and look forward to the preliminary decision to be ruled on in May.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. That's helpful. And then on the guidance for next year, I realize you don't want to break it out at this point. But the Street is modeling, I think, about $12 million in SINUVA sales. And I think it'd just be helpful to know if you thought that, that was way off, your thinking, just so we don't have mismatched expectations there.

**Jeryl L. Hilleman**
*Chief Financial Officer*

I think if you look at the fourth quarter and assume that over the course of the year, particularly as we move towards the second quarter, which is historically a very strong quarter for ENTs with allergies and so forth, I think you should see a ratable level of increase that could align order of magnitude with the Street, but we don't want to give specific guidance.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. And then, lastly, Lisa, I was intrigued by your comments about -- as it relates to SINUVA potential inflection in the next coming months, I was wondering if you could just flesh that out a little bit, perhaps something coming from your sales meeting. And then maybe just provide us with a little bit of perspective on last year relative to your original expectations. Now that you've had some time to really reflect, if you had to kind of really pinpoint it, what was the core driver of the disappointment? And what's causing you to make this comment about potentially seeing an inflection in the coming months?

**Lisa D. Earnhardt**
*CEO, President & Director*

I'll start first with the inflection. I mean, we did really -- are coming off a very strong sales meeting and feel like we have the recipe for success developed this year. And as we've communicated previously, we know it will take time and will ramp over the course of the year. But we are encouraged by the sort of ingredients we have on the table to make this being a fantastic year. And I think if I reflect back on 2018, probably the one element that was most challenging for us was with regards to product access. And while we're super encouraged by what a strong position we are from a payer coverage perspective at this point, the fact that specialty pharmacy is an option for some patients but not all patients was sort of a new learning for us because, as you know, that was absolutely the preferred route for a number of physicians because it provided a lower risk, an easier way to access the product versus buy-and-bill. And so I think that was clearly our biggest learning as we reflect upon the year. But I do feel like we have put the team in place to be able to address this. We're doing all the right blocking and tackling, and I'm encouraged about the opportunities that we have ahead.

**Operator**

Our next question will come from Richard Newitter of SVB Leerink.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

I have a couple here. Just to continue on the line of questioning around SINUVA. You have, I think you said, greater than 70% of commercial lives covered. You've been added to formulary and seen positive coverage -- medical policy coverage decisions for a number of payers in the recent months. Can you tell us maybe what that actually is doing for you at the ground level with those insurers? And specifically, with respect to how, if at all, it's facilitating a move back away from buy-and-bill to maybe allowing you to be more reliant on specialty pharmacy submissions?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. Rich, good questions there. And I think it is important to note that some payers have us on formulary, others have on medical policy, some payers have both. We just want to make sure that patients do have access regardless of how they're required to access that product. So it's premature to sort of comment on what the split -- what could potentially happen in the future as it relates to a potential drive more towards specialty pharmacy. I mean, we have seen the last quarter or 2 about a 50-50 split between specialty pharmacy and specialty distributor. Even if on a presence of a formulary, even if that is a bit of a tailwind for us having those positive physicians on formulary, we know that buy-and-bill will remain an important part of the launch of SINUVA. And so it still is very much a focus of ours. So we're excited that patients have access, and the fact that we have over 70% of commercial covered lives is a positive. But we do want to make sure that physicians and our sales team are -- and the reimbursement team are all ready to support what's required for both specialty pharmacy and buy-and-bill.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

And with respect to the buy-and-bill, the data that you're collecting on the actual payment that gets received by doctors, where are you on kind of that cumulative collection of data points? And [ presumably ], it's positive and building. And can you give us any sense as to what the ASP percentage addition is?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. We've continued to acquire what are called EOBs, or explanation of benefits, which show the exact payment rates for the physician offices as it relates to buy-and-bill. We feel like we're in a good place. The last number we shared was over 50 EOBs. We continue to collect, but we think that is sufficient and really provides a nice robust library that can be relied upon, so we think unlikely that we would update the number of EOBs we have moving forward. We view that more as a launch metric than something we would update moving forward. All that said, the payment rates have been coming down pretty consistently to average selling price plus some sort of margin. I don't want to give any specific numbers, but it's obviously up to the physician and their contracted rates what they end up billing, what they end up collecting. But it's been a very appropriate value and something that would be -- provide the right level of reimbursement for them to incorporate this into their practice.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

And maybe just one on the pipeline, the ASCEND trial drug-coated balloon. Lisa, what are the next steps? And once the data reads out towards the end of the year, what does that mean? Does that mean you'll be able to potentially submit to the FDA or that's going to dictate whether you need another trial after that? Maybe just help flesh that out.

**Lisa D. Earnhardt**
*CEO, President & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. It could be either one of those things, Rich. So we've -- when we talk about this trial, it's our first randomized trial that we've done with this. We're obviously really excited about the potential of a drug-coated balloon to provide incremental benefit over what's available today. All that said, it is the first randomized trial that's been done in this fashion. And so we will have the data by the end of the year. And if that's positive, it could lead to a submission in 2020 of the ASCEND product. Otherwise, it could cause us to do some additional clinical work. So we'll certainly look forward to updating you later this year on which path we're on.

