# EXHIBIT I

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 6, 2019**

# Intersect ENT, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-36545 | 20-0280837 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**Intersect ENT, Inc.**
**1555 Adams Drive**
**Menlo Park, California 94025**
**(Address of principal executive offices, including zip code)**

**(650) 641-2100**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class: | Trading symbol(s) | Name of Exchange on Which registered: |
|---|---|---|
| Common Stock, 0.001 par value | XENT | The Nasdaq Global Market |

**Item 2.02**       **Results of Operations and Financial Condition**

On May 6, 2019, Intersect ENT, Inc. (the "Company") issued a press release announcing its financial results for the first quarter ended March 31, 2019. A copy of the press release is furnished as an Exhibit 99.1 to this Current Report and is incorporated herein by reference.

The information in this Item 2.02 and the related Exhibit attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 5.02**       **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

On May 6, 2019, Lisa D. Earnhardt, the Company's President and Chief Executive Officer, informed the Company that she was resigning as the Company's President and Chief Executive Officer, effective June 5, 2019. Ms. Earnhardt will continue to serve as a director.

In connection with Ms. Earnhardt's resignation, the Board of Directors of the Company appointed Kieran T. Gallahue as the Company's Executive Chairman of the Board, effective May 7, 2019, and, in the event the Company has not recruited a President and CEO by the effective date of Ms. Earnhardt's resignation, Mr. Gallahue will serve additionally as Interim President and CEO. Mr. Gallahue, age 55, has served as the Company's Lead Director and a member of the Company's Board of Directors since April 2015. Mr. Gallahue served as Chairman and Chief Executive Officer of CareFusion Corporation, a global healthcare company from February 2011 until its sale in March 2015. From January 2008 through January 2011, Mr. Gallahue served as Chief Executive Officer and as a Director of ResMed Inc., a medical device company. Mr. Gallahue has also served as a member of the Board of Directors of Arena Pharmaceuticals, Inc., a clinical stage biopharmaceutical company, since July 2018, and Edwards Lifesciences Corporation, a cardiovascular device company, since February 2015. The Company believes Mr. Gallahue's extensive executive management experience at medical device companies, including his most recent position as Chief Executive Officer of CareFusion, as well as corporate governance experience enable him to make valuable contributions in this newly expanded role.

Simultaneously with Mr. Gallahue's appointment as Executive Chairman of the Board, he has resigned from the Company's Audit Committee and the Board has appointed Teresa L. Kline to serve on the Audit Committee.

**Item 9.01**       **Financial Statements and Exhibits.**

(d)    Exhibits

Exhibit No.                                                                                    Description

99.1                          Press release entitled "Intersect ENT Reports First Quarter 2019 Results" dated May 6, 2019.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: May 6, 2019

**Intersect ENT, Inc.**

By: /s/ Jeryl L. Hilleman

Jeryl L. Hilleman
Chief Financial Officer

**Exhibit 99.1**

**Intersect ENT Reports First Quarter 2019 Results**

MENLO PARK, Calif.—May 6, 2019 — Intersect ENT®, Inc. (NASDAQ:XENT), a company dedicated to transforming care for patients with ear, nose and throat conditions, today reported financial results for the first quarter ended March 31, 2019.

Total revenue was $26.7 million for the first quarter of 2019 compared to $24.7 million for the same period of 2018, an increase of 8%. This increase resulted primarily from growth in adoption of the PROPEL® family of products and from adoption of SINUVA®, which contributed $0.9 million, or 4% of first quarter 2019 revenue.

"We continue to work closely with physicians on the introduction of SINUVA and are pleased with the positive feedback regarding patient outcomes," said Lisa Earnhardt, president and CEO of Intersect ENT. "While we have made strides in facilitating product access and sales force balance, we are implementing further measures to continue to improve these areas. We are encouraged by the preliminary decision by CMS to assign a J code, and remain excited about the opportunity for SINUVA."

Gross profit for the quarter was $22.0 million and gross margin was 83%, compared to gross profit of $19.2 million and gross margin of 78% for the same period of 2018. This increase in gross profit reflects a charge related to SINUVA taken in the first quarter of 2018 and favorable impact in the first quarter of 2019 related to a lower cost structure and a higher average selling price for the PROPEL family of products.

Operating expenses for the first quarter of 2019 were $33.5 million, compared to $25.8 million in the same period of 2018, an increase of 30%. R&D expenses increased to $6.3 million from $4.3 million, primarily due to an increase in headcount and related expenses, and expenses related to our investigational ASCEND drug-coated sinus balloon. SG&A expenses increased to $27.2 million from $21.5 million, primarily due to the expansion of SINUVA commercial and market access activities including headcount, marketing and consulting expenses.

The balance of cash, cash equivalents and short-term investments was $97.6 million, compared to $100.8 million at the start of the year.

