# EXHIBIT P

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT FQ1 2018 Earnings Call Transcripts

## Tuesday, May 01, 2018 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.23) | (0.21) | NM | (0.15) | (0.61) | (0.19) |
| **Revenue (mm)** | 23.66 | 24.72 | ▲4.48 | 28.02 | 115.36 | 145.60 |

Currency: USD
Consensus as of May-01-2018 3:58 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | (0.19) | (0.08) | NM |
| **FQ3 2017** | (0.19) | (0.15) | NM |
| **FQ4 2017** | (0.18) | (0.11) | NM |
| **FQ1 2018** | (0.23) | (0.21) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................... | **3** |
| **Presentation** | ....................................................................... | **4** |
| **Question and Answer** | ....................................................................... | **7** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*CEO, President & Director*

## ANALYSTS

**Anna Marie Nussbaum**
*William Blair & Company L.L.C.,
Research Division*

**Brandon Vazquez**
*Canaccord Genuity Limited,
Research Division*

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC,
Research Division*

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research
Division*

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research
Division*

**Kristen Marie Stewart**
*Deutsche Bank AG, Research
Division*

**Ravi Misra**
*SVB Leerink LLC, Research
Division*

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG,
Research Division*

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research
Division*

**Vishnu T. Gogineni**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Intersect ENT First Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

Now I would like to turn the conference call over to Jeri Hilleman, Chief Financial Officer. Please go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Jamie, and thank you all for participating in today's call. Joining me today is Lisa Earnhardt, President and CEO.

Before we begin, I'd like to remind you that we will make forward-looking statements within the meaning of federal securities laws. Actual results and timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties, which include, without limitation, our outlook for financial performance, sales force growth, clinical studies, approval of new products and indications and procurement of reimbursement codes and coverage, which are based upon current estimates and assumptions as well as other risks detailed from time to time in the reports we file with the SEC. We disclaim any obligation or undertaking to update or revise any forward-looking statements contained herein.

I'll now turn the call over to Lisa Earnhardt. Lisa?

**Lisa D. Earnhardt**
*CEO, President & Director*

It certainly has been a busy and exciting start to the year for our team, delivering 21% top line growth and commencing the commercial launch of SINUVA. There were no surprises in our first quarter PROPEL family results. We continue to deliver strong growth with a balanced product portfolio. Our newest PROPEL product, Contour, continues to represent about 1/4 of our sales, with the balance split between PROPEL and Mini.

New account growth was also consistent, with about 50 new accounts acquired in the quarter. We also continued to roll out Contour into our existing account base. Finally, we successfully implemented a modest price increase consistent with prior years.

We are grateful for the physician support and confidence represented by these results, with now over 230,000 patients having received the benefit of PROPEL. We are also very proud of our sales force for delivering on the quarter, while simultaneously preparing diligently for the SINUVA launch, including copious training on the product itself and on market access. We had 113 sales representatives on board at the end of Q1, with 82 territory managers and 31 sales consultants, up slightly from the start of the year.

Finally, the team initiated the first SINUVA outreach to targeted physicians with warm reception. Our launch preparation, launch timing and early commercial experience has all been in line with our expectations. We worked with a focus group of physicians to identify their first patients for SINUVA and to start the process of payer approval. A small number of patients were treated in March, with about 50 physicians receiving SINUVA in their offices. Initial feedback from both physicians and their patients have been positive. The enthusiasm is well founded, especially considering that the first patient treated had undergone over 10 prior sinus surgeries.

In addition, as further preparation for launch, we initiated work to transition SINUVA production from small clinical lots to the large commercial scale needed to support product introduction. This process involved considerable learnings as we navigated commercial production of our first drug product. These learnings led us to use our initial production solely as validation units, resulting in a onetime charge that negatively

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

impacted our gross margin, which Jeri will describe in more detail. Since this initial experience, we have completed production of multiple SINUVA lots and have built a strong current inventory position.

With only a month experience from the start of our official launch, it is early to draw conclusions on SINUVA. That said, we'd like to share a little color to give you a flavor for how everything is going.

First, starting with the physician experience. Surgeons have been pleased with the ease of the procedure. The time to prep the patient for SINUVA placement is similar to that required for other office procedures, and the placement of SINUVA is relatively straightforward. Patients have tolerated the procedure well and have expressed enthusiasm over having the option of an in-office procedure versus returning to the operating room. An encouraging endorsement is the number of patients from our RESOLVE studies, who've expressed interest in having SINUVA again.

