# EXHIBIT X



Transcription Services Provided by 1888TypeItUp.com

**TRANSCRIPTION**

**IntersectENT_112818**

| SPEAKER IDENTIFICATION | DIALOGUE |
|---|---|
|  | [BEGINNING OF IntersectENT_112818.mp3] |
| **MATT O'BRIEN, M.B.A.** | **Well, good morning, everybody. I have to see what time it actually is, but good morning. My name is Matt O'Brien. I cover med tech here at Piper Jaffray. I'm very excited to have the Intersect ENT management team here with us. Lisa, who is the CEO of the company, and then Jeri, who is the CFO. Thanks so much for making your way all the way across the country to be with us. I really do appreciate that.**<br><br>**I'm going to start with the question that you're getting a million times, which I'm sure you've -- you know, you're getting tired of answering. But talk about the J-code: why you didn't get it this time, what really, you know, may have caused some confusion among the regulators.** |
| LISA EARNHARDT, M.B.A. | Yes. And so just to bring everyone up to speed with SINUVA, it is a physician-administered drug. And so we believe a J-code would be most appropriate to bill for use of the product. In May, we had received a preliminary decision from CMS that -- given the fact that there were two existing codes, which were Category III CPT codes, which could have potentially been used for submission of SINUVA claims -- that they decided not to grant us a -- or at least recommend a product-specific J-code.<br><br>In November, they reaffirmed that decision by not granting us a product-specific J code. We actually just got a letter on Monday, a prompt follow-up from CMS, with a more detailed rationale. And it was exactly as we had anticipated, which is because there wasn't public documentation that the -- these two T-codes were going away, at least the date in which they were no longer going to be effective -- that they maintained their initial preliminary recommendation.<br><br>Since then, ironically, CMS actually did issue a comprehensive file of codes for 2019. And as it turns out, these T-codes are not there. And so now it is |

| | |
|---|---|
| | official; they are gone. They will be sunset, as we had -- as we knew, at the end of this year. And so they also -- The good news: In that letter, they did confirm, which is our understanding, that a J-code is most appropriate and that we should be using J3490, which is the unlisted J-code, which is what our practice has been. It's very typical for a physician-administered drug to use that prior to getting a product-specific J-code. So moving forward, we do intend to reapply in January for a product-specific J-code, which would then be effective for 2020. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| LISA EARNHARDT, M.B.A. | And so, while we were disappointed with CMS's decision, the good news with the letter is it did say, like, it was just a matter of the timing of these codes being sunset not being publicly -- public information, and then that they did confirm that a J-code was appropriate. So those were two good outcomes that came from the letter. |
| **MATT O'BRIEN, M.B.A.** | **Got it.** |
| LISA EARNHARDT, M.B.A. | A lot of frustration on our part. |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | But it is what it is. |
| **MATT O'BRIEN, M.B.A.** | **And so there's nothing, mechanistically, they can do to implement a J-code between Jan. 1 of this year and Jan. -- or of '19 and Jan. 1 of '20.** |
| LISA EARNHARDT, M.B.A. | No, no. It's an annual process. |
| **MATT O'BRIEN, M.B.A.** | **Did -- And forgive me for asking this question, but is there -- Are they basically saying you're going to get this in 2020? Or --** |

