# EXHIBIT Z

Company Name: Intersect ENT, Inc. (XENT)
Event: 8th Annual SVB Leerink Global Healthcare Conference
Date: February 28, 2019


<<Richard Newitter, Analyst, SVB Leerink LLC>>

Hello. I think we're going to get started here. Thanks for joining us this morning. My name's Rich Newitter, I'm the medical device analyst at SVB Leerink. And we're really excited to have the management team of Intersect ENT with us today. CEO, Lisa Earnhardt; and CFO, Jeryl Hilleman, welcome to both of you.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Good morning. Happy to be here.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So, a lot I want to cover this morning, but this is a timely fireside chat. You just hosted your fourth quarter conference call and reiterated and gave some color on your 2019 outlook. So I think it might be a good place to start off.

Let's talk a little bit about the acceleration that you guys are calling for in your entire business. As we look out to 2019, I think your guidance is calling for basically a mid teens earnings, sales growth rate at the midpoint, that's better than what you did in 2018. And you're entering the year with some real momentum with your new product launch in SINUVA for drug-eluting – it's a drug-eluting stent for chronic sinusitis in-office. So maybe talk to us a little bit about what's getting better as we move into the year to give you the confidence in that growth acceleration trajectory?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Great. I'll start out with this. And I don't know – is the mic on? Great. Perfect. First of all, thank you for the opportunity to speak with you all today. As I reflect back on 2018, we delivered $108.5 million in revenue. It was around 13% revenue growth. And you are correct, Rich, we are looking for an acceleration in the business this year. Last year our growth was driven primarily by PROPEL, which is our surgical products used in conjunction with sinus surgery to improve outcomes. This year we anticipate that we'll have a full launch of SINUVA, which is our newest product to our bag, that will – is all about delivering a less invasive, more cost effective approach for patients who suffer from chronic polyposis. So it's an in-office based procedure.

So as we think about 2019, we have really laid the groundwork we believe for SINUVA in a number of different ways, and I know – I'm sure we'll talk about many of those as it relates – especially as it relates to product access, which was sort of our stumbling block coming out of the gate last year.

But we feel like we're in a really strong position now in terms of having established the foundation with SINUVA at a point now where we have 70% of covered commercial lives with the product. The prior authorization process has been streamlined considerably, where patients are typically getting their prior authorization within a two-week time period. And we are working with about 500 physicians who have incorporated SINUVA into their practice already. So really excited about the potential to drive growth this year.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So you've talked a little bit about this kind of market access and the improvement in the time from submission to actually getting the prior authorizations two weeks now. What was that six months ago at the onset of the SINUVA launch. And then also I think you just mentioned that you have 500 physicians. Just remind us what that number was in the last update and then we'll go into a couple other ones.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. So out of the gate with SINUVA we were seeing highly variable time to get patients through the prior authorization process. So, it was anywhere from a couple of weeks all the way up to a couple of months. And we knew absolutely that wasn't going to be sufficient and adequate for this specialty in these patients. And so on the last call, on our Q3 call, we had communicated, we had gotten the prior authorization timeframe down to a four-week period. So we made some really nice strides in the fourth quarter to get it to a two-week period.

As it relates to the number of physicians, we had 400 physicians using the product at the end of the third quarter and now we're up to 500 at the end of the fourth quarter. If you peel the onion a little bit further, it's important to note that 100 physicians now have placed five or more orders with SINUVA. So we're starting to see not just the trial of the product but also traction, and so that's encouraging.

We also have 140 physicians at the end of the quarter, who have accessed the product via buy and bill, I'm sure we'll talk more about that. But about a third of our physicians now have incorporated that into our practice and we think that's into their practice, which we think is encouraging metric as well. Just as a reminder, we were at, I think 40 physicians at the end of July, 80 at the end of the third quarter, and now we're up to 140 physicians who are – who've been willing to access SINUVA that way.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

And so that's the split of physicians. What about the split of actual procedures? Is that still 50-50 buy and bill specialty pharmacy submission?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah, that's about where we are right now in terms of specialty pharmacy or specialty distributor. If they're accessing the product through a specialty distributor typically, is buy and

bill. So, where the physician – just to make sure if you're not familiar with that term, it's where the physician, they acquire the product sort of they're putting with their money at "risk". And then they're the ones who are actually supporting the submission of claims and the collection of their payment versus if they use specialty pharmacy or the specialty pharmacy handles that aspect of it.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

But buy and bill, they have the ability to profit from the procedure where specialty pharmacy is a little bit more of just a pure access and a pass through.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah, absolutely. So there is a potential to make a small margin on the product and we've seen that from time and time again, what they're making, what we think is inappropriate margin on the product, but there is some potential financial incentive moving forward for physicians.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So our checks from those that are submitting buy and bill have suggested pretty wide ranges. And you've heard of anywhere from ASP plus 40% to 50%, in some cases it's ASP plus 20%. That's like kind of the range you've been hearing. As you collect that evidence of payment in your EOB collection to go to future doctors, I mean, are those buy and bill percentages or profit margins? Is that directionally consistent with what you are seeing? Obviously, we speak to fewer physicians than you do.

