# EXHIBIT AA

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT Company Conference Presentation

**Tuesday, May 14, 2019 9:40 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ............................................................... | 3 |
| Presentation | ............................................................... | 4 |
| Question and Answer | ............................................................... | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*CEO, President & Director*

**ANALYSTS**

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*
Terrific. Well, up next is Intersect. Thrilled and a little bit surprised that we have Lisa here today, very thankful for Lisa and Jeri to be here. There is a lot to talk about with the launch of the products with your recent decision. So again, thank you. Thank you for being here.

# Question and Answer

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

I guess the first question on my mind and on everybody's mind is just the question of just helping us understand your decision process to leave Intersect. And obviously, the Abbott job seems to be a very exciting opportunity. But I think the genesis that -- most -- the reason why most people are asking the question is why now? Obviously, SINUVA is still struggling a little bit. So help us understand the decision, and we'll go from there.

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, and I think the decision was less about leaving Intersect, more about joining Abbott. And I've been incredibly impressed with Abbott over the last 2 decades. I've followed what they've done very closely. As many of you know, I've spent the first 14 or so years of my career in cardiovascular, so that is really home for me. And have also spent time in neuromodulation since then. As I look at Abbott's portfolio of products, it's a really unique opportunity to be able to operate at scale and have a different kind of impact in healthcare, and as I think about my career, I was, what, 12, 14 years at Guidant/Boston, and the last 11 years at Intersect, as I'm thinking about my next sort of decade of life, just thinking about where I can have the biggest impact. And the Abbott opportunity came along. It was not something I was looking for. But certainly, when they called, I did pick up the phone. And I was just super compelled about their vision, really excited about the opportunity. It's something I actually get to stay in the Bay Area for. As you know, I live in the San Francisco Bay Area. There are very few jobs where you can manage a $12 billion business with 30,000 employees in the San Francisco Bay Area. The majority of the businesses, many are in the Bay Area, a significant one down in Southern California.

So a lot of things came together for me personally about making that decision. And a piece as well obviously came into play with Intersect. And fully recognizing it was -- it's not a great time for me to be stepping aside. But I think I gained great comfort in the fact that I have a really strong tenured leadership team around the table. And I've worked very hard the last 5 years. I think, Jeri, you were the first one I brought in, kind of from the outside that brought in that sort of public company experience in June of 2014, I believe is when you came on board. And since that, I've continued to build leadership ranks. So I feel really strong about the team I have around the table.

I am also fortunate to have a very strong Board, and in particular, Lead Director, Kieran Gallahue, who had been with us for the last 4 years, who also had been -- has been a public company CEO twice over. He actually -- when he started at ResMed, he'd tell stories. It was actually a pretty similarly sized company to Intersect. Hard to believe today, right? Because ResMed is a much bigger organization at scale today. So he has had just tremendous success in the field, and to have someone like him who is willing and able to step in, both as Chairman of the Board, which is a new role for us, had not had that previously. And then the second of all, have him serve as interim CEO. That's a unique set of circumstances, and I feel incredibly supported by the Board in this decision. And to have someone like that to take over the reins, fantastic. And the fact that they asked me to stay on the Board for some period of time like that also provides continuity and it gives me an ability to influence and also manage that transition. So it really can be seamless. And most importantly, seamless for our employees and seamless for our customers.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

