COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
INTERSECT ENT, INC., LISA D. EARNHARDT,
JERYL L. HILLEMAN and ROBERT H. BINNEY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERSECT ENT, INC., LISA D. EARNHARDT, JERYL L. HILLEMAN and ROBERT H. BINNEY, JR., <br><br> Defendants. | Case No.  5:19-cv-02647-JSW <br><br> **CLASS ACTION** <br><br> **DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION TO CHANGE TIME TO FILE SECOND AMENDED COMPLAINT** <br><br> Judge:  Hon. Jeffrey S. White |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

GIBBS DECL. ISO DEFENDANTS' RESPONSE TO LEAD
PLAINTIFF'S MOTION TO CHANGE TIME TO FILE SAC
CASE NO. 4:19-CV-02647-JSW

I, Patrick E. Gibbs, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at the law firm Cooley LLP, counsel for Defendants Intersect ENT, Inc. ("Intersect"), Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr. (with Intersect, "Defendants") in this litigation. I submit this declaration in support of Defendants' Response to Lead Plaintiff's Motion to Change Time to File Second Amended Complaint (the "Response"). I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would testify competently thereto.

2. On June 22, 2020, I received an email from Plaintiff's counsel (Ms. Leinbach) seeking Defendants' agreement to stipulate to an additional 20 days for Plaintiff to file an amended complaint. I promptly responded and explained that in this particular situation Defendants were unable to agree to an extension of time. First, I noted that the Court set a specific schedule for both the amended complaint and Defendants' response to it. Second, I noted that Defendants' counsel had other scheduling constraints that would make it unworkable to agree to an extended schedule.

3. In response, I received an email from Plaintiff's counsel (Mr. Prongay) stating that the deadline set by the Court to file an amended complaint (July 9) was difficult for Plaintiff's counsel due to the July 4 holiday, existing deadlines in other matters, and a personal commitment he had on July 9 (a family wedding). He requested that Defendants let him know if they did have flexibility, but stated that otherwise, Plaintiff's counsel would try to make the July 9 work or may file a motion requesting a "short extension."

4. On June 24, Mr. Prongay informed me by email that Plaintiff would file a motion requesting 20-day extensions to file the amended complaint and any response. I promptly responded that Plaintiff's proposed schedule would be difficult for Defendants because it would put Defendants' response date in the middle of several other long-scheduled matters. I suggested we speak by phone to attempt to resolve the issue.

5. Mr. Prongay and I spoke by phone later that day. During that call, I reiterated my concerns about timing and my clients' desire to avoid excessive delay. Mr. Prongay asked me to propose a schedule, and I agreed to do so.

6. The next morning, I wrote to Plaintiff's counsel and proposed a schedule that would

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

GIBBS DECL. ISO DEFENDANTS' RESPONSE TO LEAD
PLAINTIFF'S MOTION TO CHANGE TIME TO FILE SAC
CASE NO. 4:19-CV-02647-JSW

permit 11 extra days (31 total) to file the amended complaint, provide a workable response date for Defendants, and set a reasonable briefing schedule. Specifically, I proposed that Plaintiff file an amended complaint on July 20; that Defendants file their motion to dismiss on August 20; that Plaintiff oppose that motion by September 18; and that Defendants reply by October 16. Mr. Prongay declined to agree to that schedule and indicated that Plaintiff would not accept anything less than a 20-day extension of time to file an amended complaint. I reiterated that Defendants could not agree to 20 days based on Defendants' other pending matters and because it would leave this matter pending too long.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2020, in Palo Alto, CA.

/s/ Patrick E. Gibbs
Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

GIBBS DECL. ISO DEFENDANTS' RESPONSE TO LEAD
PLAINTIFF'S MOTION TO CHANGE TIME TO FILE SAC
CASE NO. 4:19-CV-02647-JSW