COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
INTERSECT ENT, INC., LISA D. EARNHARDT,
JERYL L. HILLEMAN and ROBERT H. BINNEY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSECT ENT, INC., LISA D. EARNHARDT, JERYL L. HILLEMAN and ROBERT H. BINNEY, JR.,<br><br>Defendants. | Case No.  4:19-cv-02647-JSW<br><br>**DECLARATION OF JEFFREY D. LOMBARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:        January 8, 2021<br>Time:        9:00 a.m.<br>Judge:       Hon. Jeffrey S. White<br>Courtroom:  5 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

LOMBARD DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. SECOND AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW

I, Jeffrey D. Lombard, declare as follows:

1.      I am an attorney licensed to practice in the States of California and Washington and an associate at the law firm Cooley LLP, counsel for Defendants Intersect ENT, Inc. ("Intersect"), Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr. (together with Intersect, "Defendants") in this litigation.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Second Amended Class Action Complaint (the "Motion to Dismiss").  I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would testify competently thereto.

2.      Attached as **Appendix 1**, submitted solely for the Court's convenience, is a chart incorporating the statements challenged in the Consolidated Second Amended Class Action Complaint (the "SAC").

3.      Attached as **Appendix 2**, submitted solely for the Court's convenience, is a redline comparison between Plaintiff's Consolidated Amended Class Action Complaint (the "CAC") and the SAC.  The redline comparison was generated by my office using a program called Litera® Change-Pro for Word 10.10.0.103.

4.      In connection with Defendants' Motion to Dismiss the CAC ("Prior Motion to Dismiss"), Defendants attached 27 exhibits.  (ECF No. 28, 28-1 through 28-27.)  For the Court's convenience, the documents attached to my declaration here use the same exhibit letters as were used in connection with Defendants' Prior Motion to Dismiss.  However, because Defendants are not submitting all 27 of the exhibits included with the Prior Motion to Dismiss, there are gaps in the lettering.

5.      **Exhibit A** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the first fiscal quarter of 2018 filed with the United States Securities and Exchange Commission ("SEC") on May 3, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

6.      **Exhibit B** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the J.P. Morgan Healthcare Conference, which occurred on January 9, 2018.

7.      **Exhibit C** attached hereto is a true and correct highlighted transcript of Intersect's

Cooley LLP
Attorneys At Law
Palo Alto

1.

LOMBARD DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. SECOND AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW

Earnings Call for the fourth fiscal quarter of 2017, which occurred on February 27, 2018.

8. **Exhibit D** attached hereto is a true and correct transcript of Intersect's presentation at the Deutsche Bank Health Care Conference, which occurred on May 9, 2018.

9. **Exhibit E** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the second fiscal quarter of 2018 filed with the SEC on August 3, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

10. **Exhibit F** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the third fiscal quarter of 2018 filed with the SEC on November 5, 2018.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

11. **Exhibit G** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the fourth fiscal quarter of 2018, which occurred on February 25, 2019.

12. **Exhibit H** attached hereto is a true and correct highlighted copy of Intersect's Form 10-K for the fiscal year of 2018 filed with the SEC on February 28, 2019.  The 10-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

13. **Exhibit J** attached hereto is a true and correct highlighted copy of Intersect's Form 10-Q for the first fiscal quarter for 2019 filed with the SEC on May 7, 2019.  The 10-Q is publicly available from the SEC on its website at http://www.sec.gov/edgar.

14. **Exhibit K** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the second fiscal quarter of 2019, which occurred on August 1, 2019.

15. **Exhibit M** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the second fiscal quarter of 2018, which occurred on August 1, 2018.

16. **Exhibit N** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the third fiscal quarter of 2018, which occurred on November 5, 2018.

17. **Exhibit Q** attached hereto is a true and correct highlighted transcript of Intersect's Earnings Call for the first fiscal quarter of 2019, which occurred on May 6, 2019.

18. **Exhibit R** attached hereto is a true and correct highlighted transcript of Intersect's presentation at the J.P. Morgan Healthcare Conference, which occurred on January 9, 2019.

19. **Exhibit U** attached hereto is a true and correct highlighted transcript of Intersect's

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

LOMBARD DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. SECOND AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW

presentation at the Bank of America Merrill Lynch Healthcare Conference, which occurred on May 16, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2020, in Seattle, WA.


/s/ Jeffrey D. Lombard
Jeffrey D. Lombard


**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.


Dated: September 18, 2020        /s/Patrick E. Gibbs
Patrick E. Gibbs

Cooley LLP
Attorneys At Law
Palo Alto

3.

LOMBARD DECL. ISO DEFENDANTS' MTD PLAINTIFF'S
CONS. SECOND AMENDED CLASS ACTION COMPLAINT –
CASE NO. 4:19-CV-02647-JSW