# APPENDIX 1

## Appendix 1: Summary of Alleged Misstatements[1]

### Category 1: "[D]efendants' announcements of financial results and earnings guidance"[2]

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| February 27, 2018<br><br>Q4 2017 Press Release<br><br>Company | Total revenue grew to $29.5 million for the fourth quarter of 2017 compared to $24.2 million for the same period of 2016, an increase of 22%. The increase in revenue was attributable primarily to growth in adoption of the PROPEL® family of products.<br><br>***<br><br>Total revenue grew to $96.3 million for 2017 compared to $78.7 million for 2016, an increase of 22%. The increase in revenue was attributable primarily to growth in adoption of the PROPEL family of products. (¶ 159) |
| February 27, 2018<br><br>Q4 2017 Press Release<br><br>Company | The company continues to forecast full year 2018 revenue of $111 to $116 million, including an estimated 8% contribution from SINUVA product sales, and first quarter 2018 revenue of $23.2 to $23.7 million. The company continues to expect to launch SINUVA commercially in the second quarter of 2018. (¶ 159) |
| February 27, 2018<br><br>Q4 2017 Earnings Call (Ex. C at 5)<br><br>CFO Hilleman | This view allows for the launch focus to have some impact on PROPEL sales, as our salesforce works to promote PROPEL and to introduce SINUVA. We have begun launch prep activities this quarter and are reaffirming our first quarter revenue outlook of $23.2 million to $23.7 million. (¶ 161) |

---

[1] All references to "¶" refer to the Consolidated Second Amended Class Action Complaint ("SAC") (ECF No. 38). All ***bold/italic*** or ***bold/italic/underlined*** text reflects emphasis added by Plaintiff. Where the SAC fails to identify the date of disclosure or identity of the speaker, such information has been included for completeness. Defendants previously submitted a substantially similar chart that included additional context for certain of these statements based on documents attached to the Motion to Dismiss the Consolidated Amended Class Action Complaint (ECF. No. 28-28).

[2] Descriptions of the three categories of statements refer to the Court's Order (ECF No. 33) at 11.

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| May 1, 2018<br><br>Q1 2018 Press Release<br><br>Company | Total revenue grew to $24.7 million for the first quarter 2018 compared to $20.5 million for the same period of 2017, an increase of 21%. The increase in revenue was attributable primarily to growth in adoption of the company's PROPEL® family of steroid releasing implants. (¶ 165) |
| May 1, 2018<br><br>Q1 2018 Press Release<br><br>Company | The company continues to forecast full year 2018 revenue of $111 to $116 million, including an estimated 8% contribution from SINUVA product sales, and forecasts second quarter 2018 revenue of $27.7 to $28.2 million. (¶ 165) |
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CEO Earnhardt | It certainly has been a busy and exciting start to the year for our team, ***delivering 21% top line growth and commencing the commercial launch of SINUVA. There were no surprises in our first quarter PROPEL family results. We continue to deliver strong growth with a balanced product portfolio.*** Our newest PROPEL product, Contour, continues to represent about ¼ of our sales, with the balance split between PROPEL and Mini.  (¶ 167) |
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CFO Hilleman | <u>Our</u> first quarter revenue of $24.7 million reflected a 21% growth in our PROPEL product business and de minimis SINUVA revenue. (¶ 169) |
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CFO Hilleman | For the second quarter, our revenue outlook is $27.7 million to $28.2 million. This forecast anticipates that the launch date of SINUVA will be time intensive for our sales force as they make product and market access introductions to physicians and attend initial procedures. Still, we are continuing to expect PROPEL to grow over the second quarter of last year in low double digits, which, combined with the initial SINUVA revenue, enables us to target growth over Q2 last year in the range of 15% to 18%, while navigating the early launch.  (¶ 169) |
| May 3, 2018<br><br>Q1 2018 10-Q (Ex. A at 13) | ***Revenue increased $4.2 million, or 21%, to $24.7 million during the three months ended March 31, 2018***, compared to $20.5 million during the three months ended March 31, 2017. ***The growth in revenue was attributable to an increase in unit sales of our PROPEL family of products***, driven by sales of PROPEL Contour which was approved by the FDA in February 2017, and to a |

