# EXHIBIT D

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT
# Company Conference Presentation

**Wednesday, May 09, 2018 3:40 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ........................................................................ 3

Presentation ........................................................................ 4

Question and Answer ........................................................................ 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jeryl L. Hilleman**
*Chief Financial Officer*

**ANALYSTS**

**Kristen Marie Stewart**
*Deutsche Bank AG, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Hi. Good morning, everybody. Thanks for joining us here for another session of the Deutsche Bank Healthcare Conference. I'm Kristen Stewart, medical supplies and device analyst, and it's my pleasure to introduce Jeri Hilleman from Intersect ENT. We're going to do a short presentation and move into question and answers. If you have any questions and you're on the webcast and you would like them to be asked, you can feel free to email me at kristen.stewart@db.com, and I'm happy to ask those.

With that, I'll turn it over to Jeri.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Kristen, and good morning, everyone. It's my pleasure to be here today to speak about Intersect ENT. And I'll do a brief overview as Kristen mentioned, and then we'll move to Q&A.

Before I begin, I'd like to note that I will be making forward-looking statements and refer you to our risk factors in our filed SEC registrations for further information.

Briefly, Intersect ENT is formed to serve the needs of chronic sinusitis sufferers, which is one of the largest medical indications in the world and certainly in the U.S. where 1 in 8 adults suffer from chronic sinusitis. It's also one of the top 10 most costly indications for payers because there is so much loss of work.

We have developed several solutions to treat these patients, which really fall into 2 categories and 2 modes of treatment. One is our PROPEL family of product. These are all commercialized products, and these are small, bioabsorbable drug-eluting implants, which are placed by the surgeon in the sinuses after surgery. We have 3 different products, PROPEL, PROPEL Mini and PROPEL Contour, that are designed to offer the surgeons a variety of choice in where they use the implant and how they treat the patients.

We have also and are very excited to be launching SINUVA, our newest product. We've just begun the formal launch of SINUVA in April, and this is a product that is designed to treat people who previously had sinus surgery but continue to suffer from recurrent polyps disease, which can cause patients to go back and have to have multiple surgeries over time. And we offer SINUVA as a product to treat these patients, which will give them the benefit of immediately feeling a sense of openness as the product is inserted because it is structurally quite strong. And then over time, SINUVA will deliver approximately 90 days of steroids to treat and resolve and reduce the sinuses. And this is an alternative and a very attractive potential therapy for patients who do suffer from recurrent polyposis.

This schematic here of the sinuses shows a little bit of the structure and how the products are used. PROPEL and PROPEL Mini are used primarily in ethmoid sinus, which is the main sinus going along the nose. And Contour is really designed to fit into the narrow openings in the frontal and maxillary sinuses. SINUVA is used in the ethmoid sinus after surgery. The connection with surgery is that during the surgery, the surgeon goes in and removes a honeycomb bone and tissue structure that has to be out of place before SINUVA can be inserted into that space. So it gives you a brief overview of how the products are used.

And then one final point I'd like to make is to reinforce that one of the distinctive characteristics of our company is not only providing innovative solutions to treat these patients, but also backing that up with considerable evidence. And we have performed 14 prospective clinical studies in over 900 patients. The PROPEL family of products are all approved under a PMA pathway, which is the most rigorous device approval pathway. And the SINUVA product, while it looks somewhat similar and it looks like a device, is actually regulated as a drug and was approved under an NDA. So that gives you a sense of some of the support we have, which I think physicians really appreciate knowing and being able to see the strong efficacy of these products.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So with that, we'll move to Q&A.