**Operator**

Our next question will come from Matthew O'Brien with Piper Jaffray.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Just to continue following up on all the SINUVA questions. I think you mentioned those 100 clinicians that are buying 5 -- or bought at least 5 SINUVA products at this point. I think it was -- 400 was the last quoted number of docs who are treating patients. Is this just a signal that you're really trying to go deeper within that 400 down to 100? And that the other 300, you're not doing as much business with? Or are you still continuing to add more and more clinicians, and I'm just overreading this statement?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. So just to clarify, I think we had said, at the end of the third quarter call, we had about 400 physicians that had treated at least 1 SINUVA patient. And at the end of the fourth quarter, we had about 500 physicians who had used the product, just under. And so as we look at the 100 physicians, those are physicians who have ordered SINUVA at least 5 times. So we don't have visibility whether they treated patients or not and how many they've treated. But we're really encouraged that with those 100 physicians, they've now started to use it not just once but multiple times and are starting to incorporate into a more routine part of the practice.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Got it. And then as we think about the Q1 guidance, either Jeri or Lisa, it was a little lighter than I was expecting and it kind of signaled a pretty meaningful slowdown in the core business regardless of what SINUVA number that you threw in there on a 2-year stack basis. And I know it's seasonal and everything else like that, but is there something specifically with the core business you're signaling here in Q1?

**Jeryl L. Hilleman**
*Chief Financial Officer*

I don't know that it's so much a signal. You're absolutely right about the seasonality. And if you look at where we were in Q4, it's a guide of around 20% down from Q4, which ties very much to seasonality. And typically as we start the year, we do guide from Q4 to Q1 in line with seasonality. The other factor to note is that, in Q1 of last year, it was the last quarter before our anticipated launch of SINUVA. So both having Contour, we were still in the first year of the Contour launch, and all of our sales force really touching base with the doctors before the SINUVA launch, we ended up with a very strong quarter. So it's also a challenging comp, which I think as we move through the year, we'll be back more on an apples-to-apples type of comparison between the dynamics of the quarters. But between seasonality and between some of the prior year dynamics, that really led us to put guidance where we did.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Got it. And last one for me. Just on the OpEx spend for the year, clearly, this is an investment year with all the headcount additions both last year and then this year and then the spend on R&D. But it was -- it is higher than we were expecting, I think some investors were expecting. So this will be another deleveraging year for the company down to the bottom line. So do we think about that persisting into

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

2020? And then again being a deleveraging year as you continue these investments or could we start to see revenue growth start to fall in line with OpEx growth?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. No, I think that's a question we can answer better later in the year after we really see the rate and pace of growth of SINUVA. And obviously, the answer to your question, it's going to be very dependent on what we anticipate SINUVA will contribute as we go into 2020.

**Operator**

Our next question will come from Brian Weinstein of William Blair.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

This is actually Andrew Brackmann on for Brian. Maybe just following up on Matt's question around the seasonality and recognizing you guys don't want to guide specific to base business in SINUVA, but maybe you could add a little bit more granularity on pacing throughout the year. Is there anything other -- besides typical seasonality and the SINUVA ramp that we should be contemplating?

**Jeryl L. Hilleman**
*Chief Financial Officer*

I think one of the other factors we talked about with regard to SINUVA, so I won't repeat just what we said to Matt, but add on that as we think about SINUVA, we are excited with the traction we're getting. The question that we raised is also it's the first quarter with resetting of deductibles, so we'll be learning through that process and we tried to reflect some degree of that as we think about our guidance for Q1.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

And then I may have missed this, but did you say the number of sales reps you plan to add in 2019?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We did not quantify the number of reps. We think we really leaned into it pretty heavily at the latter part of 2018. So while we will have some modest growth, it will not be as -- probably as pronounced as last year.

**Operator**

[Operator Instructions] Our next question will come from Ravi Misra of Berenberg Capital Markets.

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

Just one on ENCORE. Maybe just around the reimbursement for repeat placement, can you help us understand what the dynamics there? Are there any restrictions around that or 0 days? And then with the kind of SINUVA kind of assumptions, if I hear you right, and I apologize if I'm wrong, I've been jumping between calls, it sounds like we should be anticipating ramping sales throughout the quarters of 2019. What kind of pricing assumptions are baked into that?

**Lisa D. Earnhardt**
*CEO, President & Director*

Right. So in terms of the repeat usage from a payer perspective, we have not yet seen that be an issue, except for maybe a very small number of payers where they may have put a limiting factor on -- potentially SINUVA could only be used once a year. I think we only have one major payer that has that stipulation. All the other payers that I'm aware of, and as we mentioned on the call, we have hundreds

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

now of payers that are covering SINUVA really focused based on the indication statement, i.e. if this patient has polyps, returning with symptoms and have had prior surgery, they potentially could be indicated for SINUVA. And so we're encouraged by that. We also will continue to supplement our data with payers. I'm looking at things like the budget impact model and the cost effectiveness of this. And we do know payers, even if they were to treat a patient multiple times throughout the year, it's still a cost-effective alternative relative to other options. And so ENCORE will just be a small piece of that. That really is, as Jeri mentioned earlier, something to address the dosage section of our labeling, where it does mention that repeat use hasn't been studied. And we think that will be a net positive to have that statement removed. Your second question was about SINUVA. It is going to be ramping over the course of the year. And on pricing, Jeri, do you want to answer that question?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We don't really anticipate any shifting in the pricing. We are giving you some indication of the net pricing, which feeds into revenue of roughly $1,000 in implants against the list price of [ $12.75 ]. And just to clarify that a little bit, the difference between the list price and what we take in revenue is a combination of fees paid for our channel partners and government-mandated discounts that are available to certain customers.

**Operator**

Ladies and gentlemen, this will conclude our question-and-answer session. At this time, I'd like to turn the conference back over to Lisa Earnhardt for any closing remarks.

**Lisa D. Earnhardt**
*CEO, President & Director*

Great. Thank you so much for joining us today. We certainly appreciate your interest and support. Have a wonderful evening. Bye-bye.

**Operator**
The conference has now concluded. We thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.