**Outlook**

Intersect ENT is updating its outlook for revenue for the full year 2019 revenue to $113 to $117 million compared to prior guidance of $123 to $127 million, and for modest growth in the second quarter. The company's outlook for 2019 gross margin remains in the range of 80% to 81%. In consideration of the change in revenue outlook, the company is reducing its outlook for operating expenses excluding stock-based expense, which are expected to be offset by incremental stock-based expense associated with the leadership transition announced May 6, 2019. Thus the company is maintaining its outlook for 2019 operating expenses in the range of $135 to $137 million.

**Webcast and Conference Call Information**

Intersect ENT will host a conference call at 4:30 p.m. ET (1:30 p.m. PT) to discuss the company's first quarter 2019 results and business outlook. To access the conference call via the internet, go to the "Investor Relations" page of the company's web site at www.intersectENT.com. To access the live conference call via phone, dial 1-844-850-0548 and ask to join the Intersect ENT call. International callers may access the live call by dialing 1-412-317-5205. Participants may expedite telephone access by pre-registering for the call using the following link: http://dpregister.com/10130111.

A replay of the conference call may be accessed that same day after 8:00 p.m. ET at www.intersectENT.com or via phone at 1-877-344-7529 or 1-412-317-0088 for international callers. The reference number to enter the replay of the call is 10130111. The dial-in replay will be available for a week after the call and via the internet for approximately one month.

**About Intersect ENT®**

Intersect ENT is dedicated to transforming ear, nose and throat care by providing innovative, clinically meaningful therapies to physicians and patients. The company's steroid releasing implants are designed to provide mechanical spacing and deliver targeted therapy to the site of disease. In addition, Intersect ENT is continuing to expand its portfolio of products based on the company's unique localized steroid releasing technology and is committed to broadening patient access to less invasive and more cost-effective care.

For additional information on the company or the products including risks and benefits please visit www.IntersectENT.com. For more information about SINUVA, please visit www.SINUVA.com.

Intersect ENT®, PROPEL® and SINUVA® are registered trademarks of Intersect ENT, Inc.

**Forward-Looking Statements**

The statements in this press release regarding Intersect ENT's continued growth and financial outlook are "forward-looking" statements. These forward-looking statements are based on Intersect ENT's current expectations and inherently involve significant risks and uncertainties. These statements and risks include Intersect ENT's ability to provide solutions to improve surgical outcomes, Intersect ENT's ability to expand the use and adoption of its current products and advance its pipeline, Intersect ENT's ability to obtain and maintain FDA or other regulatory approvals, the ability to procure and maintain adequate coverage and reimbursement for our products and/or the procedures in which they are used, and Intersect ENT's projections about 2019 full year and second quarter revenue, gross margin and operating expenses. Actual results and the timing of events could differ materially from those

anticipated in such forward-looking statements as a result of these risks and uncertainties, which are described in the company's filings on Form 10-K, Form 10-Q and the company's other filings with the Securities and Exchange Commission (SEC) available at the SEC's Internet site (www.sec.gov). Intersect ENT does not undertake any obligation to update forward-looking statements and expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained herein.

# # #

XENT-F

Intersect ENT, Inc.
Jeri Hilleman, 650-641-2105
ir@intersectENT.com

**Intersect ENT, Inc.**
**Condensed Consolidated Statements of Operations**
**(in thousands, except percentages and per share data)**
**(unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Revenue | $ 26,673 | $24,723 |
| Cost of sales | 4,645 | 5,482 |
| Gross profit | 22,028 | 19,241 |
| *Gross margin* | *83%* | *78%* |
| Operating expenses: | | |
| Selling, general and administrative | 27,207 | 21,516 |
| Research and development | 6,266 | 4,273 |
| Total operating expenses | 33,473 | 25,789 |
| Loss from operations | (11,445) | (6,548) |
| Interest income and other, net | 640 | 412 |
| Net loss | $(10,805) | $(6,136) |
| Net loss per share, basic and diluted | $   (0.35) | $   (0.21) |
| Weighted average common shares used to compute net loss per share, basic and diluted | 30,918 | 29,878 |

**Intersect ENT, Inc.**
**Condensed Consolidated Balance Sheets**
**(in thousands)**
**(unaudited)**

|  | March 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash, cash equivalents and short-term investments | $ 97,586 | $ 100,773 |
| Accounts receivable, net | 17,331 | 19,616 |
| Inventory | 13,916 | 11,586 |
| Prepaid expenses and other current assets | 2,372 | 2,695 |
| Total current assets | 131,205 | 134,670 |
| Property and equipment, net | 5,975 | 5,878 |
| Other non-current assets | 1,861 | 413 |
| Total assets | $139,041 | $ 140,961 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 4,240 | $ 6,202 |
| Accrued compensation | 13,180 | 12,281 |
| Other current liabilities | 2,674 | 1,250 |
| Total current liabilities | 20,094 | 19,733 |
| Other non-current liabilities | 200 | 234 |
| Total liabilities | 20,294 | 19,967 |
| Total stockholders' equity | 118,747 | 120,994 |
| Total liabilities and stockholders' equity | $139,041 | $ 140,961 |