Our ASCENT reimbursement hub and our market access partners are working actively with physicians, and both our specialty pharmacies and specialty distributors are shipping product. As a reminder, there are 2 channels through which physicians can access SINUVA. In some cases, they may purchase from a specialty distributor and bill for the product themselves. That's called buy and bill. In other cases, they may utilize a specialty pharmacy, which submits the case to the patient's insurance provider for preapproval, and once this preapproval is secured, collects the patient co-pay and sends the proxy to the doctor on a per-patient basis. Regardless of the method, physicians have access to our ASCENT service, which verifies patient benefit and provides information to practices related to coverage. We believe that our multichannel approach, supported by our ASCENT reimbursement hub, is critical to ensure full patient access.

As claim volume increases through the payer process, we expect payers to codify their approach to coverage of SINUVA. We have seen a few policies established today, but we do expect it will take 6 to 12 months for most payers to have formal decisions in place and a quantifiable picture of covered lives. We continue to expect that the majority of payer policies will be affirmative, that the payer will cover SINUVA, while recognizing that some payers may confuse SINUVA with PROPEL, requiring further education and discussion. At this point, many cases are going through preapproval officially. And others, as anticipated, take time to work through the process due to the learning curve of market access, a dynamic common to the early introduction of other physician-administered drugs into the office setting. Overall, while still very early, our experience to date with payers and physicians remains in line with our prelaunch expectations.

In addition to working with payers, we are also engaged in the process of securing an assigned J-Code for SINUVA. As mentioned on a previous call, we submitted a J-Code application to CMS in December and continue to expect to have a product-specific J-code for SINUVA effective January 1, 2019. The preliminary decision from CMS will be released any day, and the final decision will we made in November. Until a product-specific J-Code is assigned, not unlike other new physician-administered drugs, providers will use the unlisted code, J3490.

As the final takeaway about our launch this far, we remain convinced that SINUVA has the potential to be a meaningful treatment option for patients who suffer from recurrent polyposis, and it will be an important addition to the ENT's toolkit, as they manage this challenging disease. We are enthusiastic about our progress with our targeted launch and look forward to future updates.

Let me now turn the call over to Jeri to take you through our financial results and outlook.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Lisa. Our first quarter revenue of $24.7 million reflected a 21% growth in our PROPEL product business and de minimis SINUVA revenue. This aggregate revenue is ahead of our guidance midpoint of $23.5 million, but still in line with our year guidance of $111 million to $116 million. We are, therefore, reaffirming our 2018 guidance, as we work through the early days of the SINUVA launch.

For the second quarter, our revenue outlook is $27.7 million to $28.2 million. This forecast anticipates that the launch date of SINUVA will be time intensive for our sales force as they make product and market access introductions to physicians and attend initial procedures. Still, we are continuing to expect PROPEL

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

to grow over the second quarter of last year in low double digits, which, combined with the initial SINUVA revenue, enables us to target growth over Q2 last year in the range of 15% to 18%, while navigating the early launch.

Moving to gross margin. As Lisa explained, we recognized a onetime charge in our cost of goods associated with our decision to not commercialize initial SINUVA production. Excluding this nonrecurring charge, our gross margin would've been 82%, in line with recent quarters and reflecting the early overhead added to commence SINUVA production.

To help balance out Q1, we are working to accelerate our planned manufacturing capacity expansion from Q3 into Q2. This step should both improve Contour production efficiencies and facilitate the expansion of SINUVA production. As the result of this change, we expect our Q2 margin to be approximately 80%. And thereafter, we expect to see growth margins continue to improve each quarter as we ramp volume into this expanded overhead. Overall, adjusting for this onetime charge taken in the first quarter, we're updating our gross margin outlook to 80% to 81%.

Our Q1 operating expenses were on track at $25.8 million, reflecting early spending on the ramp of SINUVA. We are restating our 2018 OpEx guidance of $113 million to $115 million. Finally, we ended the quarter with a balance of cash, cash equivalent and short-term investments of $103.2 million, just above of our quarter starting balance.

I'll now turn the call back to you, Lisa.