| | |
|---|---|
| LISA EARNHARDT, M.B.A. | No, they didn't. But what was encouraging is they did say the most appropriate code to use is J3490, which is an unlisted J-code. So that's about as encouraging as it could get for us. |
| **MATT O'BRIEN, M.B.A.** | **OK. So as far as this goes with SINUVA -- And, you know, we think it's going to be a great product, and we'll talk about competition in a little bit. But how -- The thing that struck us a little bit, when we were doing some work on this, was that this is a private-pay patient population.** |
| LISA EARNHARDT, M.B.A. | Yeah. |
| **MATT O'BRIEN, M.B.A.** | **That's really all that matters here. You've got -- You've now got all six of the big folks covering, which -- You know, Cigna just came on board. Great, congratulations. Wh- -- How impactful could the J-code be for you if you were to get it in 2020? Is it, you know, 10, 25 percent of doctors that are saying, well, until you get this, I'm going to hold off? Or is it much less than that?** |
| LISA EARNHARDT, M.B.A. | Yeah. And so just to recap, on our earnings call early November, we had communicated that five of the six major national payers had all, you know -- Those patients had access to SINUVA, either via the fact that it was on formulary or that it was in a written medical policy. Subsequent to that call, Cigna did just recently issue a communication that, effective January 1st, 2019, SINUVA would be available via formulary. So that was great news for us, and now we do have all the major national payers. So the impact of the J-code -- We've always, you know, believed, for 2019, whether we had a product-specific J-code or not, our revenue outlook would be the same, just given that we're relatively early in our adoption cycle. We think, longer term, having a product-specific J-code will certainly help streamline the product access process, which has been the challenge for us out of the gate with SINUVA, being the fact that it's the first physician-administered drug in the ENT specialty. So we do believe it will streamline that process in terms of prior authorization and, ultimately, payment. And it will also provide, quite honestly, like, a psychological benefit for ENTs, knowing that there is a product-specific J-code. It's just one of, you know -- If they were to bill an unlisted CPT code for their work, you know, |

| | |
|---|---|
| | sometimes that, you know, carries the risk of not being paid or not being paid the full amount. That hasn't been the case with a J-code and the fact that the majority of payers now are paying for SINUVA. And as we've collected EOBs and actually looked at payment rates, you know, it's typically ASP plus some appropriate markup. |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | But it's just the more pieces we can have to help support the growth of SINUVA will be helpful as we move forward. |
| **MATT O'BRIEN, M.B.A.** | **Got it. So as we think about those private payers that out there, how many of those are formulary versus not on formulary? And how does that impact coverage?** |
| JERI HILLEMAN, M.B.A. | Yeah. Do you want me to take that? |
| LISA EARNHARDT, M.B.A. | Yes, please. |
| JERI HILLEMAN, M.B.A. | Yeah. We're on formulary with a number of payers, and Cigna was the most recent. Anthem is one. And Optum is another where we're on formulary. And, you know, I think we need more time to understand what might go through medical, what might go through pharmacy, what does this mean for buy-and-bill. We do believe buy-and-bill will remain an important element of physicians' practices and it'll really be off the patient plans as to how the physician can access it through specialty pharmacy or through specialty distributors. So the encouraging thing is that we now have all the national payers providing access through one of those two pathways. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK, very helpful. The thing that's interesting to me -- Lisa, you mentioned the doctors are getting paid for SINUVA. Is that starting to make the rounds within the clinical community among all their colleagues and peers that, hey, you know, I'm getting paid for this thing? And we're starting to see a little bit of a snowball effect that people are -- OK, I feel comfortable I'm going to get paid for this thing now. And, you know, yes, I know it's taking a little bit longer to get paid than normal, but, you know,** |

| | |
|---|---|
| | **I'm comfortable I'm going to get paid. That's the key thing here. And so we're starting to see more and more interest, clinically, in using the product. Is that a fair characterization? Or --** |
| LISA EARNHARDT, M.B.A. | Yeah, in that I would say we're still early yet in the launch, because those physicians who did go down the buy-and-bill process and submit claims are just now getting paid. So we're just starting to build a library of proof of payment, and we're just in the process of communicating those. And we literally can share on a, you know, EOB by EOB basis -- Our reimbursement team is sharing that information as needed with physicians to help educate them and their practice managers. So I would say it still is very early in that educational process. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| LISA EARNHARDT, M.B.A. | But we do think it sets us up well for 2019 as we think about, you know, all the drivers of growth for SINUVA really starting to line up. |
| **MATT O'BRIEN, M.B.A.** | **Got it. So thinking of '19, which, you know, we all are at this point, you said expect about $12 million to $13 million worth of SINUVA revenue next year.** |
| JERI HILLEMAN, M.B.A. | Actually, just to amend that -- |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| JERI HILLEMAN, M.B.A. | We talked about approximately 20 percent growth. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| JERI HILLEMAN, M.B.A. | And we mentioned that we would be in the range, you know, low double-digit growth for PROPEL. But we didn't speak specifically to a number for SIINUVA. |