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah. I think as we're seeing this early on, there is a range. I think you've accurately characterized the range, and then as you know, this becomes more routine, it will settle in. That percentage is going to vary by the physicians, contracts, the payer and so forth.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Okay, that's good. I mean, that's a healthy – anything above 10% is pretty good. So it sounds like that's going in the right direction. Maybe you can also help me get a better understanding of what's causing the improvement or the decrease in the kind of the reimbursement friction, so to speak, over the last few months? Clearly things are moving in the right direction. But you had a J-Code denial earlier in the year. You were really – what's caused kind of this improvement? Is just you guys learned more and got better at it and you put more resources behind kind of your call center and your partners or what really is driving this?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah, I think it's a couple of different things. One of which is we have gotten a more seasoned with it. And so, and I'd say the royalty, but really our sales organization and reimbursement

teams have gotten more experienced with this. And additionally, the physician practices have. So their submissions are of higher quality, so we think that is important. And then we have had a number of payers come onboard with either putting forth a positive medical policy or putting us on formulary. So I think those three things have really been a contributing factor.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

And it's really only been like three months where you've had, I think you said the number on call, 70% of commercial covered lives are now under either a formulary addition situation or a actual positive medical policy coverage situation. So it's only been three months.

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah. And actually to clarify, some of those actually went into place January 1.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So even less than three months.

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So I guess, that begs the question with respect to the 2019 outlook you've had some improvement even before you've had the full benefit kind of impacting your business from those coverage policies. So as you thought about your 2019 outlook and the SINUVA piece, how have you factored in the potential for incremental tailwinds as you get the full benefit from a full year's worth of having some of these kinds of initiatives going your way?

<<Jeryl Hilleman, Chief Financial Officer>>

We really are very excited about the progress we've made in market access. We are very excited about the payer coverage we're seeing. And I think those really provide a very strong stream and support for growing the product. We also recognized that this continues to be a new way of market access for physicians in the ENT space. This is really the first physician – this is the first physician administered drug in the space. So it is new for the physicians and their offices to work with specialty pharmacies or do buy and bill of a product in this way.

So there's a steep learning curve for these offices. And we also recognize that while many patients can be fulfilled through specialty pharmacy, where the physician doesn't have to put their own capital into the mix. It just takes time for doctors to get comfortable and there will be always be some patients as the doctor will have to buy the product for sand seek reimbursements directly.

And until they get comfortable with that, then I think those are the challenges that we faced this year. And we've already made good traction, as Lisa mentioned, in terms of the number of doctors doing buy and bill, but that's something that is going to, I think one of the biggest focuses we have for ramping the product. So as we think about the year, we're trying to balance both the tailwinds and excitement of the coverage with recognizing that there's a learning curve.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So you didn't split out SINUVA from PROPEL in your guidance, you kind of – you gave us a growth range and you'll left it to us to figure out kind of the pieces. But you did give us some components to – pieces of a puzzle, figure it out. We – for our power we're getting to between 9% and 10% of SINUVA for the year and that includes or that implies – the PROPEL business growing for the year just under 10%.

I guess, one directionally, are we thinking about the pieces right? Are we way off by an order of magnitude or are we at least kind of within the ballpark of where you would have hoped the range of consensus would have come out?

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah, I think if you take the pieces of that and look at PROPEL, the way that we anticipate driving further growth in PROPEL is really related to bandwidth. Last year when we added in SINUVA, the senior most of our reps, the territory managers, really focused very heavily on that. And we find – continue to drive growth with our current accounts, get doctors to use the product more. There's a very important role to be played by our sales consultants and which are less – more junior reps in our mix of field sales force.

And we have expanded that tremendously. We added roughly 20 or so sales people at the – from the last four months of the year. They're now just getting up to speed and adding productivity. So we see that as a key driver for PROPEL growth. And then if you look at SINUVA factually, we had about – we had $1.2 million in revenue in the fourth quarter, January with resetting of deductibles is, has its challenges and we're well aware of that.