One other sort of obvious follow-up there though is that you've just given where SINUVA is and where the company is right now in its life cycle going through some challenges. How do you convince the employees, the Board that this isn't you leaving a tricky situation? How do you make them feel good and make them feel like this isn't you just sort of saying, "Geez, I don't think we can get this done with SINUVA, so I'm going to go do something different."?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. I think it really comes to the opportunity, Bob, and the fact that I think people who've known me, they've known me for a long time, they know what I stand for and I have been nothing but a loyal leader for them and for other businesses. And so I think they recognize that this is truly a unique opportunity at Abbott. I think to a T, everyone has been very happy for me. And they're really committed to the cause as I am, which is exactly why I'm staying on the Board.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Got it. So then can we -- let's shift gears, maybe talk about SINUVA. Because you just -- you know obviously, the launch has been a bit of a struggle, and we talked about it quite a bit over the course of the last 12 months. But I guess I was just particularly surprised this quarter where it went down from the fourth quarter, and obviously, there's a little seasonality in that, but the number is just so low that seasonality seems like it shouldn't matter at this point. You're going from whatever low 1s to high hundreds of thousands. So I just why did it take a step backwards in the first quarter?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. It's a great point, Bob, because we did see a decline in overall revenue, Q4 to Q1. Encouragingly, we did see a step-up in enrollments which is the number of prescriptions for SINUVA. Our challenge really was getting those patients from being prescribed SINUVA to actually being treated with SINUVA. So it's really sort of managing patients through that funnel, and that's what we saw in March. We've continued to see it in April which has, hey, we've got the demand there. We know the outcomes continue to be fantastic for the patients, but we are still struggling with the market access piece of it. We can talk about some of the changes that we're making. But that's really why the first quarter was what it was. We did beat our guidance number, so we felt good about delivering on our overall commitment for the first quarter. But clearly, based on our experience in margin, April chose to take a step back, look at everything that was happening. And the totality of sort of the headwinds facing the business and decided to lower guidance as part of that.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Is there any math you can put around that in terms of the magnitude of the increase in enrollments? And -- so you had people basically indicated that they wanted to do the procedure, they started a process, but then it didn't translate into a surgery. Is that the right way that somewhere in there, we got lost in the shuffle?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. Yes. So we were up 20% from Q4 to Q1 in terms of enrollments, and our revenue was down probably about the same amount. So obviously, that math doesn't work. Patients are getting stuck in the funnel.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

You're up 20% in enrollments from Q4 to Q1.

**Lisa D. Earnhardt**
*CEO, President & Director*

From Q4 to Q1.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Okay. And then yes, revenue was down 20%.

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

So what happened? I don't feel like I understand it. How did it get worse in terms of -- I imagine that gap was closer in the couple of preceding quarters. So why did that gap widen?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. Jeri, do you want to talk about some of the challenges and...

**Jeryl L. Hilleman**
*Chief Financial Officer*

Well, I think part of it. Yes. I think there's a number of challenges for SINUVA. But just to talk about the relative measures, enrollment will often play out in the following quarter because there's a lag between when a patient is first put into the system and when they actually receive treatment. So you can't really compare the quarterly revenue with the quarterly enrollments. They're a little bit off. And I think that's something that, as we went through and had a very busy December that was part of -- SINUVA really didn't get brought up, and the doctors were focused on other procedures and so forth. So I think that's just some of the little puts and takes of seasonality.

But if you look at overall what's going on, I do think there's strong clinical experience that is driving doctors' view of the product. But there is also still a lot of burden the doctor's office has to carry in order to access the product. They are often used to just going and wanting the product, buying the product, and it's a pretty straightforward process. Here, we go through a prior authorization process. And then the doctor's office needs to navigate, not only prior authorization but also then getting the product through a specialty distributor, specialty pharmacy, which often may mean the doctor needs to buy the product themselves. And since it's a new product, we have shown a very good track record of getting payment for those reimbursement requests. But without an assigned J code, which we believe will be corrected next year, it just -- it's all these things are additive to make the doctors hesitate to really fully embrace the product.

I think there's a number of things that we can continue to do. We made a lot of headway last year in terms of getting the prior authorization process very tight and a shorter period of time, more like 2 weeks. But we also recognize that there's still a lot of back-and-forth with the doctor's office which creates a chance for patients to just get stuck in the funnel. And that was part of the impetus between what we recognized last year was that we really needed to have a strong field reimbursement team to work with doctor's offices, both for education about this particular type of reimbursement. And again, it's the first physician-administered drug in this space.