2

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Company | lesser degree, an increase in the average selling price of our PROPEL family of products.  (¶ 173) |
| August 1, 2018<br><br>Q2 2018 Press Release<br><br>Company | ***Total revenue grew to $26.3 million for the second quarter 2018*** compared to $24.0 million for the same period of 2017, an increase of 10%. This increase was attributable to growth in the adoption of the PROPEL® family of steroid releasing implants as well as to the commercialization of SINUVA, which contributed 2% of revenue in the second quarter of 2018. (¶ 181) |
| August 1, 2018<br><br>Q2 2018 Press Release<br><br>Company | ***The company expects to achieve third quarter revenue in the range of $23.8 to $24.3 million***, and updated full year revenue guidance to $106 to $109 million, including an estimated 2% to 4% contribution from SINUVA product sales.  (¶ 181) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 7)<br><br>CFO Hilleman | PROPEL Contour represented 29% of sales in the quarter, up from 27% in Q1, continuing to drive growth as we roll this product out to customers. (¶ 185) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 7)<br><br>CFO Hilleman | Looking to the third quarter, as mentioned earlier, we are implementing improvements to market access and expanding our sales force. We expect these efforts to gain traction in fourth quarter and, accordingly, are setting our guidance for Q3 in the range of $23.8 to $24.3 million and for the year at $106 million to $109 million, with about 2% to 4% of our annual revenue to come from SINUVA.  (¶ 185) |
| August 3, 2018<br><br>Q2 2018 10-Q (Ex. E at 15) | ***Revenue increased $2.3 million, or 10%, to $26.3 million during the three months ended June 30, 2018***, compared to $24.0 million during the three months ended June 30, 2017, and increased $6.5 million, or 15%, to $51.0 million during the six months ended June 30, 2018, compared to $44.5 million during the six months ended June 30, 2017. ***The growth in revenue was attributable to an increase in unit sales of our PROPEL family of products***, |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Company | driven by sales of PROPEL Contour which was approved by the FDA in February 2017, and to a lesser degree, limited sales of SINUVA, which contributed 2% to 2018 revenue, and an increase in the average selling price of our PROPEL family of products.  (¶ 189) |
| November 5, 2018<br><br>Q3 2018 Press Release<br><br>Company | ***Total revenue grew to $24.7 million for the third quarter 2018*** compared to $22.3 million for the same period of 2017, an increase of 11%. ***This increase was attributable to growth in the adoption of the PROPEL® family of steroid releasing implants*** as well as to commercialization of the SINUVA® (mometasone furoate) Sinus Implant, which contributed over 3% of revenue, or $0.8 million, in the third quarter of 2018. (¶ 191) |
| November 5, 2018<br><br>Q3 2018 Press Release<br><br>Company | ***Intersect ENT continues to forecast 2018 revenue in the range of $106 to $109 million*** and gross margin of approximately 80%. The outlook for operating expenses is lowered to $110 to $111 million, from $113 to $115 million, reflecting timing of hiring and other expenses. The fourth quarter revenue outlook is in the range of $30.3 to $33.3 million, of which approximately 4% is expected from sales of the SINUVA (mometasone furoate) Sinus Implant.  (¶ 191) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 5)<br><br>CEO Earnhardt | Turning to PROPEL, our Q3 year-over-year growth was similar to Q2 consistent with our stated expectations. Contour continues to be a strong element in our mix at 29% of PROPEL family sales, and we continue to add about 50 new PROPEL family accounts a quarter.  (¶ 193) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 6)<br><br>CEO Earnhardt | Our focus in Q4 is to train and integrate these new team members to support 2019 growth. We believe we will continue to improve the growth of both PROPEL and SINUVA and are, therefore, maintaining our 2018 guidance of $106 million to $109 million.  (¶ 193) |
| November 5, 2018 | ***Revenue increased $2.4 million, or 11%, to $24.7 million during the three months ended September 30, 2018***, compared to $22.3 million during the three months ended September 30, 2017, and increased $8.9 million, or 13%, to $75.7 million during the nine months ended September 30, 2018, compared |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Q3 2018 10-Q (Ex. F at 15)<br><br>Company | to $66.8 million during the nine months ended September 30, 2017. ***The growth in revenue was attributable to an increase in unit sales and average selling price of our PROPEL family of products*** and to initial sales of SINUVA, which contributed 3% and 2% to revenue during the three and nine months ended September 30, 2018, respectively.  (¶ 199) |
| February 25, 2019<br><br>Q4 2018 Press Release<br><br>Company | ***Total revenue grew to $32.8 million for the fourth quarter*** of 2018 compared to $29.5 million for the same period of 2017, an increase of 11%. ***This increase was attributable to growth in the adoption of the PROPEL® family of steroid releasing implants*** as well as to commercialization of the SINUVA® (mometasone furoate) Sinus Implant, which contributed approximately 4% of revenue, or $1.2 million, in the fourth quarter of 2018.<br><br>\*\*\*<br><br>***Total 2018 revenue grew to $108.5 million*** compared to $96.3 million in 2017, an increase of 13%. ***This increase was attributable to growth in the adoption of the PROPEL family of steroid releasing implants*** as well as to commercialization of SINUVA, which contributed 3% of revenue, or $2.8 million, in 2018. (¶ 207) |
| February 25, 2019<br><br>Q4 2018 Press Release<br><br>Company | ***Intersect ENT continues to forecast 2019 revenue in the range of $123 to $127 million and first quarter revenue in the range of $26.0 to $26.5 million.***   (¶ 207) |
| February 25, 2019<br><br>Q4 2018 Earnings Call<br><br>CEO Earnhardt | Revenue grew 10% driven primarily by expanded usage of Contour among the current and new physicians. In the fourth quarter, Contour sales comprised 31% of total PROPEL sales, up from 26% at the end of 2017. (¶ 209) |
| February 25, 2019 | Our fourth quarter and full year revenue were in line with the guidance we set last summer, with both PROPEL and SINUVA hitting their targets.  (¶ 211) |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Q4 2018 Earnings Call (Ex. G at 5)<br><br>CFO Hilleman | |
| February 28, 2019<br><br>2018 10-K (Ex. H at 3, 56)<br><br>Company | ***For the years ended December 31, 2018, 2017 and 2016, we generated revenue of $108.5 million, $96.3 million and $78.7 million***, respectively, and incurred a net loss of $22.9 million, $16.4 million and $25.2 million, for each respective year. As of December 31, 2018, we had an accumulated deficit of $187.8 million.<br><br>\*\*\*<br><br>***Revenue increased $12.2 million, or 13%, to $108.5 million during the year ended December 31, 2018***, compared to $96.3 million during the year ended December 31, 2017. ***The growth in revenue was attributable to an increase in unit sales and average selling price of our PROPEL family of products*** and initial sales of SINUVA, which contributed 3% to revenue during the year ended December 31, 2018.  (¶ 215) |
| May 6, 2019<br><br>Q1 2019 Press Release<br><br>Company | ***Total revenue was $26.7 million for the first quarter of 2019*** compared to $24.7million for the same period of 2018, an increase of 8%. ***This increase resulted primarily from growth in adoption of the PROPEL® family of products*** and from adoption of SINUVA®, which contributed $0.9 million, or 4% of first quarter 2019 revenue. (¶ 219) |
| May 6, 2019<br><br>Q1 2019 Press Release<br><br>Company | ***Intersect ENT is updating its outlook for revenue for the full year 2019 revenue to $113 to $117 million compared to prior guidance of $123 to $127 million***, and for modest growth in the second quarter.  (¶ 219) |
| May 6, 2019<br><br>Q1 2019 Earnings Call<br><br>CEO Earnhardt | Total revenue for the first quarter was $26.7 million, an increase of 8% over the first quarter of last year. The high degree of effort required by both our sales and market access team has continued to impact our ability to balance growth for both PROPEL and for SINUVA.  (¶ 221) |

6

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| May 6, 2019<br><br>Q1 2019 Earnings Call<br><br>CEO Earnhardt | Based on our continued learnings and modifications to our commercial strategy, we are revising our 2019 outlook to $113 million to $117 million a growth of 4% to 8%. We expect to deliver modest growth in the second quarter as we work through this transitionary period.  (¶ 222) |
| May 7, 2019<br><br>Q1 2019 10-Q (Ex. J at 13)<br><br>Company | ***Revenue increased $2.0 million, or 8%, to $26.7 million during the three months ended March 31, 2019***, compared to $24.7 million during the three months ended March 31, 2018. The growth in revenue was attributable to an increase in unit sales and average selling price of our PROPEL family of products and initial sales of SINUVA, which contributed approximately 4% to revenue during the three months ended March 31, 2019.  (¶ 226) |