INTERSECT ENT, INC. COMPANY CONFERENCE PRESENTATION | MAY 09, 2018

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Perfect. Thanks for the overview. So I'll just kind of hit it off with the question of the week. I'm sure you've gotten quite a bit with respect to the CMS announcement with SINUVA. But maybe just before you kind of go into that, maybe just talk about the J-Code and just kind of the different reimbursement mechanisms between PROPEL and SINUVA and how that all works.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Thank you, Kristen. I think that's a great way to approach it and to give you a little bit of background how PROPEL is paid for. PROPEL is used as part of sinus surgery, and it is paid for out of a facility fee that the hospital receives from payers in conjunction with the sinus surgery. So there is no distinct reimbursement, rather it comes out as a supply out of that fee that the hospital receives. SINUVA, on the other hand, is used in the office. And we are looking to have separate reimbursement in place for SINUVA because the insertion of SINUVA is, in a sense, its own procedure. So in support of that and also in consideration that SINUVA is classified as a drug, we submitted an application to CMS to secure a J-Code for SINUVA. And at present, we are using a J-Code for submission of claims for SINUVA. It's what's called an unassigned J-Code. It's J3490, the actual number on the code. And that is typical for newly approved drugs for the period between when they are approved and when they actually receive an assigned J-Code. The assigned J-Code really just streamlines the process. It does not impact the rate or view of payers of the product. So we applied for the J-Code. And CMS, the preliminary decision was to refer to a code that had been put in place long ago for PROPEL. And we had historically looked at getting a separate code for PROPEL. We were awarded a CPT code, but it was an investigational Category III code that had no assigned value. And as we moved along with adoption of PROPEL, we really realized there was no need for a separate code for PROPEL. So we worked with the society, the American association of otolaryngologist, and together went to the AMA last year and sought cancellation of this code. And the AMA agreed with the analysis, and they did cancel the code. And just as an aside, the AMA is the body that has governance over CPT code, so this is their decision. So they decided to cancel it. However, the cancellation becomes effective January 1, 2019. So when CMS do their review of codes, one of the things they look at before they assign a J-Code is if it need it. They don't want products having 2 codes that could cause confusion. And they saw this code, which looked like a fit with SINUVA, and that then was the basis for their preliminary decision. And their process is that they read the application, they do, really generally a very good job of assessing what is out there and how they want to proceed. But they still put forth this as a preliminary decision and have an agenda set up right after the preliminary decision communication for companies to come in and give further information that might be needed or might be appropriate for reconsideration of that decision. And we believe strongly and are confident that based on what we know and based on the fact that these codes are canceled, we believe this is a correctable error on the part of CMS and that they're not in a position, of course, to assign and require coding to a code that will no longer exist. So with that, we will go back to CMS and speak with them on our assigned date in mid-May, and then we will learn of CMS' final decision at the end of the year in November, when they communicate the final decisions. And again, we do expect to receive a J-Code that would be effective January 1, 2019. The other question that I'm often asked, though, is, well, what's the worst case? What could happen? What might CMS do? In this case, they won't be in a position to continue the current preliminary decision because that code has been canceled. We believe the most probable outcome is an assigned J-Code. But the most important thing for us is to have a code in order to submit claims, and we are fully confident that we will have a code coming out of this process. It could be continued due to the unassigned J-Code. But we think that is very low probability, and we don't see precedence for that. But this is really just to say we have thought through the different scenarios, and we believe that SINUVA will be successful and able to ramp with any code scenario. Because if you think about successful reimbursement and what is required to have a commercially viable product you need coding, a way to submit -- and clearly and effectively submit the product to payer, and right now we are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