**Lisa D. Earnhardt**
*CEO, President & Director*

Thank you, Jeri. It is an exciting time for Intersect ENT, as we introduce SINUVA to select physicians this quarter. It is also a bit bittersweet as Rich Kaufman, our Chief Operating Officer, who leads R&D, manufacturing and related functions, has decided to retire early next year. Rich has been with Intersect ENT since 2007 as one of our first employees, and his contributions have been extraordinary. Fortunately, we have plenty of time to effect a smooth transition and have begun a search for his replacement.

Moving forward, our focus is clear: continuing to drive PROPEL growth while executing on our targeted launch of SINUVA. We are off to a positive start with SINUVA based on several measures, most importantly, affirmative physician and patient feedback. To share a couple of anecdotes, one early adapter physician in Illinois chose to treat a patient with SINUVA even though he was concerned that surgery might ultimately be needed, given the patient's disease severity. At the first checkup, however, the physician was quite pleased to see that the sinuses were dramatically improved.

Another patient in Texas gained an appreciation for the meaningful benefits of a simple office procedure. Following treatment with SINUVA, she found she was able to smell for the first time in years stating, "I was able to walk into my doctor's office and walk out with a better quality of life."

It's rewarding to hear this early feedback, illustrating exactly what we aspire to deliver at Intersect ENT. We greatly appreciate your support as we embark on this important chapter of our journey to make localized drug delivery the standard care for chronic sinusitis.
Thank you so much for participating in this call, and Jeri and I will remain on the line to address your questions. Jamie, would you please open up the lines?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today comes from Robbie Marcus from JPMorgan.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

Maybe I could just start with the guidance outlook. You guys did 21% in the first quarter. And if I take the midpoint of the range, and I back out the $8 million -- or the high single-digit million implied for SINUVA guidance, I'm getting to something like 10% growth in the base business for the balance of the year. So maybe you could help us understand how much is conservatism. Or what other items we should be factoring in thinking about guidance?

**Jeryl L. Hilleman**
*Chief Financial Officer*

So Robbie, it's a good question, and I think we'll be learning a lot more about that as we get through this first full quarter of launch because the -- we did have a great track record with PROPEL in Q1 continuing our growth. We recognized, though, that SINUVA is going to be a time and energy-intensive launch for our sales force as we go through the first couple of quarters. And our guidance really anticipates the impact that, that could have on overall business. As we go through Q2 and Q3, we'll be able to give a much clearer picture of whether that's the right outlook, or whether there is opportunity for changing that as we gain experience.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

Okay. So fair to say, it's more a conservative point of view ahead of a fairly major product launch for the company.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. I think it really is reflecting is a need to learn and trying to set guidance appropriately, given that learning curve.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

All right, great. Maybe just as a follow-up. I know you said it's early, and you gave us some helpful commentary around the SINUVA launch. Maybe you could just help us understand what the physician reaction is so far. And dealing with the specialty pharmacy isn't necessarily an everyday occurrence for them. So what's been the reception so far to the specialty pharmacy, the necessary paperwork and hoops that are involved to jump through? And do you think this is something that will take time for physicians to adopt? Or you think, based on the adoption you've seen so far, that it could be well received?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, Robbie, I think the interest in SINUVA itself and that as an option for their patients is very strong. And I think -- we've heard that even prior to launch with this product, and it certainly is playing out in spades that way. But what is new, as you correctly point out, is the use of a specialty pharmacy or even specialty distributor for the ENT. The use of a physician-administered drug in the office setting is new for them, so it's really just a simple learning curve. Fortunately, that's exactly why we have the infrastructure we put in place, both with the specialty pharmacy, the distributor and in particular, the ASCENT reimbursement hub, which has been a great resource, not just for the physician, but it tends to be a member of their staff or their team who tends to be the point person. So there's learning there, but

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

just as we anticipated, almost identical to what we would have anticipated going into it. So I think it's early stages, positive, but with some learning.

**Operator**

And our next question comes from Robert Hopkins from Bank of America Merrill Lynch.