| | |
|---|---|
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| LISA EARNHARDT, M.B.A. | But if you solve for [CROSSTALK] |
| JERI HILLEMAN, M.B.A. | Yeah, that's what -- I'm just [CROSSTALK] |
| **MATT O'BRIEN, M.B.A.** | **OK. I was like [CROSSTALK] I just had a heart attack.** |
| JERI HILLEMAN, M.B.A. | Oh, sorry. |
| **MATT O'BRIEN, M.B.A.** | **All right. OK.** |
| LISA EARNHARDT, M.B.A. | Don't have a heart attack. If you're going to have a heart attack, don't. |
| **MATT O'BRIEN, M.B.A.** | **So let's just say low double digits for revenue next year, something like that.** |
| JERI HILLEMAN, M.B.A. | For PROPEL. |
| **MATT O'BRIEN, M.B.A.** | **For SINUVA.** |
| LISA EARNHARDT, M.B.A. | A low double-digit growth for PROPEL. A low double-digit revenue for -- |
| **MATT O'BRIEN, M.B.A.** | **Of revenue for SINUVA, yeah. They're about $1,000 apiece right now. Is it fair to say that most patients get two per case?** |

| | |
|---|---|
| LISA EARNHARDT, M.B.A. | Correct. |
| **MATT O'BRIEN, M.B.A.** | **OK. So using my -- That's about 6,000 to 6,500 patients next year. You're getting a 75 percent approval rating, your preauthorization rating right now. So that's 9,000 patients. Can your clinician base do that many cases? And is there anything, from a reimbursement hub perspective, where they couldn't handle that many patients?** |
| LISA EARNHARDT, M.B.A. | Yeah. And so taking -- You know, first of all, we do believe, even on a targeted basis, which is the phase of launch that we're in today, that supports those types of volumes in 2019. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| LISA EARNHARDT, M.B.A. | From a reimbursement hub perspective, what's nice is that's easily scalable. And so we do believe -- You know, we had some issues with that early on, not anticipating the number of patients we'd have identified as well as the work that would be required to gain prior authorization early on. But we're at a point now that we're -- that the hub is running well. And we're predictably getting patients through that prior-authorization process within a 30-day period of time. Sometimes it's much quicker, but just on average. And I think that's really helped. It's not necessarily just the pure length of time; it's the predictability. Right? |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | And that's where we really struggled out of the gate, is that we had some patients who were in that process for an extended period of time, which was not a good experience for the patient, wasn't a great experience for the physician and certainly did cause disruption as it relates to our core business. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK. Super helpful. So let's talk about the competition in this space. Gets a lot of conversation -- OptiNose and Regeneron. How do you position SINUVA versus those two companies in this space?** |