But then as we get into the second quarter where it's more allergy season and people are seeing their ENTs more regularly and we also had our sales force meeting at the end of January. So our salespeople are out there now very actively going beyond a targeted launch. So we think with that, we're starting to put the accelerator down a bit and that that will over the course of the year, hopefully result in growth in SINUVA. So if you look at that starting point and view a general ramp, I think that can frame your numbers.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

But it should, I mean, is it fair to say that, I mean, we should on a dollar basis improve very quarter from maybe 1Q being the low point moving through the years at a fair...

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah, that would certainly be our view and it would tie with the effort and rollout we have planned.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Okay, that's helpful. And then your 1Q guidance, it baked in a number of seasonality type issues as the potential for deductible resets. And the 1Q is kind of an anomaly relative to the rest of the year or at least that's the way that the math works out to get to your full year numbers. And is it reasonable to assume that – once we get past the 1Q, it's not necessarily all 4Q waited year, but pretty much 2Q through 4Q, you'll see over double-digit growth, maybe low- to mid-teens growth kind of for the rest of the year or should we be thinking of it even more back-end loaded?

<<Jeryl Hilleman, Chief Financial Officer>>

Yeah, I don't want to expand too much on our guidance until we get there, but I think that, certainly for SINUVA we would see that ramping and we would expect to see increased productivity from our sales force starting in the next quarter.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Okay. So 2Q – you should see productivity gains from the bolus of rep hires in the fall last year. And SINUVA, kind of just a study she goes improving each quarter.

<<Jeryl Hilleman, Chief Financial Officer>>

I think that's the right picture.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Good. With respect to the kind of the base business and the SINUVA and the sales force kind of walking and chewing gums concept. Just being able to not get distracted from selling, what gives you confidence that you can do both better this year versus last year because it seemed like that was a problem last year.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Richard, absolutely it was an issue for us last year as we were launching SINUVA. And it wasn't just a new product for us, it's the first physician administered drug in this specialty. It's the first drug that we have launched. And there's just difference sort of across the board from a commercialization standpoint.

So we thought – so we recognize that. And obviously, as Jeri alluded to you, added considerably from a resourcing standpoint. We've also invested very heavily in training. And so I think those things along with incentive plans feel like we're aligned now that we will be able to walk and chew gum simultaneously. But yeah, we had indigestion last year in a big way.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

And can you go a little further into what in the incentive plans may be changed – facilitate a more balanced selling approach?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah, just continuing to have, separate quotas or targets for the various products, and then there's obviously different incentives, including incentive for our sales team to hit both their PROPEL and SINUVA targets.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

So one of the questions that I get from investors is, how much of the PROPEL growth deceleration is in fact stuff that's under your control. And in fact, perhaps distraction was SINUVA versus maybe – they're a victim of their own success, they got to a point in the market saturation or penetration of this product. It's about a $100 million business now already – that's just the growth trajectory is slow.

What gives you – how would you respond to that? And what gives you confidence that if you put more resources to it and you execute better, you will see the growth picked back up in the PROPEL business?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. If you look at how we have addressed growth and the levers of – and drivers of growth, we launched Contour last year and that – I'm sorry, 2017, and that provided a lot of growth, but we continue to roll that out to all of our accounts, and we're in about 70% of our accounts, we do see headroom there for the opportunity to grow that further. We also continue to add new accounts. We added about 200 new accounts last year and do have a good continuing rate of new adoption even though the product has been on the market some time.

Our mix of business has stayed very stable. We continue to see growth in the hospitals and in the ASCs, so the ratios there have stayed very stable. And we really – when we examine last year what we saw less of was change in usage among our doctors who do use the product. And some of them will use it in a very large number of their cases. Others will use it only in their most severe.

And historically we have had very good success at working with doctors. And showing them, reminding them of the evidence of efficacy for all patients, working with them on procedures and inviting them to, consider trying it in a broader range of patients. And that has led to higher usage. But because of we believe bandwidth constraints last year, we fell short of that element of our growth and we think that with the additional bandwidth we have, we are aiming to restore that as a driver of growth.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Okay. So you're confident that the market is not penetrated basically for PROPEL.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yes.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Wanted to turn back to SINUVA and reimbursement. So you've got actually in some ways you secured the hard part, the two pieces of reimbursement are always a code and getting coverage decisions. It seems like you got your coverage decisions, still waiting on an official code. We're all hopeful in May and I think you're going to – we're going to get an update there. You've resubmitted for your J-Code, you've already expressed your optimism and reiterated that two days ago on your conference call.

My question on this is, one of the comments that you made on your conference call that I thought was interesting and I'm wondering if it's perhaps even lends more to the optimism that you've expressed. You said that CMS is actually starting to provide payment using the unlisted J3490 J-Code. They weren't doing that during 2018 before. And one of the issues for why the CMS panel didn't give you the J-Code was that they said that there was an existing CPT code.