And secondly, to be there to help them as they have challenges with certain patients just to make sure that patient keeps moving through the funnel. Because if a patient gets stuck in the funnel, there's a very good chance we'll lose them for that treatment. They'll move on to some other form. So I think there's still -- we know there's still inefficiencies, and I think that the field reimbursement team, which we have just fully staffed, just put in place, I think, will begin to help further the process.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Part of that frustration/struggle is that I feel like we've been having a similar type of conversation now for 3 or 4 quarters with the same sort of issues being rehashed each time we don't see any momentum in SINUVA. I mean so is there an easy way to articulate? Like does it really come down to the J code? Like

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is it -- like is that going to be the answer? Or do we just really misinterpret from the beginning how much friction was going to be in the system and how long this process was going to take? Like how much of it is J code?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. Well, I think to begin with, first of all, we didn't anticipate the friction that we're seeing. We really did think there would be sort of 2 avenues that the physician could access the product, either through the specialty pharmacy or through buy and bill, and so we really did think it would be of the physician's discretion. What we have found out the last couple of quarters, as many of you are well aware, is that the payer's really dictating which path they go down, and oftentimes they're dictating that they need to go down buy and bill. And so as we've gone through the process while the number of physicians who have -- who are doing buy and bill now has risen.

We're about 185 physicians or so as of the end of the first quarter. It's still a really small number, and so we're making progress. It's just on a very different ramp than we had anticipated. So I don't know if there's anything new here, Bob. It's just happening much slower which is obviously what we reflected now in our outlook for the year as we'd hoped for. And gosh, even our fourth quarter call, based on what we were seeing in terms of demand in January and February and the enthusiasm, we thought we were -- we're kind of leaning into a big uptake. But then once we saw what happened in March and April, we're saying, "You know what, it's a more gradual ramp." And we just called it.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Yes. So okay, I'm going to make up some numbers. Let's say like originally, you thought by now you would have been doing $20 million in SINUVA sales, and you've done whatever the number is, something much lower than that. What percentage of that delta do you think now, upon reflection, is due to J code versus all the other stuff?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. I think J code is a big piece of it. Sorry, I know you had asked that earlier. I mean J code is a piece to help streamline the overall process. For the physicians we know, some of the back-and-forth is because we're using an unlisted J code, the J3490 code, which is what CMS recommended, but it's still a code that requires additional documentation. We absolutely knew that going into it. We didn't fully anticipate the kind of burden that would be necessary there. So I think having a J code that can be used specific for SINUVA will be very helpful. As you know, CMS just issued their preliminary recommendation to that effect. If it goes through, it will be effective January of 2020. I think that has a benefit both in terms of streamlining the process as well as a psychological benefit for physicians, right? Because I do think anytime they're using an unlisted code or an unassigned code, there is always a -- more a perception of risk around will they get actually paid for that which comes into play with buy and bill. But I still think they're just the blocking and tackling and how can we streamline that process. I mean the J code will help, but it's not the panacea. It's not the answer. A lot of it, we believe, is we're going to be able to address with the incremental field reimbursement team members we've put on to really clear delineation of roles between our sales force and our reimbursement team so that everyone is playing to their strengths.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

So -- but your -- what's your honest view? Is it half the reason? Is it 10%? I'm just trying to understand directionally what your thought is now that we're a year into this. Is it of the disruption? I'm just curious if it's a little or half or a lot. And I just...

**Jeryl L. Hilleman**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The J code?

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Yes. J code's...

**Jeryl L. Hilleman**
*Chief Financial Officer*

I think it's proving to be very burdensome, and I also think it has a lot to do -- we all think it has a lot to do with the physician's willingness to do buy and bill so...

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

.

So half and half?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. We had anticipated with additional proof of payment. So as you know, we're collecting EOBs across the country, and we have about 100 of those that show physician's billing and then ultimately physicians getting paid, and so we felt like having that proof would move the needle. And it is. It's just happening more slowly than we thought in terms of getting physicians onboard with buy and bill.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. So it sounds like it's more than 10%.