## Category 2: "[D]efendants' statements that PROPEL sales were strong"

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CEO Earnhardt | It certainly has been a busy and exciting start to the year for our team, ***delivering 21% top line growth and commencing the commercial launch of SINUVA. There were no surprises in our first quarter PROPEL family results. We continue to deliver strong growth with a balanced product portfolio.*** Our newest PROPEL product, Contour, continues to represent about ¼ of our sales, with the balance split between PROPEL and Mini.  (¶ 167) |
| May 9, 2018<br><br>Deutsche Bank Healthcare Conference (Ex. D at 9)<br><br>CFO Hilleman | ANALYST: Okay, perfect. And then maybe if we could turn to the base business, and the first quarter of that did a little bit better than I think expectations were. ***Can you maybe just talk about what you're seeing with PROPEL?***<br><br>DEFENDANT HILLEMAN: Yes. ***I think we're seeing continued growth in PROPEL, and it comes from a number of things.*** Contour continues to be a driver of growth. We are in -- a little under half of our accounts are currently stocking Contour, which is just part of our rollout. And also, in some cases, there's committees that are reviewing and so forth. So we fully expect to continue to have Contour be a significant driver of our growth. We are also working with physicians to expand the frequency of their use. And we |

7

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | continue to add new accounts. We added 50 new accounts in the first quarter, which has been consistent for quite some time. So I think one of the nice things is as we add Contour, we find that the doctors that are most enthusiastic about Contour are also increasing the use of the PROPEL. So we're seeing really nice synergies in our products. And we've had some anecdotal, very early commentary from physicians that I'd say look at SINUVA, they're also saying, well, I need to reexamine my usage of PROPEL. Because as you know, some doctors may choose to use PROPEL selectively, and we feel there's opportunity for all patients to benefit from PROPEL, as we have shown in our clinical studies.  (¶ 175) |
| May 9, 2018<br><br>Deutsche Bank Healthcare Conference (Ex. D at 11)<br><br>CFO Hilleman | ANALYST: Okay, perfect. Any questions from the audience? All right. I'll keep going. *Just in terms of PROPEL, just going back to that, how do you kind of think about the progression over the next couple of years* in terms of adding to the portfolio potentially and just kind of the runway there in terms of getting new accounts and whatnot?<br><br>DEFENDANT HILLEMAN: *Yes. We believe that we're going to continue to grow and expand PROPEL certainly this year through the addition of Contour, also continuing to increase penetration into new accounts*. We are used by 1 in 3 ENTs today. And many of those, there's certainly a case for them to consider using PROPEL more broadly. And then we also believe that as we are in 1 in 8 procedures, that also indicates potential for growth. And if you think about dividing those procedures up, about 1 in 3 are with polyp cases. And we certainly know that providing steroid-eluting implant has double benefit for those patients not only to heal the inflammation associated with surgery, but also to treat the patient. *So we do believe there is continuing headroom for growth of PROPEL.*  (¶ 177) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 9, 15)<br><br>CFO Hilleman<br><br>CEO Earnhardt | As we think about Q3, for the reasons we described, we will be putting in place the additional sales force. We have just recently expanded the staffing at the hub and put a number of other measures in place. But those are going to take time to play out, so we think we'll begin to reap the benefit of these changes as we go into the fourth quarter, *so we are implying a higher rate of growth for PROPEL in the fourth quarter. But we think the third quarter will look much like the second quarter in terms of growth rates, and our guidance is very similar to that.*<br><br> *** <br>ANALYST: So Lisa, you had made the comment that the sales force spent a disproportionate amount of time on the SINUVA launch and didn't effectively engage in the hands-on side of growth for PROPEL. *Could you maybe* |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | *quantify that a little bit more, talk about how much time the sales force spent on the SINUVA launch versus the base?*<br><br>DEFENDANT EARNHARDT: *Yes. Anytime you have a new launch, that obviously attracts a lot of attention from the team. And there's a significant physician interest, as I had mentioned, and so I do believe, as I said, that there was a disproportionate amount of time spent.* I think, of course, we always anticipated the sales team spending time on managing the demand and supporting the clinical education, training required for SINUVA, but what we hadn't anticipated was the amount of time they would spend on sort of troubleshooting product access. *And that's really where the disconnect was. As we were sort of working through patients through the funnel, they ended up spending an inordinate amount of time there.* So I would expect moving forward, with that process streamlined, we'll continue to move forward with a targeted launch that they will be able to better, a, balance their time and also, b, that we're putting some additional resources to help support continued growth in PROPEL. (¶ 187) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 8)<br><br>CFO Hilleman | We have definitely expanded our sales team. We've also expanded the sales reimbursement team and the goal was that the sales team spends less time having to track down product access questions that could over time and should over time improve productivity. *Our most pointed focus, though, is really, as Lisa mentioned, continuing to grow the business of -- in the range of 20%, and that would really include a higher level of growth for PROPEL and what we've seen since the launch of SINUVA.* So we're really very much focused for going into next year driving top line growth, which over time will, of course, improve productivity. (¶ 195) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 15-16)<br><br>CEO Earnhardt | ANALYST: Sure. Lisa, what I was trying to understand is PROPEL. The math indicates growth rate, let's say, in the 10% or low double digits. How many sites are doing these cases independently, of the 2,800-or-so that you have? *I'm just trying to connect the dots as -- is there a fundamental change? Or is it just resources being diverted to SINUVA? Any color would be great.*<br><br>DEFENDANT EARNHARDT: *Yes, there really was no <u>fundamental change in our perspective for PROPEL this year outside of the SINUVA launch</u>,* which, as you know, has been, I hate to use the word distraction, because it's a labor of love and there's a lot of enthusiasm with SINUVA, but it certainly has taken some of our sales team's time in the last quarter or 2 and we'd expect the same thing in the fourth quarter. But we do believe the additional resources we brought onboard in the third quarter, once they're up to speed |

9

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | and trained, will start having a more immediate impact, in particular as it relates to the PROPEL franchise.  (¶ 197) |
| January 9, 2019[3]<br><br>JPMorgan Healthcare Conference (Ex. R at 10)<br><br>CEO Earnhardt<br><br>CFO Hilleman | ANALYST: And I didn't see it in the press release, *but can you help us understand what's built into the guidance for SINUVA expectations in the base business?* And then is international a material number at all?<br><br>DEFENDANT EARNHARDT: Yes, I'll start with that. *Our focus this year is really driving top line growth.* So we, at least at this point, have not given guidance on a product-specific basis. SINUVA will ramp over the course of the year. *What we've talked about previously is getting PROPEL back to about 10% growth rate, which is, as you know, north of where we've been the last couple of quarters.* And so that's sort of -- as we're thinking this year, just thinking about that as you think about your own models and those types of things, international is a small but growing portion, but it still is immaterial at this point in terms of a contributor. And it's just PROPEL at this time.<br><br>ANALYST: *And then we're to think low single-digit millions?*<br><br>DEFENDANT HILLEMAN: *For -- yes.*<br><br>DEFENDANT EARNHARDT: *Yes, yes.*  (¶ 205) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST:  Let's talk a little bit about the acceleration that you guys are calling for in your entire business as we look out to 2019. *I think your guidance is calling for basically mid-teens earnings sales growth rate at the midpoint. That's better than what you did in 2018.* And you're entering the year with some real momentum with your new product launch in SINUVA for drug-eluting [ph] stent for chronic sinusitis in office. So, maybe, talk to us a little bit about what's getting better as we move into the year to give you the confidence in that growth acceleration trajectory?<br><br>DEFENDANT EARNHARDT: As [ph] I reset back on *2018, we delivered $108.5 million in revenue. It was around 13% revenue growth. And you are correct, Rich, we are looking for an acceleration in the business this year. Last year, our growth was driven primarily by PROPEL which is our surgical products used in conjunction with sinus surgery to improve outcomes*. (¶ 217) |

---

[3] Misdated as January 8, 2019 in the SAC.