using the unassigned J-Code, and it is working very well with payers. There's no problem identifying the product. Secondly, you need to have a value or payment level. And for a drug, that payment is the ASP, is the basis, and payers -- well, you've probably heard of ASP plus 6% is a typical payment for drug. And that ASP is very close to our list price and comes from something we file with CMS every quarter. There's not a third-party assigning that value. That really comes from the price at which we sell the product. And thirdly and most importantly, the key factor is payer policies and how do payers view this. And we communicated on our call that we're seeing the majority of claims being paid for SINUVA right now. It is early, so let me add that as a strong caveat, but we are seeing payment in line with our expectations. And also, we're beginning to see payer policies, but it's early. It takes 6 to 12 months to really understand the landscape there. We are seeing some large payers who are allowing access to SINUVA and one in particular, Anthem, that really lumped it with PROPEL, which we see as an educational opportunity because, of course, SINUVA is not used in the same way as PROPEL. So based on all of these, our outlook for SINUVA remains unchanged. We continue to believe we will receive a J-Code. And we believe that under all scenarios, we have the tools in place to continue to ramp SINUVA commercially.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Perfect. And maybe since you just launched the product here in April. Maybe just talk about some of the early feedback that you've gotten and just kind of maybe some anecdotes that you can kind of share.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Well, first of all, I think one of the key things that we focus on is how efficient physicians and patients reacting to this. And I think just looking at the clinical aspects of this, I think physicians have been pleased with the insertion of the product. It's very familiar to them because they're used to doing endoscopy and debridement in the office. It fits well with existing procedures. So that feedback has been very good. They have also -- it's early to really talk about outcomes. But anecdotally, we've gotten some very positive feedback as well, in line with our clinical study. Patients -- the nice thing about SINUVA is that it immediately holds open -- there's a mechanical property to the product. So that holds open the sinuses, and so patients will leave the doctor's office feeling much better than they came in. They regain a sense of smell sometimes after years of not being able to smell. So the feedback from patient has been -- the initial feedback, again anecdotal, has been very positive. So we're very encouraged by that. I think the challenge we have with the rollout of SINUVA, which is really what we've been talking about in the last few calls, is that this is a new form of market access for physicians. ENT physicians do not have a wealth of physician-administered drugs. So the way they access the product is either they order it through specialty pharmacies that will take care of the reimbursement process for them and ship them the product, and the physician stays completely out of the economic cycle on the product or they can purchase it and have it on the shelf under a buy-and-bill model through our specialty distributor partners. So both of these are available to physicians. It is a learning curve, and this is really what our sales force is spending time with physicians doing, is helping them go through this process. And we also put in place a reimbursement hub, which helps physicians with the applications and the whole process. It's just an extra form of support. And I will say this is completely similar to what has occurred in other practices, rheumatology, ophthalmology, with the first introductions of physician-administered drugs. And we think that the partners we have and the reimbursement hub are perfect for this introduction.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And then maybe just talk about your expectations for SINUVA this year in terms of what's embedded within your guidance and longer term what you think this product can do.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. To think about SINUVA this year, we are really taking the first couple of quarters to do a targeted launch to ensure that physicians are -- that we're working with first. And these are largely physicians

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that are comfortable with in-office procedures that have experience with PROPEL. We want to make sure they have a very positive experience, that they have the opportunity to treat multiple patients and really work on a relatively small scale in the first couple of quarters of launch. And then we have the large combined American Rhinological Society and the American association of otolaryngologist conference in the beginning of the fourth quarter. And at that point we think then, with all the, hopefully, very happy physicians and reference, we'd be in a position to broaden the launch there. So at the start of the year, we gave our overall guidance and expected about 8% of our revenue to come from SINUVA based on this very targeted launch in the first couple of quarters and then opening it more broadly in the fourth quarter.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

And then just looking out beyond kind of this year, what could be the total addressable market opportunity for SINUVA?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. SINUVA has a really sizable target market opportunity. And if you go back to kind of the gating feature of SINUVA, these patients have to have had surgery. And each year in the U.S., there are 540,000 sinus surgeries. And these patients, many of them, about 1/3 of patients going into sinus surgery have recurrent polyp disease. So that when these patients after surgery come back, it's really the frequent flyers of the ENT practice that are the recurrent polyp cases. So the ENT see about 635,000 patients each year that have had sinus surgery, over half of which have recurrent polyp disease, which is our primary target for SINUVA. So we really believe we're moving into a very large market opportunity. These are patients that do have recurrent disease. So we would envision them being treated with SINUVA once or possibly twice a year to treat and control their disease. And based on our clinical data, we believe that the product will be efficacious in helping these patients.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. And how do you feel just about the sales force in terms of size and whether it's adequate to support kind of this type of launch since it's now in the physician office?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We have grown our sales force roughly 10%, 10% to 15% for the last few years. We are over 110 field reps at present. It's a combination of territory managers who are the senior quota-carrying reps along with sales consultants. And our model is to have these sales consultants there to help drive depth in accounts. On the occasion where we create new territories, we can promote sales consultants up, and that has been a seamless process for us. In the fourth quarter, we promoted a number of sales consultants to territory managers, and that went very, very well. In terms of growth, we're going to continue to grow at roughly the same level we have in the past, 10% to 15% this year. And in terms of overall target size of sales force, somewhere probably between 125 and 150 field reps, we think, is about right. To put that in context, that's around the size of Medtronic. And we are facing about -- and working with about -- a total market of about 7,500 ENT physicians. So we think that's about the right size, maximum size sales force. And of course, over time, we continue to expect to drive sales force productivity, as we have in previous years.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And then I think that a question's sent in to me, so I'm going to ask it but out of order. But what are your plans for communication around the J-Code with meeting with the FDA on May 15 and then the final decision in November? How are you thinking about kind of communicating all that to the investment community?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We don't anticipate any communication after the May meeting because, again, we expect that to be a simple sharing of information. We will have a discussion about the AMA's decision to cancel the code. The CMS may ask a clarifying question or 2, but we will not have any further knowledge about CMS' thinking after that meeting, so there really won't be anything to communicate. And then CMS will post their findings -- their final rulings in November, which we'll all see on the website at the same time.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. So I guess, would it be fair -- I'm sure you're going to get a lot of questions on what happens in May and whatnot. But -- so on the next kind of earnings call, would you be able to share like any sort of details in terms of the communication?