**Vishnu T. Gogineni**
*BofA Merrill Lynch, Research Division*

This is Vishnu from Bob's team on for Bob. I just had one quick question on the SINUVA launch, tagging on to Robbie's question. I was just curious if you could just comment -- on understanding that you -- the launch is only a month in, curious if you could comment on what you see as the main pathway going forward for procuring SINUVA, whether that's the specialty pharmacies or directly. And why you think that? And what the implications of either might be?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. As you know, much as we anticipated going into this, we do think specialty pharmacy will be the preferred route of acquiring the product, at least in the near term, until physicians get comfortable with using a physician-administered drug in their office setting. But we do think it's important to have both of those channels open, and we do believe both will capped in and will continue to be utilized over the course of the launch.

**Operator**

Our next question comes from Richard Newitter from Leerink Partners.

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research Division*

This is Jaime on for Rich. A quick question to start on the gross margin. Obviously, you guys are reducing your guidance a little bit. Can you kind of talk through the cadence that we should kind of be expecting over the next year in 2018? I know, initially, it's going to be more of a Contour inefficiencies. But then how much also should we be thinking about attributed to the SINUVA launch?

**Jeryl L. Hilleman**
*Chief Financial Officer*

In terms of gross margins, we're looking at this in aggregate because, obviously, SINUVA does get produced right alongside of PROPEL and Mini and Contour. They're all in the same location. So they -- we've added overhead, both for the need for additional supervision and process with SINUVA. We are also adding capacity, which will make our production a little bit more efficient as we ramp our product. So our expectation is that for Q2, we gave guidance of 80%. And we also commented that we'll expect to see gross margin increasing as we ramped volume into that now established overhead. So I hope that gives you some color and addresses your question.

**Jaime Lynn Morgan**
*SVB Leerink LLC, Research Division*

Okay, great, yes. And then one other quick follow-up. I guess, looking at -- I think, if I heard you guys correctly, you said that right now, in the initial phase of launch, it's a bit time intensive for dedication to SINUVA. So could you kind of talk a little bit about your expectations around what the productivity ramp will be like for reps over the rest of 2018? And potentially forward-looking, how we should be thinking about that?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There's a couple of pieces of information that could help you with it. We do -- what we've said, though, overall, is that we expect that we'll be introducing the product and raising revenue. We're also expanding the sales force by about 10% to 15%. So a per-rep productivity under our guidance would stay relatively flat with last year as we introduce SINUVA.

**Operator**

Our next question comes from Matt O'Brien from Piper Jaffray.

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research Division*

This is Kevin Farshchi on for Matt today actually. Wanted to -- I'm sorry if I missed this. But on the margin side, I definitely understand why it's going down for the year. I guess, I was curious if the 80% to 81% for the year was on an adjusted basis, just bringing down -- removing the number from COGS for Q1. Or if it was something else?

**Jeryl L. Hilleman**
*Chief Financial Officer*

It's really reflecting the GAAP gross margin that we reported as 78%, and now rolling that into our remaining quarters of the year, which led to a downward adjustment of 1% on the high and low ends of the range.

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research Division*

Okay, great. And then just as a quick follow-up, was just curious on the -- should we be thinking about that going up in a 1- to 2-year time frame something like 83s to 85%, something in that area?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We've guided consistently that we would expect margins of low 80s for the company. We've achieved a little higher than that as we kind of perfected the balance of production and overhead with PROPEL and Mini. But as we add more products, look to international and so forth, we would expect in the low- to mid-80s range for our gross margin.

**Operator**

Our next question comes from Chris Pasquale from Guggenheim.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Lisa, I wanted to follow up on 2 points you raised in your prepared remarks about SINUVA. Have any of the payer policies established to date been negative or restricted access? And you mentioned the experience with the RESOLVE patients as an encouraging early indicator. What percentage of those patients have come back and requested SINUVA again?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, I'll address the second question first. I don't have quantifiable numbers with regards to how many of the RESOLVE patients have come back. It is just an anecdotal finding at this point. But I would anticipate, given that it's a chronic disease, that we do hope those patients become SINUVA patients for life, Chris. With regards to the first question, you had asked, are there any specific payers that have put in policies? And I would say, on one side, Anthem, for example, have put forth a policy that groups SINUVA with PROPEL and put it as investigational-experimental, which is, consistent with their policy, what had been for PROPEL. So we have some further education and discussions to happen with them. On the other side, we've had Humana, for example, which put forth a positive policy. And so once again, early for us. I don't

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

want to take any of these for what they are. We do expect they'll take another, probably, 6 to 12 months before we have a holistic picture of where we are with coverage. But that just gives you a flavor for some of the larger players and where they are.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

That's helpful. And then what are you targeting in terms of the number of physicians you'd like to have access to SINUVA by the end of the year? Do you have a metrics you're shooting for there?