| LISA EARNHARDT, M.B.A. | Yeah, I'll stop with -- I'll start with OptiNose. And then, Jeri, you can talk about the monoclonal antibodies more broadly, above and beyond what Gen- -- Regeneron has. But, you know, first and foremost, all of our patients are chronic sinusitis patients that we're treating today. All of those patients are on some form of steroid therapy, you know, whether it be intranasal steroid sprays. Typically, for patients that have a more extensive polyp disease, they're on some sort of high-dose steroid rinses or, in some cases, they're needing to take oral steroids a couple of times a year. Right? So that's just standard of care for our patient population. |
|---|---|
|  | And OptiNose is an intranasal steroid spray. It has a different delivery mechanism than the ones that are on the market today. But we wouldn't -- We view that therapy as very complementary. And that has been the feedback we've received from physicians today, albeit more anecdotal. But we think it's very complementary today. And, Jeri, do you want to cover the monoclonal antibodies? |
| JERI HILLEMAN, M.B.A. | Sure. And the specifics: Monoclonal antibody therapy is something that recently a study read out for a product called dupilumab and for use in chronic sinusitis. We see this again as not really impinging on the market opportunity for SINUVA. It's a very, very different treatment modality. SINUVA is local therapy delivered in the doctor's office and has a cost to the doctor; the overall cost is $1,275 per implant. |
|  | But the key thing is really the localized, highly effective nature of the treatment. If one were to look at a monoclonal antibody therapy, you're looking at something that is systemic in nature and has systemic effect. And these are really a drug that the patient would need to take for a very, very long period of time. These are lifelong conditions. The patient or physician would need to inject these drugs, say, every two weeks. And the cost profile is very, very high. I've seen numbers around $37,000 for a course of treatment for the year for the product. |
|  | So incredibly different treatment paradigms. And I think the systemic nature of monoclonal antibody therapy is something doctors will be very mindful of when they think about how to use that in their patient base. So we see that SINUVA as something that is readily available, addressable, local, very great safety profile and very good economic value proposition. So we really don't see that as affecting our market opportunity. |

| MATT O'BRIEN, M.B.A. | Have you heard any feedback from clinicians that they're evaluating, you know, multiple products here and, you know, they're going to go a little bit slower with SINUVA as a result? Or is that not an issue? |
|---|---|
| JERI HILLEMAN, M.B.A. | We've not heard that feedback. |
| LISA EARNHARDT, M.B.A. | Yeah. No. |
| MATT O'BRIEN, M.B.A. | OK. All right, so let's -- |
| LISA EARNHARDT, M.B.A. | And I think today, to be clear, it's approved. It just got approval for asthma. |
| MATT O'BRIEN, M.B.A. | Yeah. |
| LISA EARNHARDT, M.B.A. | And so it's sort of early on. I mean, I do think, for patients that have multiple comorbidities, potentially that could be an option. But for sort of the bread and butter SINUVA patient, you know, that patient that has chronic sinusitis with polyps, that have had sinus surgery, SINUVA's going to be a great option for the reasons that Jeri outlined previously. |
| MATT O'BRIEN, M.B.A. | Got it. And let's -- Last question from me on SINUVA. Just -- I know it's early days, but how's the clinician feedback been so far? The reorder rates of just some of the earlier adopters? |
| LISA EARNHARDT, M.B.A. | Yeah. I mean, the clinician feedback has been very consistent with our clinical experience, our clinical study experience. As you know, we ran four prospective trials, and it's great to see very similar outcomes in feedback. I am having the fun, as of late, getting out and spending time with some clinicians. And it's always encouraging to me when they're so excited about their patient outcomes. And so that's great, from our perspective.<br><br>I mean, there's plenty of feedback I'm getting as well around product access. It's not nearly as positive. But even some of the physicians who were challenged up front with some of the -- you know, the timeframe and some of the administrative burden are starting to get comfortable. And I |