Does the fact that now all of a sudden in January, February you're getting CMS payment? Is that potentially just a precursor to – an actual nod for an official J-Code in a month or two?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. I think there are, I look at it, it's like really three things that are – how bully or competence as it relates to the J-Code. So, first and foremost, obviously the sun setting of the CPT codes, which was the issue that CMS had articulated to us, given that there were existing codes that could have been used for the description of the work and covering of the product.

The second thing actually in the letter we received from CMS after the final decision was rendered in November, they did articulate that the J3490, which is the unlisted J-Code would be inappropriate code to use in the interim. And then finally, the third point would be to your point, Rich is, we have seen payment for Medicare patients go through using that unlisted code. So, those are all the kinds of things that continue to give us confidence as we move forward towards that may preliminary decision from CMS.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Okay. We're all holding our breath, waiting.

<<Lisa Earnhardt, President and Chief Executive Officer>>

At the end of the day, Rich just, I know we've kind of beat a dead horse over this one, but just to make sure one more time, and maybe this is the last time I have to say like whether or not we had J-Code this year wasn't going to be a determinant of our success. More important obviously is the covered lives and the fact that we're getting prior authorizations and ultimately that the practices are getting payment.

Certainly having a J-Code will streamline that process, but it's not the be all end all. And it was certainly contemplated in our outlook this year that – it wouldn't be in a fact. And to be clear, if we were to get a J-Code, the preliminary decision in May, it doesn't go into effect until January, 2020.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Got it. So the clinical updates that you provided on the call, I want to start with, what I think is the more meaningful one, the balloon sinuplasty initiative you have, you begin enrollment in that trial. Maybe just talk us through a little bit about, what gives you confidence that that trial is going to bear out positively, and what are the end points of that trial? What are you trying to show? What's the comparator? And then what are the next steps once we get this initial study done?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah, so we initiated our first randomized trial ASCEND drug-coated balloon product late last year. I'm really excited about the potential here where it's taking the same drug that we use on our implant products mometasone furoate, but instead, putting it on the balloon. And as you may know, balloons are used extensively in sinus procedures to open up the peripheral sinuses. And it's about a $250 million existing market primarily here state side. So we did initiate the trial. It is the first trial in a randomized fashion that we've done with this product. We believe obviously going into it that we would – it set out for a success.

And the reason we believe that is a, we've have some clinical experience. I'll be at non-randomized with the product. We also have quite a bit of bench and animal work that was done and we also – we'd be remiss not to mention that we have done very similar trials for our PROPEL family of products. And in even in the frontal sinus, we did do two separate randomized blinded clinical trials in the frontal sinus as well. But we were able to really leverage a lot of that learning going into this clinical trial design.

And so we are comparing versus a plain balloon. So we have one side for patients, is the intra-patient control. One side gets the treatment or gets the drug-coated balloon, the other sinuses would be get the plain balloon, which is the standard of care today. And then we'd follow those patients out and looking at sinus patency over a couple of different time points.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Buy I'm just curious, sorry, if this is a naive question, but when you do a balloon procedure, you go in there, you open it, it's relatively quick because it can be painful and unsettling for the

patient, especially if they don't have anesthesia. How long do you have to deploy the balloon with a drug on it to have it be effective? And does that change the nature of the minimally invasive aspect of balloon?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. And we'll get into more details as we're launching the product, but it's a very short time. So it's not – we don't think it certainly doesn't dramatically change the procedural time and the acceptance by either the physician or the patient.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Or tolerance of pain for the patients?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Absolutely. Yeah.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

That's helpful. The other initiative, we have a couple of, about 30 seconds here left, but just your study for repeat use bore out positively. Tell us about what you're going to do with that and makes sense.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. So we had done a 50 patient, non-randomized trial focused on safety, repeat use of SINUVA and we're pleased to share earlier this week that it came back positive and that there weren't any significant adverse events. So we do plan to file that information with the FDA in the second quarter and with the intent of changing the labeling, which right now, as you may recall, it says, repeat usage hasn't been studied and we obviously want that statement in the labeling to change moving forward with this data.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

But no insurers have actually taken that label within kind of their coverage policies, right?

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. Correct, correct. It's not the insurance, and it's – but it's just like, we want to make sure…

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Preventative

<<Lisa Earnhardt, President and Chief Executive Officer>>

Yeah. It's preventative. We're also an evidence-based innovation company, so we want to make sure that we continue to drive value that way.

<<Richard Newitter, Analyst, SVB Leerink LLC>>

Excellent. All right, we're out of time, but thank you, Jeri and Lisa. I really appreciate it.

<<Lisa Earnhardt, President and Chief Executive Officer>>

Thank you, Rich.