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. It's probably more like half or...

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. Okay. So let's talk about it like you're a new investor to the company, like what are the positive signs on SINUVA. So the 20% number, that's an interesting number that you can talk about...

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. The strong demand is there. I think there's clinical...

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Just can you quantify some things, like the 185?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. There's 185 physicians doing buy and bill. That's out of about 600 physicians who have used SINUVA.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

And where was that...

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lisa D. Earnhardt**
*CEO, President & Director*

We were about 140 at the end of the year. It's going up about 40 physicians a quarter right now. And so we are making some progress. We really have maintained what I call like a targeted launch because of some of the challenges and headwinds we're facing with market access. Instead of going broader to all of our physicians, we continue to maintain a targeted launch, and I would anticipate moving forward, at least for some time, we will do that. So to that end, we're working with about 600 physicians right now. I would have expected by now we would've been in a place where we'd start to go broader, but we're saying, hey, let's focus, go deep, work with the physicians that we have. Make sure they have great experiences. Make sure they adopt buy and bill. And then we can go beyond that.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

So that's -- the 185 is the number who...

**Lisa D. Earnhardt**
*CEO, President & Director*

Who does buy and bill.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

What's the number of -- just -- sorry, I just can't remember the number of docs actually doing the procedure.

**Lisa D. Earnhardt**
*CEO, President & Director*

600 physicians in total.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Have done it?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. But I assume you've got probably a small number of doctors that are doing the vast majority of the procedures, or is it more...

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes, it's still really -- it's really well distributed. We do have a handful and literally it's maybe 2 handfuls of physicians that were on this sort of early edge of adoption. And they have not only adopted SINUVA clinically and have bought into that benefit, they also have figured out the buy and bill piece in the procurement process. And so we do have, as I said, it's probably 2 handfuls of physicians or physician practices that are kind of up that learning curve, and we're starting to look at their volumes and be able to say, okay, yes, this is a real business. And we provided some metrics to that effect on our -- through the end of February where I think we had said there was about 100 physicians who've done, who've ordered over 5 or more. And so that at least gave you some sense, but it's still like a very small number relative to the 2,500 surgeons we do business with today with PROPEL. But we're still really focused. We think it's the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

right thing to do until we work through the kinks in the system and really smoothen out and quite honestly have that J code which will help streamline things.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. Any other kind of leading indicators, if you will, that we should be aware of that we should be thinking about? Reasons to be optimistic?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. I think it really does come down to the clinical experience. I mean the clinical data we have where we did 2 prospective randomized sham-controlled trials were -- hopefully, that paper will be issued, be published, within the coming months, looking at a pooled analysis there. And I do believe that will get a lot of attention within the community as well as it should, right, because it's a level of evidence that's not been seen in the specialty ever. So I think that's a big piece of it and just the clinical demand and interest and that of the patient as well. So we started doing DTC on a very focal basis in some markets to try to understand how that might work and play into our overall strategy, and we're seeing some positive results. Of course, we're not going to turn that on until we fix the bottleneck today. But it's great to know that there's a patient population which can be activated and would be quite interested in SINUVA as a treatment option.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. Two other topics I want to hit on quickly. One is just the base business, PROPEL, and the other is on -- I just want to make sure I have some timelines in my head so I'd have a basic understanding for how long it might take to find a replacement. So can you just give a sense like when did you start your talks with Abbott? When did you let the Board know? And how long do you think it'll take to find a replacement?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. So a little bit about the Abbott. It's -- it was just in the last couple of months that I had -- I'm sure they had my name on the list somewhere, but I was not engaged with them until relatively recently. And then once I did get engaged, it happened very quickly. So I literally formally resigned from the Board last Monday, the 6th, right? So it's -- was literally real time. I had let the Board know that I was thinking about it, but we really had a very busy weekend in advance of our earnings call. So just give you a sense for it kind of all coming together.