10

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST: So, you didn't split out SINUVA from PROPEL in your guidance. You kind of – you gave us a growth range and you left it to us to figure out kind of the pieces, but you did give us some components to pieces of a puzzle to figure it out. We – for our part, we're getting to between $9 million and $10 million SINUVA for the year and that includes or that implies the PROPEL business growing for the year just under 10%. I guess one directionally, are we thinking about the pieces right? Are we way off by an order of magnitude or are we at least kind of within the ballpark of where you would have hoped range of consensus would have come out?<br><br>DEFENDANT EARNHARDT: Yeah. I think if you take the pieces of that and look at PROPEL, *the way that we anticipate driving further growth in PROPEL is really related to bandwidth*. Last year, when we added in SINUVA, the senior most of our reps, the territory managers really focused very heavily on that and we find they continue to drive growth with our current accounts, get doctors to use the product more. There's a very important role to be played by our sales consultants and which are less or more junior reps in our mix of field sales force and we have expanded that tremendously. *We added roughly 20 or so sales people at the – from the last four months of the year, they're now just getting up to speed and adding productivity. So we see that as a key driver of PROPEL growth* and then if you look at SINUVA actually we had about we had $1.2 million in revenue in the fourth quarter January with resetting of deductibles is you know has its challenges and we're well aware of that. But then as we get into the second quarter where it's more allergy season and people are seeing their ENTs more regularly and we also had our sales force meeting at the end of January so our sales people are out there now very actively going beyond the targeted launch.<br><br>So we think with that, we're starting to put the accelerator down a bit and that that will over the course of the year hopefully result in growth in SINUVA. So if you look at that starting point in view of a general ramp I think that can frame your numbers. (¶ 217) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference | ANALYST: Okay. That's, that's helpful. Now your 1Q guidance it baked in a number of seasonality type issues as the potential for a deductible resets and you know the 1Q is kind of an anomaly relative to the rest of the year or at least that's the way that it the math works out to get to your full-year numbers and is it reasonable to assume that once we get past the 1Q, it's not necessarily all a 4Q weighted year but pretty much 2Q through 4Q you'll see you know over double-digit growth, maybe low to mid-teens growth kind of for the rest of the year or should we be thinking of it even more back end loaded? |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| CEO Earnhardt | DEFENDANT EARNHARDT: Yeah. I don't want to expand too much on our guidance until we get there but I think that certainly for SINUVA we would see that ramping and *we would expect to see increased productivity from our sales force starting in the next quarter*. (¶ 217) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST: *So, one of the questions that I get from investors is <u>how much of the PROPEL growth deceleration is in fact stuff that's under your control</u>, and in fact perhaps distraction with SINUVA versus maybe they're a victim of their own success*. They got to a point in the market saturation or penetration of this product that's about a $100 million business now already. That's just the growth trajectory is slow. What gives you – how would you respond to that? *What gives you confidence that if you put more resources to it and you execute better, you will see the growth pick back up in the PROPEL business?*<br><br>DEFENDANT EARNHARDT: Yeah. If you look at how we have addressed growth and the levers and drivers of growth, we launched Contour last year and that – I'm sorry, 2017, and that provided a lot of growth, but we continue to roll that out to all of our accounts and we're in about 70% of our accounts. *We do see headroom there for the opportunity to grow that further*. We also continue to add new accounts. We added about 200 new accounts last year and do have a good continuing rate of new adoption even though the product has been on the market some time. Our mix of business has stayed very stable. We continue to see growth in the hospitals and in the ASCs, so the ratios there have stayed very stable. And we really – when we examined last year, what we saw less of was change in usage among our doctors who do use the product and some of them will use it in a very large number of their cases. Others will use it only in their most severe. And, historically, we have had very good success at working with doctors and showing them – reminding them of the evidence of efficacy for all patients, working with them on procedures, and inviting them to consider trying it in a broader range of patients, and that has led to higher usage. *But because of we believe rammed with constraints last year, we fell short of that element of our growth. And we think that with the additional bandwidth we have, we are aiming to restore that as a driver of growth.*<br><br>ANALYST: Okay. So you're confident that the market is not penetrated, basically, for PROPEL.<br><br>DEFENDANT EARNHARDT: Yes.  (¶ 217) |

## Category 3: "[D]efendants' statements that weakening PROPEL growth was due to SINUVA-related sales force distraction"

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| February 27, 2018<br><br>Q4 2017 Earnings Call (Ex. C at 9)<br><br>CFO Hilleman | ANALYST: And then relating to the business, sort of, excluding SINUVA, and I appreciate the guidance and the philosophy behind the guidance, given the newness of this process. But I guess I know it's pretty early and the product hasn't launched yet, but the guidance assumes a slowdown in the base business growth rate, in part, because of the SINUVA launch and the focus on the SINUVA launch, I assume that thus far, that disruption hasn't happened, because the launch hasn't really happened, *but I'm just curious is that guidance more reflecting what you anticipate conservatively, it might happen? Or is that guidance reflecting what you're already seeing happen today?*<br><br>DEFENDANT HILLEMAN: We set our guidance for the start of the year at the beginning of the year, and we're really upholding that now, because we believe things are on track and that guidance was consistent with how we've given guidance in past quarters and also reflected in the fact that we're doing quite a bit of work with the salesforce preparing for the launch. So while that you're right, this launch technically hasn't happened, our internal activities and preparations certainly have started this quarter. And then we do expect and are allowing along for some focus on SINUVA that could come a bit at the expense of PROPEL and PROPEL Mini's growth rate, as the salesforce focuses a bit on the targeted launch that we'll have for the next couple of quarters. So we're really reaffirming our view of things, that we set at the beginning of the year and then that continues to be our outlook.<br><br>ANALYST: Well, just curious. *Is that something you're seeing now or just something you're allowing for in guidance?*<br><br>DEFENDANT HILLEMAN: *It's something we allowed for in our guidance.* (¶ 163) |
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CFO Hilleman | Our first quarter revenue of $24.7 million reflected a 21% growth in our PROPEL product business and de minimis SINUVA revenue. (¶ 169) |
| May 1, 2018 | For the second quarter, our revenue outlook is $27.7 million to $28.2 million. This forecast anticipates that the launch date of SINUVA will be time |