**Jeryl L. Hilleman**
*Chief Financial Officer*

We'd be happy to do that on the next call and recap the meeting. But I just want to set the expectations that this is really more of a one-way communication, and we really we'll not have further information from CMS most likely.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And in terms of, I guess, going down like kind of the worst-case scenario in terms of what you had said, it still seems like you're still very confident in terms of the ramp up this year, in terms of using the unassigned J-Code and not necessarily being an issue.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Correct. Yes. The use of the unassigned J-Code has been very smooth and as we expected. In addition to that, we will typically put in a product-specific code that the FDA assigned on approval, an NDC code, and that has also been good supplemental information. But payers don't seem to have any challenges in processing the 3490 code.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. And then maybe if we could turn to the base business, and the first quarter of that did a little bit better than I think expectations were. Can you maybe just talk about what you're seeing with PROPEL?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. I think we're seeing continued growth in PROPEL, and it comes from a number of things. Contour continues to be a driver of growth. We are in -- a little under half of our accounts are currently stocking Contour, which is just part of our rollout. And also, in some cases, there's committees that are reviewing and so forth. So we fully expect to continue to have Contour be a significant driver of our growth. We are also working with physicians to expand the frequency of their use. And we continue to add new accounts. We added 50 new accounts in the first quarter, which has been consistent for quite some time. So I think one of the nice things is as we add Contour, we find that the doctors that are most enthusiastic about Contour are also increasing the use of the PROPEL. So we're seeing really nice synergies in our products. And we've had some anecdotal, very early commentary from physicians that I'd say look at SINUVA, they're also saying, well, I need to reexamine my usage of PROPEL. Because as you know, some doctors may choose to use PROPEL selectively, and we feel there's opportunity for all patients to benefit from PROPEL, as we have shown in our clinical studies.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

And where are you in terms of introducing Contour in accounts? Are you, I think, halfway through introducing? And how do we think about that for all of 2018?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We're about halfway through, and we'll continue to roll that out. And we do set goals for each quarter in terms of accounts that we are targeting for stocking Contour. So we should see that continue to rise and continue to be a driver of growth.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And then any international expansion plan?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. International continues to be a very, very small part of our business. We are focused because we're really still in laying the groundwork phase of that. For Germany, we continue to work -- we have the highest level of reimbursement, the NUB 1, and -- but that is a hospital-by-hospital negotiation then with the reimbursement body for reimbursement to that the hospital. So it's a little bit more of a labor-intensive process. Over time, what you want to do is get more established broad reimbursement. So our account growth is going well there. It's still small numbers. But we feel that, that is continuing on the path that we expected. And then in Japan, we are working with the regulatory body there. We've been engaged in the process for some time and believe that Japan will be a good commercial market for us over time. So I would position international as something that we're laying the groundwork and that it could be a very nice additional driver of longer-term growth.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And you guys ended the quarter with about $103 million in cash. Can you just update us on your thinking of getting to cash breakeven? And what about your plans for use of cash?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. I think our -- we've been able to maintain our cash balance through our operations and through other sources of -- small sources of equity from option exercise, which has been a small piece of it. And as we look to managing the business toward cash flow positive, it's really very heavily dependent on growth of SINUVA. We have indicated that we may be in a position to achieve this next year, and we continue to uphold that, again, based on our expectations for SINUVA.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay. And then maybe just talk a little bit about the gross margins in the quarter that came in a little bit weaker than expected, the reasons there and then the outlook for the rest of the year.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Sure. We reported a gross margin of 78% in the first quarter, and that was driven by a onetime nonrecurring charge associated with our first production of SINUVA. And we felt that, that product it had -- did meet specifications but had enough variance from our standard and defined processes. They were often very small. But nonetheless, in aggregate, holistically, we felt we should not commercialize that product. Since then, we have produced multiple lots and feel we're on a very good trajectory there. It was