**Lisa D. Earnhardt**
*CEO, President & Director*

We haven't communicated that, Chris. As you know, we work with probably around 2,700 or so ENTs across the country. That's about 1 in 3 of those, and we'll be going to a subset of them this year. And as we go through the launch, we'll look forward to providing additional metrics. But really, this year is all about going deep with a targeted group of physicians and really establishing that as a basis for full launch in the fourth quarter and into 2019.

**Operator**

Our next question comes from Kaila Krum from William Blair.

**Anna Marie Nussbaum**
*William Blair & Company L.L.C., Research Division*

This is Anna in for Kaila. And moving away from SINUVA a little bit and towards your 21% growth in the quarter, could you just tell us kind of what you've been seeing in regard to the momentum of Contour? And I think you said it's in about 1/4 of your accounts today.

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, real quick, just to clarify, Contour represents about 1/4 or 25% of our overall PROPEL sales. It's actually in over half of our -- actually, in about half of our accounts today with PROPEL -- with all of our PROPEL accounts. So it continues that the introduction of Contour goes very well. As you know, sometimes, it's gated by the need to go through committee processes at a given institution. But the feedback on the product continues to be very strong, given its unique hourglass design and its lower profile. Physicians have really found an important role for that, in particular, with their frontal sinus patients. So we've really been encouraged and do believe that will continue to be a meaningful driver of growth for us this year.

**Anna Marie Nussbaum**
*William Blair & Company L.L.C., Research Division*

And as a follow-up question, in terms of the initial launch of SINUVA and the targeted accounts, are these all existing PROPEL users today? Or are there any of those early adopters that are new customers to the business?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. That's a great question, Anna. Our focus has really been on physicians, who've already found a role for localized drug delivery in their practice. And so we focused almost excessively on that. And it's not to say that others haven't expressed interest. We just want to make sure, as we go through this learning phase, we're really working with physicians who we already have close working relationships, and we're able to learn together.

**Operator**

Our next question comes from Kyle Rose from Canaccord Genuity.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brandon Vazquez**
*Canaccord Genuity Limited, Research Division*

This is actually Brandon in for Kyle. In your initial experience with SINUVA, I just wanted to kind of dive into what the repeat opportunity is there. Can you just maybe go over anecdotally, are doctors willing or are they asking to be able to use SINUVA on a repeat basis? And can you just remind us of the incremental of opportunity with repeat usage?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, Brandon. I mean, is it clear this patient population is a population with a chronic disease. And so even with a treatment, like SINUVA, which can provide symptom relief for a period of time, we do see all of these patients as potential candidates. And that has been affirmed with physicians in their practice. I don't think it's really a focus of physicians today, because quite honestly, all these physicians are getting their first initial experience with SINUVA. But I do think that could expand over time. And I'll ask Jeri to talk a little bit about that market opportunity.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes, for the repeat use, we have 635,000 patients that have had previous surgery and continue to see the ENT with repeat symptoms. And about 50% to 60% of those present with recurrent polyps, which is the target for the use of SINUVA. So we think for all of those patients, they have the potential to benefit from SINUVA through repeat usage over time.

**Brandon Vazquez**
*Canaccord Genuity Limited, Research Division*

And if I could ask one more just on the distribution channel that you had mentioned earlier. So there's a specialty distributor, specialty pharma. And it sounds like, for the doctor's side, the specialty pharma's going to be maybe an easier route for them. Is there maybe, on the company aside, on Intersect's side, are one of those more beneficial to you from maybe margins or ASPs?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Not really. We really -- the goal of this is to find the best way for the physician to secure the product to give to their patients. Many of those will be in a position where they want to buy and bill, particularly over time. And that will be their preference, and we want to provide that. If they want to order through specialty pharmacies and just have the product delivered, we want to provide that. The difference at this point for us is really not material. What matters more is just facilitating sufficient usage.