| | |
|---|---|
| | think, because of the clinical outcomes being positive, they're saying, hey, it's worth it. And that was -- You know, I just had dinner with three docs last night. And one said, like, yeah it's a bit of a pain; it's getting better. But it's worth it because my patients are doing so well. |
| **MATT O'BRIEN, M.B.A.** | **That's great to hear. OK. Let me pause there real quick and see if there's any questions from the audience. OK.** |
| | **So let's talk about the base business. You've increased the sales force about 20 percent this year already. How do we think about that group being adjusted as we exit 2018? You know, between sales consultants and contract reps, etc. And are they hitting territories where, historically, you really haven't had much of a presence? Or is it more, hey, you guys here are really going to focus on CONTOUR PROPEL. And, you know, you guys are going to do SINUVA. How do we think about that group, just generally speaking?** |
| JERI HILLEMAN, M.B.A. | Yeah. Do you want me to start? |
| LISA EARNHARDT, M.B.A. | Yeah. |
| JERI HILLEMAN, M.B.A. | Yeah. We expanded the sales force really to address an area of the growth opportunity that we really weren't covering terribly well this year with the addition of SINUVA. And that is looking at our current accounts and expanded usage of doctors that are already using the product. So that role is really most suitable for the junior reps. We're maintaining our territory structure. We have about 80 territories, and that's about where we're going to be staying, but adding in junior -- more junior-level people to work with doctors to get them to understand using PROPEL on a more broad basis. |
| | We also are focusing on rolling out CONTOUR to our other accounts. And CONTOUR's in about two-thirds of our accounts, so there's definitely still opportunity there for expansion through the addition of CONTOUR. And we continue to add new accounts. And I think we did the CONTOUR rollout on the new accounts well. But the addition of these people will allow us to really get back to building growth from our current base as well. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |

| | |
|---|---|
| JERI HILLEMAN, M.B.A. | So -- But as we get to the end of the year, we'll be at about 140 to 145 people in our reps in our sales force. And we wouldn't expect to continue to have a high rate of growth next year. We really think we're getting near the level we need to support our current commercial products. |
| **MATT O'BRIEN, M.B.A.** | **So you've had a sales force disruption in the past, earlier days. What have you learned from that that you can apply this time around, given that big increase? You know, historically in my experience, big sales force expansions, you know, have some issues that come along with them. So how do you mitigate the risk of some of those issues as we head into next year?** |
| LISA EARNHARDT, M.B.A. | Yeah, your right. And I'll take that one, because it was about three years ago where we had to, you know, post our IPO where we dramatically expanded the sales force. And at that point, we were splitting territories. |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | And, you know, there was a lot of churn, right? And there was a lot of time spent both onboarding new reps as well as transitioning customers. We're at a point now, as Jeri had mentioned, is that we have 80 territories. And we've had about 80 territories, on average, for the last year. So when we're adding representatives, they're going into existing territories. And so it's a really -- It's gone much smoother. |
| | And, in fact, one of the things having this sales consultant team in place has done is it's allowed us, when we do have, you know, a territory manager leave for whatever reason, albeit a very low rate, we do already have a bench there in place. And so sometimes those individuals are promoted up into the territory manager role. So it's really helped with that continuity as it relates to our, sort of, customer-facing activities. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK. So let's talk about the base business again a bit more on PROPEL and CONTOUR. I think everybody gets SINUVA, and the opportunity there is massive. It seems like, in Q3, the base business slowed down a little bit. Again, I'm not sure how much of that was SINUVA versus CONTOUR with all these new reps coming in. But you said, you know, low double-digit growth in that business next year.** |
| | **So how do we get comfortable that that's achievable? Because you -- I think, Jeri, you mentioned, you know, still a big opportunity with** |

| | |
|---|---|
| | **CONTOUR. Just any metrics you can provide around the base business and feeling comfortable in that low double digits for next year that you talked about.** |
| JERI HILLEMAN, M.B.A. | I think it really comes down to the resources we put into this. And I think that our intention is that the people that we have added this year should be effective and benefit next year and continue to drive growth. Because we really hadn't, during the initial launch of SINUVA, been able to focus on building growth in our current base, and that has always been an important driver of growth. So I think restoring strength in that area, coupled with continuing to roll out CONTOUR and continuing to add new accounts, is really aligned with our outlook for next year. |
| **MATT O'BRIEN, M.B.A.** | **OK. Has PROPEL specifically still been growing recently? Or is it primarily CONTOUR that's growing the base business?** |
| JERI HILLEMAN, M.B.A. | Yeah. Well, CONTOUR's actually been fairly stable, in the last couple of quarters, at around 30 percent of our business. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| JERI HILLEMAN, M.B.A. | So we do expect it to continue to grow a little bit as the mix but not as dramatically as the other. |
| **MATT O'BRIEN, M.B.A.** | **OK. And what about from a surgeon per- -- you know, penetration perspective? You added a lot of surgeons late last quarter, more than I was expecting. Is there still a significant opportunity within your penetration opportunity to go to more docs and to go deeper in those docs? How do we think about those things as well?** |
| JERI HILLEMAN, M.B.A. | Yeah. We're working with one in three ENTs today -- |
| **MATT O'BRIEN, M.B.A.** | **OK.** |
| JERI HILLEMAN, M.B.A. | -- that do sinus surgery. So on the flip side, there's two of three who aren't -- haven't yet found a role for PROPEL in their practice. And I say yet because I feel like there's always an opportunity. |