Fortunately, we did have a plan on the shelf that if something were to ever happen to me that we had a plan where Kieran would step in and play a bigger role. He has the capacity, clearly, has the capability. So we're able to sort of put that in place straightaway which is great. In terms of the search, we're just starting that process, so it's premature to speculate. I mean the Board is absolutely committed to find the right leader for the organization. We're focused a lot on leadership capabilities and commercial acumen and business acumen and probably a little bit less on domain knowledge, only because there are just so few ENT businesses and certainly aren't that many businesses where you're commercializing both a device and a drug simultaneously. So yes, we're going to focus more on sort of overall medical device leadership than a specific domain expertise.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Yes. Okay. And just maybe a couple of comments on the base business because, yes, as you said, you hit the quarter relative to the guidance, but almost certainly as PROPEL did a little better and SINUVA did a little worse. So what -- just kind of your thoughts on how the base business is doing? When you look at the guidance for 2019, my assumption would be you've probably taken a very limited view of PROPEL until you have J code and assume there's not much more in the current run rate embedded in the guidance. So

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that implies somewhere in the high single digits for PROPEL. So is that a reasonable way to think about how you guys are thinking about the business?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. I think that really does accurately reflect the interpretation of the guidance. And if you look at the challenges, we're very committed to working through the product access process with SINUVA, and that is going to take some time for the field reimbursement team to get up to speed and be able to create more bandwidth for the sales force. And so that means that PROPEL, there's going to be a balance and trade-off between the 2 products. I think as we look though, in terms of our ability to add new accounts, we added about 40 new accounts in the first quarter, so I think we continue to see we're able to fill and drive PROPEL forward that way. And then as the sales force can rebalance a little bit better, there's also going to be the opportunity to work with doctors and get them up the usage curve which has always been a very strong source of growth for us. So I think the activities continue to be strong in place, and it's really more a matter of just how we're making the trade-offs in people's time in the sales force.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Did PROPEL surprise you in the quarter? I mean did it do a little better than you thought?

**Jeryl L. Hilleman**
*Chief Financial Officer*

I think it came in right about where we wanted it to and where we thought it would.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. Okay. And is turnover in the sales force stable? Is the organization stable from that perspective?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Are you doing anything special to make sure it stays that way with given your departure?

**Lisa D. Earnhardt**
*CEO, President & Director*

Yes. You know absolutely that the -- in terms of attrition our rates have been very stable over the last couple of years actually, not just on the sales force but across the company. In terms of the sales force specifically, there's a lot of positive energy around some of the changes were related in terms of market access, in particular, the new reimbursement resources. They're experts in their field. They've done this in other specialties before. And so to have a partner in crime, if you will, who's really good at that part, and our sales team is really good at creating demand and ensuring great clinical outcomes. That kind of partnership or marriage I think is -- they're highly anticipatory and hopeful because they obviously get the benefit of seeing physicians and patients and their enthusiasm about SINUVA every day. On the flip side, they also get to hear all the horrible stories in terms of access. But I think at the end of the day, the fact that we still have a really strong, stable team is indicative of the value that we're bringing with SINUVA and really all of our products.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

On SINUVA, do you think just the proposal to have a permanent J code could help the business in 2019?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lisa D. Earnhardt**
*CEO, President & Director*

I think it helps physicians believe that -- and our sales team quite honestly believe that this will happen, right? Because I think without that it could've been a little bit more of a -- definitely more of an uphill battle. We obviously anticipated we would get it. But of course, actually having that positive preliminary decision from the CMS certainly is a vote of confidence.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Do you think it could help the business though commercially in 2019?

**Lisa D. Earnhardt**
*CEO, President & Director*

We don't know because it really won't impact the vision, and we've reflected that in our outlook as you're well aware.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Yes. Okay. That's all I had. Thanks very much for being here. I really appreciate it. Thank you very much.

**Lisa D. Earnhardt**
*CEO, President & Director*

Thank you.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.