13

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Q1 2018 Earnings Call<br><br>CFO Hilleman | intensive for our sales force as they make product and market access introductions to physicians and attend initial procedures. Still, we are continuing to expect PROPEL to grow over the second quarter of last year in low double digits, which, combined with the initial SINUVA revenue, enables us to target growth over Q2 last year in the range of 15% to 18%, while navigating the early launch.  (¶ 169) |
| May 1, 2018<br><br>Q1 2018 Earnings Call<br><br>CFO Hilleman | ANALYST: Maybe I could just start with the guidance outlook. You guys did 21% in the first quarter. And if I take the midpoint of the range, and I back out the $8 million -- or the high single-digit million implied for SINUVA guidance, I'm getting to something like 10% growth in the base business for the balance of the year. ***So maybe you could help us understand how much is conservatism. Or <u>what other items we should be factoring in thinking about guidance</u>?***<br><br>DEFENDANT HILLEMAN: So Robbie, it's a good question, and I think we'll be learning a lot more about that as we get through this first full quarter of launch because the ***-- we did have a great track record with PROPEL in Q1 continuing our growth. We recognized, though, that SINUVA is going to be a time and energy-intensive launch for our sales force as we go through the first couple of quarters. And our guidance really anticipates the impact that, that could have on overall business.*** As we go through Q2 and Q3, we'll be able to give a much clearer picture of whether that's the right outlook, or whether there is opportunity for changing that as we gain experience.  (¶ 171) |
| May 16, 2018<br><br>Bank of America Merrill Lynch Healthcare Conference (Ex. U at 13-14)<br><br>CFO Hilleman | ANALYST: Okay. And then on -- question on the base business. **Because you guys have provided guidance that prudently assumed some disruption. And so I just wanted to get a sense for, it doesn't seem like, over the last quarter -- couple of quarters, there's been any disruption. You've given nicely conservative guidance. Sort of where are we in that process right now?** ***What are you seeing with the base business? It's the same sort of trends or you're starting to see some of that disruption?***<br><br>DEFENDANT HILLEMAN: ***Yes, I think what we've anticipated with our guidance for the second quarter is definitely something that is a real phenomenon, where the sales force is putting a lot of time appropriately into the launch of SINUVA.*** And while PROPEL -- we think there's just great dynamics in the business. We are currently used in 1 in 8 procedures. Markets where we've been for a long time, we're in 1 or 2 -- 1 to 2 procedures, or 1 in 3 procedures. So we think there's great headroom in PROPEL. We also are going to continue to rollout Contour to all -- more of our accounts. ***But to drive that growth and to open new accounts and go get doctors to change usage pattern obviously takes some of the sales force's time and a lot of that*** |

14

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
|  | *time is being focused right now on SINUVA as we go through the very first quarters of launch. So I think for this quarter and for the next, we will -- we have allowed for that to impact the growth of PROPEL and that remains consistent with our guidance.*  (¶ 179) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 4)<br><br>CEO Earnhardt | Our business continued to make progress in Q2, *growing revenues at 10% and advancing in our journey to both drive adoption of our 3 core PROPEL products* while launching our first pharmaceutical product, SINUVA. As we have discussed in the past, the early months of a new product launch can be a bit bumpy as we educate our customers on the product and new business practices, streamline product access, establish consistent reimbursement and keep our sales team appropriately focused on both existing and new products. (¶ 183) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 5)<br><br>CEO Earnhardt | To touch on what happened with PROPEL growth during the second quarter, we did expand the number of existing accounts stocking Contour by 20% to about 1,200 accounts and also added about 40 new PROPEL accounts. *What we did not do, because the sales team was focused on introducing SINUVA and navigating inefficiencies in product access, is sufficiently engage in the more hands-on side of growth. This resulted in a disappointing Q2 for PROPEL.* (¶ 183) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 6-7)<br><br>CEO Earnhardt | Finally, our experience in the second quarter is reshaping our expectations for both the SINUVA ramp and PROPEL growth. As we roll out the action plan I discussed and build on the impact of these changes, we anticipate 2018 revenue in the range of $106 million to $109 million, continuing our previously -- view of annual PROPEL revenue while adjusting our SINUVA expectations. We expect third quarter growth to be similar to Q2 and to see improvement in the fourth quarter and on into next year as our modifications begin to bear fruit.<br><br> \*\*\* <br>Through achieving these goals, we believe that we will position ourselves to once again deliver in the range of 20% annual growth for 2019 and beyond as we expand SINUVA from a targeted rollout and expand reach with PROPEL. (¶ 183) |