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

part of our learning curve. Without that write-off, the gross margin would have been 82%, which was very consistent with expectations and previous quarters. Now as we -- we're doing a couple of things. As we continue to add overhead or have added overhead for SINUVA -- because if you recall, when you produce it, it shows up in the P&L 1 to 2 quarters later. We've added overhead for production of SINUVA that will, near term, impact gross margin as we -- and then we will ramp into that overhead and see improvements in gross margin. So we did give guidance of 80% for the second quarter. We are also adding an expanded capacity this quarter, which will continue to allow us to ramp volumes and gain efficiencies. So we do expect to see continuing improvement in gross margin throughout the year.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

And once kind of some of these onetime and kind of lower volume number kind of go away, what could be the potential margin profile of the company?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We've continually said low 80% range for our gross margin, and we continue to have that view.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. And then just to go back to the launch and just kind of again -- just to make sure that we get through the whole Medicare issue, what percentage of patients are Medicare or what you expect it to be?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Well, if you look at PROPEL, about 10% of our patients are Medicare. It's a fairly small percent of the patients that go in for sinus surgery. And then for SINUVA, we don't have data because it's not a defined procedure. But certainly, the patient population that would be eligible for SINUVA would be a lower percent of Medicare.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. Any questions from the audience? All right. I'll keep going. Just in terms of PROPEL, just going back to that, how do you kind of think about the progression over the next couple of years in terms of adding to the portfolio potentially and just kind of the runway there in terms of getting new accounts and whatnot?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. We believe that we're going to continue to grow and expand PROPEL certainly this year through the addition of Contour, also continuing to increase penetration into new accounts. We are used by 1 in 3 ENTs today. And many of those, there's certainly a case for them to consider using PROPEL more broadly. And then we also believe that as we are in 1 in 8 procedures, that also indicates potential for growth. And if you think about dividing those procedures up, about 1 in 3 are with polyp cases. And we certainly know that providing steroid-eluting implant has double benefit for those patients not only to heal the inflammation associated with surgery, but also to treat the patient. So we do believe there is continuing headroom for growth of PROPEL. And what was the second part of your question?

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Just kind of if you think about like adding to the portfolio...

**Jeryl L. Hilleman**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

Yes. We are continuing to invest in our pipeline. We have not yet shared the specifics. We do have a new product that we anticipate beginning clinical trials this year. And it's an innovative different product, but we're not yet prepared to talk about it.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

And then just in terms of with SINUVA, I think you had enrolled in another clinical study, maybe just talk through the time lines of when we could get the data.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Kristen is referring to the ENCORE study, which is the study that we are doing primarily for labeling purposes. It is a study that looks at repeat use of SINUVA in 50 patients. It's really powered for a safety study. And if you look at our FDA label, it says that repeat use of SINUVA has not been studied. And with this study, we will be able to then provide further information in the labeling, speaking to the safety of repeat implants. So that's certainly our goal. So we enrolled that study very quickly and have started the second implant with those patients. And then we will do a follow-up period of time and would expect to report that out in the second quarter of '19.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Okay, perfect. Any other questions? All right. With that, I think we'll just take questions offline.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Great. Thank you, Kristen.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*

Thank you so much for today.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Okay. Thank you.

**Kristen Marie Stewart**
*Deutsche Bank AG, Research Division*
Thanks, everyone.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.