**Operator**

Our next question comes from Kristen Stewart from Deutsche Bank.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

I just wanted to go over -- I think you had mentioned in your prepared remarks that you were able to take a price increase. If you could quantify that? And then maybe just talk about how pricing is trending for SINUVA as well.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes, the price increase we took was just a couple of percent. That's quite typical for us to do, which brings us to round numbers, call it, around 8 10, 8 15, in that range per unit. On the SINUVA side, our list price is the $1,275. And then, of course, as is the case in -- with pharmaceutical products, there are certain discounts and fees that need to be offset against that for when we recognize that. And we said that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

roughly, we would expect a recognizable portion of that ASP to be around the same price as PROPEL. But our list price is -- it's set and established.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And have you had any pushback at all? Or has that been fairly well received in the marketplace? And is -- are the discounts roughly in line with where you're thinking as well?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes, and yes. It's been well received. There's been no commentary around it. And yes, it is in line with our expectations.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. And then, just to go back to the gross margins. I just want to make sure that I completely understand. The change in the gross margins was just simply a function of the onetime charge in the first quarter, nothing else.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Correct.

**Operator**

[Operator Instructions] Our next question comes from Ravi Misra from Berenberg Capital Markets.

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

So I have 2 questions. I guess one on just publications and pipeline. And I'd like to tie that into maybe just a bigger picture management strategy question with now Rich retiring. So maybe if I could start with that latter one. He was kind of -- he's doing VP of R&D, COO. I'd like to hear your thoughts on kind of how you see the next person that's going to be coming in. I mean, do you need to hire both? Are you looking for someone who's going to be still combining that role? And then secondly, there are a couple of questions on multiple SINUVA usage. I'd love to get an update on the ENCORE study. And what you kind of are looking to strategically from an R&D perspective, given the transitions and the new product launches that are on the way here?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, Ravi, you're correct in that Rich has been core to our innovation strategy, having been one of our first employees. And that was obviously a big area of contribution for us. So as we look to develop the leadership team, we will continue to focus on individuals, who continue to work our agenda, which is really innovation and clinical evidence combined as being part 2 pillars of our success today. So I'm not going to provide any specifics around that, but we do think we have a really strong, proven team of leaders in our organization and R&D. And we do believe that's critically important to our future as well. So his departure is just more of a normal -- he'll be here almost a dozen years by the time he steps down. And we're excited for him, but as I said, it's bittersweet. In terms of ENCORE, that study was enrolled early -- earlier this year, and we've done some of the repeat implement. We would expect readout of that data in about the second quarter of 2019. So we do have a number of publications forthcoming this year, so once again, consistent with our focus on clinical evidence. But that specific trial, the data will be available, and we'll share more details about that in the second quarter of 2019.

**Ravi Misra**
*SVB Leerink LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And then maybe one more on the data. Do you think, as you kind of make the argument towards repeat use, that you might be facing some additional pushback from insurers until you can demonstrate that positive publication before they get more [indiscernible]...

**Lisa D. Earnhardt**
*CEO, President & Director*

I think the publication there, it was less about for the payers and a little bit more for the FDA. Because right now, in the labeling, it does say repeat use hasn't been studied. And we obviously have conviction that it's safe, and we think from a payer's, they're really going to look at medical necessity. And so -- and that's really where the focus will be. We also have some health economic data that's coming on the pipe that we think will be supplementary to the -- in our discussions with the payers as well, which will help demonstrate that SINUVA not only improves clinical outcomes, but it also does so in a cost-effective fashion. So look forward to seeing that in publication later this year.

**Operator**

And our next question is a follow-up from Kristen Stewart from Deutsche Bank.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

I just wanted to go back to ask what your expectations are? I know you had said in terms of the different channels, that you expected most to go through, I think it was the specialty pharmacy line. But to what extent could we potentially see any stocking in the second quarter? And is that built into any of your guidance?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Kristen, this is Jeri. We don't really have stocking as much as a consideration. We do ship to the specialty pharmacies and distributors on a weekly basis. We track inventory very close to usage so we're not building up inventory. So that's really not part of the revenue stream that we are managing.

**Operator**

And ladies and gentlemen, at this time, I'm showing no additional questions. I'd like to turn the conference call back over for any closing remarks.

**Lisa D. Earnhardt**
*CEO, President & Director*

Great. Well, thank you all for joining us today. We certainly appreciate your interest and support, and look forward to staying in touch with you all. Have a great afternoon.

**Operator**
And ladies and gentlemen, that does conclude today's conference call. We thank you for attending. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.