| | |
|---|---|
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | You know, clearly there's, you know, buckets of physicians. And there are some, as we profiled them, that are at a different stage in their career and that may or may not ever adopt new technology. And then you have those that are, you know, potentially lower volume, or their focus may be in sleep or other areas within ENT.<br><br>We -- So we do think there's still opportunity to gain new users. I think CONTOUR has been great proof point in that, even though our focus to date with CONTOUR has been driving growth in our existing accounts. And we certainly have been able to do that. We do see CONTOUR -- just given its utility in particular lacrimal sinus, which is the most challenging sinus to treat, given its proximity to the eye and the brain -- as a real door opener to physicians who haven't yet found a role for PROPEL in their practice.<br><br>And in fact, we just a week or two ago had gotten the pooled study with our frontal data published. And that'll be a great tool for us in 2019 as we really try to convince nonusers to adopt: in particular, those who are in the academic setting, which tend to be the more skeptical -- |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | -- as well as those who are tending to do more challenging frontal work given that [CROSSTALK] And so we think that's a great growth opportunity for us, moving forward. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK. So let's shift gears here a little bit to the pipeline: drug-coated balloons.** |
| LISA EARNHARDT, M.B.A. | Yeah. Exciting. |
| **MATT O'BRIEN, M.B.A.** | **Congrats on the announcement there. How do we think about the pathway going forward? When are you going to know if you're going to need a pivotal study or not? And, you know, you kind of said two to three years. I'm assuming that's --You know, the end of this year is that -- That is where that timeframe starts. So where they're talking, you know, 2020,** |

| | |
|---|---|
| | **2021 kind of timeframe for that. So will it get you a little bit earlier? Will it get you towards the end of that range that you provided?** |
| LISA EARNHARDT, M.B.A. | Yeah. So just for taking a step back, on our November call, we shared for the first time that we will be initiating a randomized trial for a drug-coated balloon. We're calling this product the ASCEND product, and it's the ASCEND trial. Ultimately, there will be a commercial product name, but for now it's the drug-coated balloon. And so we're excited to be moving to that stage. We've done extensive work on a preclinical standpoint as well as we did a small safety study looking at systemic exposure, which is common for all -- We've done it for all of our products, looking at the P.K. profile, and that came back very strong. And we obviously have confidence moving into a randomized trial, or we wouldn't be doing it. |
| | As it relates to timing, we did communicate that we'd initiate the trial early 2019. We would expect data from the trial late in the year. Fortunately, it's a relatively short-term follow-up period, more similar to what we've done with PROPEL, where we're looking at 30, 60, 90-day outcomes. And so that's great because we're really trying to optimize that postoperative healing process, which happens very quickly postdilation. And so we do anticipate the data at the end of the year. And then we did communicate two- to three-year timing for approval. |
| **MATT O'BRIEN, M.B.A.** | **Good.** |
| LISA EARNHARDT, M.B.A. | And we did have a generalized term there because it depends on how the clinical trial goes. Obviously, if it's positive, we believe, based on our interactions with the FDA, it will be sufficient for approval. Once again, this is going down the PMA pathway. So there's always a sort of regulatory risk -- |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| LISA EARNHARDT, M.B.A. | -- given that it's the first of its kind. That said, you know, we obviously have a lot of experience with the same group at the FDA working through combination products. |
| **MATT O'BRIEN, M.B.A.** | **OK.** |