15

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 7)<br><br>CFO Hilleman | PROPEL Contour represented 29% of sales in the quarter, up from 27% in Q1, continuing to drive growth as we roll this product out to customers. (¶ 185) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 7)<br><br>CFO Hilleman | Looking to the third quarter, as mentioned earlier, we are implementing improvements to market access and expanding our sales force. We expect these efforts to gain traction in fourth quarter and, accordingly, are setting our guidance for Q3 in the range of $23.8 to $24.3 million and for the year at $106 million to $109 million, with about 2% to 4% of our annual revenue to come from SINUVA.  (¶ 185) |
| August 1, 2018<br><br>Q2 2018 Earnings Call (Ex. M at 9, 15)<br><br>CFO Hilleman | As we think about Q3, for the reasons we described, we will be putting in place the additional sales force. We have just recently expanded the staffing at the hub and put a number of other measures in place. But those are going to take time to play out, so we think we'll begin to reap the benefit of these changes as we go into the fourth quarter, ***so we are implying a higher rate of growth for PROPEL in the fourth quarter. But we think the third quarter will look much like the second quarter in terms of growth rates, and our guidance is very similar to that.***<br><br> \*\*\* <br>ANALYST: So Lisa, you had made the comment that the sales force spent a disproportionate amount of time on the SINUVA launch and didn't effectively engage in the hands-on side of growth for PROPEL. ***Could you maybe quantify that a little bit more, talk about how much time the sales force spent on the SINUVA launch versus the base?***<br><br>DEFENDANT EARNHARDT: ***Yes. Anytime you have a new launch, that obviously attracts a lot of attention from the team. And there's a significant physician interest, as I had mentioned, and so I do believe, as I said, that there was a disproportionate amount of time spent.*** I think, of course, we always anticipated the sales team spending time on managing the demand and supporting the clinical education, training required for SINUVA, but what we |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
|  | hadn't anticipated was the amount of time they would spend on sort of troubleshooting product access. ***And that's really where the disconnect was. As we were sort of working through patients through the funnel, they ended up spending an inordinate amount of time there.*** So I would expect moving forward, with that process streamlined, we'll continue to move forward with a targeted launch that they will be able to better, a, balance their time and also, b, that we're putting some additional resources to help support continued growth in PROPEL.  (¶ 187) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 8)<br><br>CFO Hilleman | We have definitely expanded our sales team. We've also expanded the sales reimbursement team and the goal was that the sales team spends less time having to track down product access questions that could over time and should over time improve productivity. ***Our most pointed focus, though, is really, as Lisa mentioned, continuing to grow the business of -- in the range of 20%, and that would really include a higher level of growth for PROPEL and what we've seen since the launch of SINUVA.*** So we're really very much focused for going into next year driving top line growth, which over time will, of course, improve productivity.  (¶ 195) |
| November 5, 2018<br><br>Q3 2018 Earnings Call (Ex. N at 15-16)<br><br>CEO Earnhardt | ANALYST: Sure. Lisa, what I was trying to understand is PROPEL. The math indicates growth rate, let's say, in the 10% or low double digits. How many sites are doing these cases independently, of the 2,800-or-so that you have? ***I'm just trying to connect the dots as -- is there a fundamental change? Or is it just resources being diverted to SINUVA? Any color would be great.***<br><br>DEFENDANT EARNHARDT: ***Yes, there really was no <u>fundamental change in our perspective for PROPEL this year outside of the SINUVA launch</u>***, which, as you know, has been, I hate to use the word distraction, because it's a labor of love and there's a lot of enthusiasm with SINUVA, but it certainly has taken some of our sales team's time in the last quarter or 2 and we'd expect the same thing in the fourth quarter. But we do believe the additional resources we brought onboard in the third quarter, once they're up to speed and trained, will start having a more immediate impact, in particular as it relates to the PROPEL franchise.  (¶ 197) |
| November 28, 2018<br><br>Piper Jaffray Health Care Conference | ANALYST: So, let's talk about the base business again, a bit more on PROPEL and Contour, I think everybody gets SINUVA and the opportunity there is massive. ***It seems like in Q3, the base business slowed down a little bit. Again, I'm not sure how much of that was SINUVA versus Contour with all these new reps coming in. But you said low double-digit growth in that business next year. So, how do we get comfortable that that's achievable, because – I think, Jeri, you mentioned there's still big opportunity with*** |

17

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| CFO Hilleman | ***Contour? Just any metrics you can provide around the base business and feeling comfortable in that low double-digits for next year that you talk about?***<br><br>DEFENDANT HILLEMAN: I think it really comes down to the resources we've put into this, and ***I think that our intention is that the people that we have added this year should be effective and benefit next year, and continue to drive growth because we really haven't during the year, initial launch of SINUVA, been able to focus on building growth in our current base and that has always been an important driver of growth. So, I think restoring strength in that area, coupled with continuing to roll out Contour and continuing to add new accounts, it's really aligned with our outlook for next year.***<br><br>ANALYST: ***Okay. Has PROPEL specifically still been growing recently*** or is it primarily Contour, that's growing the base business?<br><br>DEFENDANT HILLEMAN: Contour, has actually been fairly stable in the last couple of quarters at around 30% of our business.<br><br>ANALYST: Okay.<br><br>DEFENDANT HILLEMAN: So, we do expect it to continue to grow a little bit as the mix, but not as dramatically as the other.  (¶ 201) |
| January 9, 2019<br><br>JPMorgan Healthcare Conference (Ex. R at 5)<br><br>CEO Earnhardt | ***So -- and we had some stumbles on the PROPEL product, our base business, as we launched a first-of-its-kind product with SINUVA***. It is the first physician-administered drug for us, so it's the first product that we've launched that's regulated as a pharmaceutical. ***It's also the first physician-administered drug for the otolaryngology specialty, so there were lots of learnings. And because of that, we realized we were bandwidth constrained.*** And so while we continue to drive new adoption of Contour and we added new accounts, where -- what we failed to do was drive continued depth and continued penetration with our existing customers. So we made the decision to expand our sales force and brought on about 20 new reps this fall, so we have a sales organization now of about 140 sales representatives across the country. (¶ 203) |
| January 9, 2019<br><br>JPMorgan Healthcare | ANALYST: And I didn't see it in the press release, ***but can you help us understand what's built into the guidance for SINUVA expectations in the base business?*** And then is international a material number at all?<br><br>DEFENDANT EARNHARDT: Yes, I'll start with that. ***Our focus this year is really driving top line growth.*** So we, at least at this point, have not given |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Conference (Ex. R at 10)<br><br>CEO Earnhardt<br><br>CFO Hilleman | guidance on a product-specific basis. SINUVA will ramp over the course of the year. ***What we've talked about previously is getting PROPEL back to about 10% growth rate, which is, as you know, north of where we've been the last couple of quarters.*** And so that's sort of -- as we're thinking this year, just thinking about that as you think about your own models and those types of things, international is a small but growing portion, but it still is immaterial at this point in terms of a contributor. And it's just PROPEL at this time.<br><br>ANALYST: ***And then we're to think low single-digit millions?***<br><br>DEFENDANT HILLEMAN: ***For -- yes.***<br><br>DEFENDANT EARNHARDT: ***Yes, yes.***  (¶ 205) |
| February 25, 2019<br><br>Q4 2018 Earnings Call (Ex. G at 11)<br><br>CFO Hilleman | ANALYST: And then as we think about the ***Q1 guidance, either Jeri or Lisa, it was a little lighter than I was expecting and it kind of signaled a pretty meaningful slowdown in the core business regardless of what SINUVA number that you threw in there on a 2-year stack basis***. And I know it's seasonal and everything else like that, ***<u>but is there something specifically with the core business you're signaling here in Q1</u>***?<br><br>DEFENDANT HILLEMAN: ***I don't know that it's so much a signal***. You're absolutely right about the seasonality. And if you look at where we were in Q4, it's a guide of around 20% down from Q4, which ties very much to seasonality.  (¶ 213) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST:  Let's talk a little bit about the acceleration that you guys are calling for in your entire business as we look out to 2019. ***I think your guidance is calling for basically mid-teens earnings sales growth rate at the midpoint. That's better than what you did in 2018.*** And you're entering the year with some real momentum with your new product launch in SINUVA for drug-eluting [ph] stent for chronic sinusitis in office. So, maybe, talk to us a little bit about what's getting better as we move into the year to give you the confidence in that growth acceleration trajectory?<br><br>DEFENDANT EARNHARDT: As [ph] I reset back on ***2018, we delivered $108.5 million in revenue. It was around 13% revenue growth. And you are correct, Rich, we are looking for an acceleration in the business this year. Last year, our growth was driven primarily by PROPEL which is our surgical products used in conjunction with sinus surgery to improve outcomes***. (¶ 217) |