| | |
|---|---|
| LISA EARNHARDT, M.B.A. | And there are also dug -- other drug-coated balloons in other specialties as well. So it's not necessarily truly novel, as it relates to technology itself, just within the ENT specialty and specifically for sinus. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK.** |
| LISA EARNHARDT, M.B.A. | So we're really excited about the application. |
| **MATT O'BRIEN, M.B.A.** | **And then, the market size here, I think you kind of talked about 200 to 250, but I think it could be much larger. So I know 200, 250 is a big opportunity to focus there first. But then is that a fair estimate of what the market opportunity is? You're going into a more competitive space. How do you position versus some of the other products that are out on the market?** |
| LISA EARNHARDT, M.B.A. | Yeah. I mean, we think, you know, what's great about the drug-coated balloon opportunity is there is an existing market today. The majority of use today is in the operating room in conjunction with sinus surgery. And there are other players in the space who have done a fantastic job building that business from nothing 10 years ago.<br><br>And so, as you think about our offering, it's really around the localized drug delivery. That is unique; it's proprietary. We think, just given our market research and the feedback we've got from physicians -- especially as it relates to use in the office setting, which is really the growing segment, as it relates to balloon -- sinus balloon usage today -- that this could be a really unique offering for those patients. |
| **MATT O'BRIEN, M.B.A.** | **Got it.** |
| LISA EARNHARDT, M.B.A. | To be able to do two for one, if you will, which helps from an economic standpoint. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK. So then a question for Jeri: Gross margin's been contracting a little bit. It's understandable, as far as the reason there. Is '18 the trough,** |

|  | as far as that metric goes, and then there should be the improvement in '19? Or is still going to be, you know, somewhat depressed in '19? |
|---|---|
| JERI HILLEMAN, M.B.A. | Yeah, no. I think this was the year of working through adding substantial overhead for the inception of SINUVA -- |
| **MATT O'BRIEN, M.B.A.** | **Yeah.** |
| JERI HILLEMAN, M.B.A. | -- production, and also continuing to work through efficiencies between CONTOUR and MINI. So we've added a lot, and we've put a lot of changes in place that I think will start to bear out next year. And we've always got to continue to think about our margins as low 80 percent over time. |
| **MATT O'BRIEN, M.B.A.** | **Got it. OK. That's helpful. I think we're about out of time, even though the clock's not showing that way. But so I think --** |
| LISA EARNHARDT, M.B.A. | Yeah. We are out of time. |
| **MATT O'BRIEN, M.B.A.** | **Unless there are any final questions -- It's got to be quick.** |
| MALE AUDIENCE MEMBER 1 | Yeah. So I appreciate [INAUDIBLE] manage your applications, given what happened with, you know, sinus [INAUDIBLE] a few years ago and [INAUDIBLE] But it sounds, from this response that you got, that the reason the J-code was appropriate, they agree. And, you know, the issue was [CROSSTALK] |
| LISA EARNHARDT, M.B.A. | Codes are -- |
| JERI HILLEMAN, M.B.A. | Right. |
| MALE AUDIENCE MEMBER 1 | So it sounds like you're going to get it. So what -- |

| | |
|---|---|
| LISA EARNHARDT, M.B.A. | Yeah. We feel good about our chances of getting a product-specific J-code. Of course, you know, it's still working through the process with CMS. And that would be, you know, out of our control somewhat. But we feel really confident in that moving forward. |
| MALE AUDIENCE MEMBER 1 | Great. |
| LISA EARNHARDT, M.B.A. | All right. Thank you all very much. |
| **MATT O'BRIEN, M.B.A.** | **Thanks so much.** |
| LISA EARNHARDT, M.B.A. | We appreciate the opportunity. |
| JERI HILLEMAN, M.B.A. | Thank you. |
| | [END OF IntersectENT_112818.mp3] |