19

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST: So, you didn't split out SINUVA from PROPEL in your guidance. You kind of – you gave us a growth range and you left it to us to figure out kind of the pieces, but you did give us some components to pieces of a puzzle to figure it out. We – for our part, we're getting to between $9 million and $10 million SINUVA for the year and that includes or that implies the PROPEL business growing for the year just under 10%. I guess one directionally, are we thinking about the pieces right? Are we way off by an order of magnitude or are we at least kind of within the ballpark of where you would have hoped range of consensus would have come out?<br><br>DEFENDANT EARNHARDT: Yeah. I think if you take the pieces of that and look at PROPEL, *the way that we anticipate driving further growth in PROPEL is really related to bandwidth*. Last year, when we added in SINUVA, the senior most of our reps, the territory managers really focused very heavily on that and we find they continue to drive growth with our current accounts, get doctors to use the product more. There's a very important role to be played by our sales consultants and which are less or more junior reps in our mix of field sales force and we have expanded that tremendously. *We added roughly 20 or so sales people at the – from the last four months of the year, they're now just getting up to speed and adding productivity. So we see that as a key driver of PROPEL growth* and then if you look at SINUVA actually we had about we had $1.2 million in revenue in the fourth quarter January with resetting of deductibles is you know has its challenges and we're well aware of that. But then as we get into the second quarter where it's more allergy season and people are seeing their ENTs more regularly and we also had our sales force meeting at the end of January so our sales people are out there now very actively going beyond the targeted launch.<br><br>So we think with that, we're starting to put the accelerator down a bit and that that will over the course of the year hopefully result in growth in SINUVA. So if you look at that starting point in view of a general ramp I think that can frame your numbers. (¶ 217) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference | ANALYST: Okay. That's, that's helpful. Now your 1Q guidance it baked in a number of seasonality type issues as the potential for a deductible resets and you know the 1Q is kind of an anomaly relative to the rest of the year or at least that's the way that it the math works out to get to your full-year numbers and is it reasonable to assume that once we get past the 1Q, it's not necessarily all a 4Q weighted year but pretty much 2Q through 4Q you'll see you know over double-digit growth, maybe low to mid-teens growth kind of for the rest of the year or should we be thinking of it even more back end loaded? |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| CEO Earnhardt | DEFENDANT EARNHARDT: Yeah. I don't want to expand too much on our guidance until we get there but I think that certainly for SINUVA we would see that ramping and *we would expect to see increased productivity from our sales force starting in the next quarter*. (¶ 217) |
| February 28, 2019<br><br>SVB Leerink Global Healthcare Conference<br><br>CEO Earnhardt | ANALYST: *So, one of the questions that I get from investors is <u>how much of the PROPEL growth deceleration is in fact stuff that's under your control</u>, and in fact perhaps distraction with SINUVA versus maybe they're a victim of their own success*. They got to a point in the market saturation or penetration of this product that's about a $100 million business now already. That's just the growth trajectory is slow. What gives you – how would you respond to that? *What gives you confidence that if you put more resources to it and you execute better, you will see the growth pick back up in the PROPEL business?*<br><br>DEFENDANT EARNHARDT: Yeah. If you look at how we have addressed growth and the levers and drivers of growth, we launched Contour last year and that – I'm sorry, 2017, and that provided a lot of growth, but we continue to roll that out to all of our accounts and we're in about 70% of our accounts. *We do see headroom there for the opportunity to grow that further*. We also continue to add new accounts. We added about 200 new accounts last year and do have a good continuing rate of new adoption even though the product has been on the market some time. Our mix of business has stayed very stable. We continue to see growth in the hospitals and in the ASCs, so the ratios there have stayed very stable. And we really – when we examined last year, what we saw less of was change in usage among our doctors who do use the product and some of them will use it in a very large number of their cases. Others will use it only in their most severe. And, historically, we have had very good success at working with doctors and showing them – reminding them of the evidence of efficacy for all patients, working with them on procedures, and inviting them to consider trying it in a broader range of patients, and that has led to higher usage. *But because of we believe rammed with constraints last year, we fell short of that element of our growth. And we think that with the additional bandwidth we have, we are aiming to restore that as a driver of growth.*<br><br>ANALYST: Okay. So you're confident that the market is not penetrated, basically, for PROPEL.<br><br>DEFENDANT EARNHARDT: Yes.  (¶ 217) |
| May 6, 2019 | ANALYST: But just like -- this first question is really going to be on guidance. So obviously, you've taken a pretty healthy step down. You kind of |

21

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| Q1 2019 Earnings Call (Ex. Q at 9-10)<br><br>CFO Hilleman | walked through why that's the case in your prepared remarks. ***But I guess just in terms of cadence, right, if we're looking at 2Q as only being a modest year-over-year growth rate, how should we think about like kind of the mix of that between PROPEL? I am guessing like the majority of that is coming from soft PROPEL. But then how should we think about PROPEL improving maybe in the back half of the year, seeing as it does sound like you've made some pretty substantial enhancements to kind of the reimbursement and sales structure so far already this year***.<br><br>DEFENDANT HILLEMAN: Let me address your question. I think it's a very good question, and as we are thinking about the nature of work we need to do with the sales force, Allen, we also talked about making this field easier for physicians to access SINUVA. We certainly think that, that is going to be the focus in that. Our aim is absolutely to get both SINUVA and PROPEL to higher levels of growth over time. And how that will play out over the year we can give better visibility as we make progress.  (¶ 223) |
| May 6, 2019<br><br>Q1 2019 Earnings Call (Ex. Q at 10)<br><br>CEO Earnhardt | ANALYST: Wanted to just start off with the -- kind of the balancing between PROPEL and SINUVA and kind of the allocation of resources that are seemingly kind of limiting the growth acceleration of both businesses.<br><br>***This was the problem I think that you guys had called out last quarter and heading into the 2019 time frame, but you felt like you had taken the appropriate steps to staff up, especially on that PROPEL business, and you would kind of put your guidance range at a level that you thought had captured the ramp that would be associated with that.***<br><br>So the question here is, what's the kind of a calculus or what gives you confidence this time around that you've identified exactly the right level of resources to get to the numbers that you've set out? And how did you arrive at that? ***And what's changed? Because it feels like we had the same kind of issue before, you had visibility into these frictions.*** <u>***What's changed between now and a couple of months ago***</u>***?***<br><br>LISA D. EARNHARDT: Yes. Rich, I'll start with that, and then Jeri can supplement. And you're right, these are a lot of the same issues, and I think we had hoped and believed that some of the friction was going to be streamlined with some of the earlier changes we've made, and we were wrong. ***And so we clearly have made some changes to our commercial strategy as it relates to increasing the number of field reimbursement team members. That's, obviously -- those are putting experts in the field who will*** |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
|  | *be focused day and night on getting patients treated with SINUVA and educating our accounts.*<br><br>*This is, obviously, something that the sales team has had to spend a disproportionate amount of time on*. It's not what they do best, and so we're refocusing them on sort of creating demand and driving clinical value and great clinical outcomes and really supplementing them with sort of experts in the field at the access problem. So I think that's where we – we're slow out of the gate to getting those resources, getting the right resources on board.<br><br>And I think that and combined with creating sort of a new role on the sales team around SINUVA specialists, which we just started doing in April just to kind of, once again, free up the sales team with some of the detail that's required around SINUVA and putting some of our best resources so that we can effectively walk and chew gum at the same time. But certainly not how we had intended this year to play out.  (¶ 224) |
| May 6, 2019<br><br>Q1 2019 Earnings Call (Ex. Q at 12)<br><br>CEO Earnhardt | ANALYST: A couple of questions, first on SINUVA. Lisa, *can you go into some more detail on why the changes you made 9 months ago didn't have the impact you expected? And what's different this time?* Because as you said, these are the same issues we were discussing then, and the proposed solution then was also throwing more resources at the problem. So is the difference now that these are going to be Intersect employees instead of third-party consultants? *<u>Or is there something else that's materially different here?</u>*<br><br>DEFENDANT EARNHARDT: Yes. I do think that part of that is there are now dedicated full-time employees with us. *And previously, we had tried to solve for the issue by using a contract sales organization to really bolster our PROPEL sales and make sure that during that -- during the SINUVA launch period we weren't dropping balls on PROPEL.*<br><br>*And we recognized that, that still left our sales organization and our sales representatives with doing a lot of the work as it relates to SINUVA, which creating the clinical demand, ensuring great clinical outcomes is right in their sweet spot*. And I would put our sales team against any other as it relates to their capabilities there.<br><br>But what they aren't as skilled at, because it's not their typical medical device job, is all the work that's required for [public] access. And so instead of working primarily just without third parties there, the small team we've |

23

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | actually really bolstered that organization. And with 20-people strong, I feel significantly better than I did.<br><br>In retrospect, as I look back, we definitely underpowered some of the market access piece of this launch going into it, and I think we've learned that the hard way the last several quarters.  (¶ 224) |
| May 14, 2019<br><br>Bank of America Merrill Lynch Healthcare Conference<br><br>CEO Earnhardt<br><br>CFO Hilleman | ANALYST: Got it. So then can we -- let's shift gears, maybe talk about SINUVA. Because you just -- you know obviously, the launch has been a bit of a struggle, and we talked about it quite a bit over the course of the last 12 months. ***But I guess I was just particularly surprised this quarter where it went down from the fourth quarter, and obviously, there's a little seasonality in that, but the number is just so low that seasonality seems like it shouldn't matter at this point. You're going from whatever low 1s to high hundreds of thousands. So I just why did it take a step backwards in the first quarter?***<br><br>DEFENDANT EARNHARDT: Yes. It's a great point, Bob, because we did see a decline in overall revenue, Q4 to Q1. Encouragingly, we did see a step-up in enrollments which is the number of prescriptions for SINUVA. Our challenge really was getting those patients from being prescribed SINUVA to actually being treated with SINUVA. So it's really sort of managing patients through that funnel, and that's what we saw in March. We've continued to see it in April which has, hey, we've got the demand there. We know the outcomes continue to be fantastic for the patients, but we are still struggling with the market access piece of it. We can talk about some of the changes that we're making.<br><br>***But that's really why the first quarter was what it was. We did beat our guidance number, so we felt good about delivering on our overall commitment for the first quarter. But clearly, based on our experience in margin, April chose to take a step back, look at everything that was happening***. And the totality of sort of the headwinds facing the business and decided to lower guidance as part of that.<br><br>ANALYST: Okay. Okay. And then yes, revenue was down 20%.<br><br>DEFENDANT EARNHARDT: Yes.<br><br>ANALYST: ***<u>So what happened? I don't feel like I understand it. How did it get worse in terms of – I imagine that gap was closer in the couple of preceding quarters. So why did that gap widen?</u>*** |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | DEFENDANT EARNHARDT: Yes. Jeri, do you want to talk about some of the challenges and...<br><br>DEFENDANT HILLEMAN: Well, I think part of it. ***Yes. I think there's a number of challenges for SINUVA***. But just to talk about the relative measures, enrollment will often play out in the following quarter because there's a lag between when a patient is first put into the system and when they actually receive treatment. So you can't really compare the quarterly revenue with the quarterly enrollments. They're a little bit off. And I think that's something that, ***as we went through and had a very busy December that was part of – SINUVA really didn't get brought up, and the doctors were focused on other procedures and so forth***. So I think that's just some of the little puts and takes of seasonality.<br><br> (¶ 228) |
| May 14, 2019<br><br>Bank of America Merrill Lynch Healthcare Conference<br><br>CFO Hilleman | ANALYST: Yes. Okay. And just maybe a couple of comments on the base business because, yes, as you said, you hit the quarter relative to the guidance, but almost certainly as PROPEL did a little better and SINUVA did a little worse. ***So what -- just kind of your thoughts on how the base business is doing?*** When you look at the guidance for 2019, my assumption would be you've probably taken a very limited view of PROPEL until you have J code and assume there's not much more in the current run rate embedded in the guidance. So that implies somewhere in the high single digits for PROPEL. So is that a reasonable way to think about how you guys are thinking about the business?<br><br>DEFENDANT HILLEMAN: Yes. I think that really does accurately reflect the interpretation of the guidance. ***And if you look at the challenges, we're very committed to working through the product access process with SINUVA, and that is going to take some time for the field reimbursement team to get up to speed and be able to create more bandwidth for the sales force. And so that means that PROPEL, there's going to be a balance and trade-off between the 2 products.*** I think as we look though, in terms of our ability to add new accounts, we added about 40 new accounts in the first quarter, so I think we continue to see we're able to fill and drive PROPEL forward that way.<br><br>And then as the sales force can rebalance a little bit better, there's also going to be the opportunity to work with doctors and get them up the usage curve which has always been a very strong source of growth for us. So I think the |

| Alleged Disclosure & Speaker(s) | Relevant Text |
|---|---|
| | activities continue to be strong in place, and it's really more a matter of just how we're making the trade-offs in people's time in the sales force.<br><br>ANALYST: Did PROPEL surprise you in the quarter? I mean did it do a little better than you thought?<br><br>DEFENDANT HILLEMAN: I think it came in right about where we wanted it to and where we thought it would.  (¶ 228) |