# EXHIBIT M

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT FQ2 2018 Earnings Call Transcripts

## Wednesday, August 01, 2018 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.16) | (0.14) | NM | (0.16) | (0.63) | (0.20) |
| **Revenue (mm)** | 28.15 | 26.30 | ▼ (6.57 %) | 27.53 | 116.47 | 148.12 |

Currency: USD
Consensus as of  Jul-24-2018 10:30 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | (0.19) | (0.15) | NM |
| **FQ4 2017** | (0.18) | (0.11) | NM |
| **FQ1 2018** | (0.23) | (0.21) | NM |
| **FQ2 2018** | (0.16) | (0.14) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................................ | **3** |
| **Presentation** | ........................................................................................ | **4** |
| **Question and Answer** | ........................................................................................ | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Lisa D. Earnhardt**
*Director*

**ANALYSTS**

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C.,
Research Division*

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC,
Research Division*

**Kyle William Rose**
*Canaccord Genuity Limited,
Research Division*

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research
Division*

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG,
Research Division*

**Richard S. Newitter**
*SVB Leerink LLC, Research
Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research
Division*

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research
Division*

**Suraj Kalia**
*Northland Capital Markets,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and welcome to the Intersect ENT Second Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Jeri Hilleman, Chief Financial Officer. Please go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Kate. Good morning. As you know we had originally scheduled this call for aftermarket today, but since our financial printer erroneously filed the 8-K early this morning, we moved the call to before market open. We want to thank you for accommodating us, and we sincerely apologize for any scheduling inconvenience this has caused.

Before we begin, I'd like to remind you that we will make forward-looking statements within the meaning of federal securities laws. Actual results and timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risk and uncertainties which include, without limitation, our outlook for financial performance, sales force growth, clinical studies, approval of new products and indications and procurement of reimbursement codes and coverage, which are based on our current estimates and assumptions as well as other risks detailed from time to time in the reports we file with the SEC.

We disclaim any obligation or undertaking to update or revise any forward-looking statements contained herein.

I will now turn the call over to Lisa Earnhardt, our President and CEO. Lisa?

**Lisa D. Earnhardt**
*Director*

Good morning. Our business continued to make progress in Q2, growing revenues at 10% and advancing in our journey to both drive adoption of our 3 core PROPEL products while launching our first pharmaceutical product, SINUVA. As we have discussed in the past, the early months of a new product launch can be a bit bumpy as we educate our customers on the product and new business practices, streamline product access, establish consistent reimbursement and keep our sales team appropriately focused on both existing and new products.

The good news is that there is strong physician interest in SINUVA, and the early clinical outcomes have been fantastic. In our view, this is the most critical input we can get early in a launch because it reinforces that SINUVA has a valuable role to play in patient care.

That being noted, we experienced some earliest bumps in the road and fell short on both our PROPEL and SINUVA goals. Today, I plan on reviewing some of those challenges with you and giving you an overview of the action plan we have already been implementing to direct those challenges and accelerate our progress.

We commenced the first sales of SINUVA in late March and have realized approximately $800,000 in revenue to date, with over 325 patients treated. Physician interest and feedback have been positive and payer coverage has been consistent with our launch expectations. We also initiated product access and found several areas of improvement necessary. The challenges experienced in product access caused stronger-than-anticipated dilution of our field effort as our sales force focused on SINUVA support, giving the team less time than planned to drive PROPEL growth.

SINUVA is a first-of-its-kind product both in its function as well as how it is procured by ENT practices as the first physician-administered drug introduced specifically to the ENT specialty. From the outset of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the launch, we identified 4 aspects of commercialization that would be critical for success: physician and patient experience; a reliable and efficient product access process; payer coverage; and the effectiveness of our sales force in balancing commercialization of both our device franchise, PROPEL, and our new pharmaceutical product, SINUVA. In my remarks, I will discuss our experience in each of these 4 areas, our action plan for strengthening our approach where needed and our adjusted outlook.

I'm going to start first in my comments around the most complex area, product access. It is attractive to physicians to have options to secure products without needing to extend their own capital. Specialty pharmacies typically fill that need for many drugs by verifying benefits, securing prior authorization and patient copay, providing the product on a patient-by-patient basis and collecting payment from the payer. At launch, we expected especially pharmacy to serve as an easy and available way for physicians to access SINUVA. What we have learned through our experience today is that this procurement pathway is not always straightforward or possible. In some cases, payers have agreed to cover SINUVA but are requiring that physicians acquire it via a buy-and-bill process, in which the physician purchases the product and bills payers directly.

After observing bottlenecks in product procurement, we began encouraging all physicians to work through ASCENT, our reimbursement hub, versus going straight to the specialty pharmacies in order to vet each prescription's potential to be filled via our SP partners. If buy-and-bill is required, ASCENT can also support offices through the process. This change in turn placed an increased burden on our reimbursement hub due to higher-than-anticipated volumes, resulting in delays and impacting access for physicians and patients.

Our commitment is for physician offices to receive high-quality, timely service. As such, we immediately initiated the process to hire and train additional staff at ASCENT. As of July 1, an expanded ASCENT team is working closely with physician offices to verify benefits and determine the appropriate procurement pathway. We believe we have taken substantial strides towards making product access easier, and we'll continue to focus closely on performance and throughput and on building a sustainable foundation for SINUVA growth.

Now let's turn to the next aspect of commercialization, payer coverage. We have been pleased with the initial rate of payer willingness to cover SINUVA, which has remained consistent, that 50% to 75% of prescriptions gained prior authorization. A few payers established policies at the outset of launch, but we have seen no notable policies set as expected. We believe we can drop preliminary conclusions about coverage based on experience with prior authorization and, ultimately, payment. Net-net, payer coverage has met our expectations.

Next on our list, and very much related to market access, is sales force balance and effectiveness. Our sales force has built strong relationships with our ENT customers and worked hard to help them with all aspects of our products, including clinical education and case support. Our teams spent a disproportionate amount of time in the first few months of the launch trying to troubleshoot SINUVA access. Clearly for sales to work efficiently, product access needs to work effectively, and our team is committed to making sure that happens.

To touch on what happened with PROPEL growth during the second quarter, we did expand the number of existing accounts stocking Contour by 20% to about 1,200 accounts and also added about 40 new PROPEL accounts. What we did not do, because the sales team was focused on introducing SINUVA and navigating inefficiencies in product access, is sufficiently engage in the more hands-on side of growth. This resulted in a disappointing Q2 for PROPEL.

So what are we doing to drive the launch forward and address the challenges that I just outlined?

The answer is several things, and we expect to see evidence of impact somewhat this quarter and more fully in the fourth quarter and into 2019.

First, as I mentioned, we have increased staff at our hub to account for increased enrollments where we have expanded the staffing and are closely monitoring performance to ensure effectiveness and reliable throughput.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Second, we are expanding our sales force to enable greater attention to PROPEL. We ended the second quarter with 117 field reps, including 83 territory managers. We are in the process of adding an incremental 20 representatives, including a mix of sales consultants and contract reps, to focus on PROPEL. This growth is in addition to our previously planned 10% to 15% headcount growth and will bring our target for year-end field reps in the range of 140 to 145, a total increase of 30% for the year. It is important to note that most of the addition happened in sales support roles, which have not impacted territory alignment. We believe that this extensive commitment to field support of physicians will put us among the largest sales forces in the ENT.

Third, we will work closely with a targeted group of physicians to establish a leverageable buy-and-bill track record. Today, over 40 physicians have purchased SINUVA through buy-and-bill, representing about 20% of surgeons who have accessed SINUVA. Of these, only a few cases of payment have come through as it typically takes a few months from treatment to collection of payments. We will be capturing payment trends that will provide physicians increased confidence in the buy-and-bill process. We are very appreciative of these early adopters and those that are contemplating joining them as they are showing leadership in not only offering SINUVA to their patients but also pioneering the buy-and-bill practice within the ENT specialty. We anticipate that this form of product access will become more the norm at ENT, just like it has in orthopedics, rheumatology, ophthalmology and other specialties.

Fourth, we are adapting and strengthening our reimbursement team. We have added to our reimbursement leadership to give focus to payer outreach and field support. We are also expanding the field reimbursement team to further help physician offices navigate the buy-and-bill process.

Of note, we continue to expect that SINUVA will be assigned a product-specific J-Code effective at the start of 2019. As a reminder, we anticipate the final ruling from CMS in November. We believe a product-specific J-Code will streamline the market access process and facilitate buy-and-bill. However, we do believe we can drive SINUVA growth effectively even under what we see as a less likely outcome of continuing to use the unassigned J-Code.

So let's turn the conversation to the most critical and exciting aspect of our launch, physician and patient interest and experience. Physicians have found the SINUVA clinical evidence compelling. 400 patients were studied in 2 randomized blinded sham-controlled clinical trials. All patients were indicated for repeat sinus surgery at enrollment and less than half still needed surgery following treatment.

The fact that SINUVA can be delivered in a routine office visit has also been of interest as physicians strive to deliver less invasive, more cost-effective solutions to their patients. ENTs can immediately see the benefit of incorporating SINUVA into their practice to help their most challenging chronic sinusitis patients.

We have received very enthusiastic feedback on the ease of the procedure and the initial clinical outcome consistent with our clinical studies. Through the end of the second quarter, over 1,600 patients have been submitted by physicians to ASCENT or at specialty pharmacy partners. Of these, about 325 have been treated, and the majority remain in process.

Consistent with our initial targeted approach, about 225 physicians have treated patients, and we look forward to continue to work with these and other pioneering physicians to expand product trial and adoption.

Finally, our experience in the second quarter is reshaping our expectations for both the SINUVA ramp and PROPEL growth. As we roll out the action plan I discussed and build on the impact of these changes, we anticipate 2018 revenue in the range of $106 million to $109 million, continuing our previously -- view of annual PROPEL revenue while adjusting our SINUVA expectations. We expect third quarter growth to be similar to Q2 and to see improvement in the fourth quarter and on into next year as our modifications begin to bear fruit.

More importantly, however, we will strive to deliver on 2 key objectives by year-end. First, we aim to establish a strong foundation for SINUVA, setting us up to deliver on a tremendous potential of this therapy in 2019 and beyond. We can achieve this goal through offering reliable product access, delivered

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

through efficient hub service and continuing strong patient -- payer coverage and by providing payment evidence to support adoption of buy-and-bill.

Second, we expect to have an expanded sales force in place that is resourced and trained to effectively balance expanding introduction of SINUVA and growing PROPEL. PROPEL is currently used in 1 of 8 sinus surgeries. And based on what we've achieved in our flagship market where we are seeing usage in 1 in 3 cases or higher, we believe that PROPEL offers continued growth potential when it's supported by the right commercial effort.

Through achieving these goals, we believe that we will position ourselves to once again deliver in the range of 20% annual growth for 2019 and beyond as we expand SINUVA from a targeted rollout and expand reach with PROPEL.

Let me now turn the call over to Jeri to take you through our financial results and outlook.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Lisa. Lisa has touched on our recent revenue experience and outlook. But to provide some further insight, PROPEL Contour represented 29% of sales in the quarter, up from 27% in Q1, continuing to drive growth as we roll this product out to customers. Recognized SINUVA revenue was just over $500,000 in the quarter, rounding to $800,000 to date. Our net price has been favorable at about $1,000 a unit as we ramp elements that will impact our gross to net factor, and our long-term outlook for SINUVA net price remains similar to the price of PROPEL.

Looking to the third quarter, as mentioned earlier, we are implementing improvements to market access and expanding our sales force. We expect these efforts to gain traction in fourth quarter and, accordingly, are setting our guidance for Q3 in the range of $23.8 to $24.3 million and for the year at $106 million to $109 million, with about 2% to 4% of our annual revenue to come from SINUVA.

Moving to gross margin. We reported 79% margins due to cost allocations of a slightly lower volume. Our outlook for Q3 is a similar gross margin. And for the year, we expect to achieve a margin of approximately 80%. We continue to expect improving margins as we exit the year and further ramp production and more fully utilize our newly added third line.

Our operating expenses for the quarter were $25.4 million and, for the first half of the year, $51.2 million. We are maintaining our year view for OpEx of $113 million to $115 million as we are ramping expenses in association with the increased staffing that has been referenced. We expect OpEx to increase in the remaining quarters of 2018, with SG&A and R&D continuing to represent 80% and 20% of OpEx, respectively, for the year.

I'll now turn the call back to you, Lisa.

**Lisa D. Earnhardt**
*Director*

Thank you, Jeri. In closing, I want to reinforce that we maintain our full conviction and enthusiasm that SINUVA will grow to be an important therapeutic offering benefiting a significant number of sinus sufferers. As one patient recently said after being treated with SINUVA, "This is the first time that I've obtained relief to the point where I actually felt normal. There is no doubt in my mind that they work."

We've also heard similar enthusiasm from physicians. One physician chose to offer SINUVA to a patient in their 70s who had long suffered the symptoms of chronic sinusitis. After treatment, the doctor told us for that patient, SINUVA has been life-changing with the relief that she's received.

The patient benefits we've seen SINUVA deliver make us determined more than ever to build the product access and field team that will support physicians and enable them to adopt SINUVA as a regular part of their practice. We are meeting the challenge of the launch with strong action, expanding and leveraging the reimbursement hub, quickly growing our sales force and reimbursement teams and focusing on establishing buy-and-bill for a growing evidence of payments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

The strong physician and patient interest in SINUVA, our robust clinical evidence, initial positive outcome and the fact that payers are providing access in the strong majority of cases combine to reinforce our conviction that SINUVA has a bright future.

The same actions that will solidify our launch of SINUVA will also strengthen our sales force's ability to drive the PROPEL growth that we believe lies ahead. We remain greatly appreciative of your attention and interest.

And now Jeri and I would like to remain on the line to answer your questions. Operator, will you please open the lines?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Robbie Marcus of JPMorgan.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

Maybe we could start with the SINUVA reimbursement. Because if we go back, you put the pharmacy -- the specialty pharmacy in place to avoid physicians having to the do the buy-and-bill. So maybe help us understand what prompted the change during the quarter and was the decision from commercial reimbursement to not cover it that way due to the nonspecific J-Code at all?

**Lisa D. Earnhardt**
*Director*

Yes. And it's really not related to the unassigned J-Code at all, Robbie, but it is a good question. We were hopeful that specialty pharmacies would be able to fill the majority of prescriptions out of the gate. We have learned that some payers have required that the physician buy and bill, so they're basically trying to streamline the process themselves and work directly with the physician. And so that's something we appreciated, a trend in some areas of medicine as you think through how you would drive efficiencies in health care, but that was something that was sort of a new learning for us out of the gate.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

Okay. And as I look at guidance for the balance of the year, it looks like, correct me if I'm wrong, PROPEL growth in the mid -- in the single-digit range and then SINUVA much lower than previously thought. So one, is that the correct way to think about the business for the balance of the year? And then, two, seeing how the initial SINUVA launch has gone, can you give us some early thoughts on 2019 for SINUVA and what that launch curve might look like with a specific J-Code and without?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes, Robbie, this is Jeri. As we think about Q3, for the reasons we described, we will be putting in place the additional sales force. We have just recently expanded the staffing at the hub and put a number of other measures in place. But those are going to take time to play out, so we think we'll begin to reap the benefit of these changes as we go into the fourth quarter, so we are implying a higher rate of growth for PROPEL in the fourth quarter. But we think the third quarter will look much like the second quarter in terms of growth rates, and our guidance is very similar to that. And then as we get into next year, we'll be able to give clearer guidance on SINUVA. Lisa did mention a goal of being able to produce approximately 20% growth next year. And we have not broken that out, but we do expect to continue to ramp SINUVA as we go into next year.

**Robert Justin Marcus**
*JP Morgan Chase & Co, Research Division*

Is it still your belief that the launch will be similar with and without the J-Code? Or does that change today?

**Lisa D. Earnhardt**
*Director*

Yes, we do believe, obviously -- yes, it's a good question. The existence of a product-specific J-Code would certainly streamline market access because there are some additional documentation needed for the unassigned J-Code. But we do anticipate we can still drive the SINUVA launch effectively even if we were to continue to need to use an unassigned J-Code. And we don't think that is a likely possibility.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Operator**

The next question is from Bob Hopkins of Bank of America.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Can you hear me okay?

**Lisa D. Earnhardt**
*Director*

Yes.

**Jeryl L. Hilleman**
*Chief Financial Officer*

We can.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Great. So my first question is just sort of to the understanding of how long you think it's going to take to get rid of the friction in the system, if you will. All the things that you need to do to make this a successful launch, can most of that be accomplished this year? Or is this really going to bleed into 2019?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes, Bob, it's a good question. We continue to learn. We think that we will continue to ramp as we go into next year so that we'll begin to see the benefits of the extended sales force, just work through gaining familiarity of the process we'll have, and we are also expanding our field reimbursement teams. So we think as we watch those elements bear fruit in the fourth quarter, we'll be able to give a clearer picture of next year. But we do see that -- we believe we will be on a positive trajectory once these elements are fully in place.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Right. No -- and I appreciate the 20% comment on 2019 and beyond. But I'm just curious, and I realize it's early, but you've obviously been seeing these trends for at least a couple of weeks, if not a month, or whatever it's been. So what's a best guess on how long it'll take to kind of fix all these issues? Is this 4 to 5? Could this take a year? I realize it's early, but I'd just would appreciate a best guess at this point.

**Lisa D. Earnhardt**
*Director*

Yes. And I think certainly, our outlook for 2018 would imply that we'll take a couple of quarters to work through to streamline and optimize the product. And as each quarter goes by, we'll be able to communicate additional progress with some of the actions that we've taken as well as the impact it's having in streamlining patients through the funnel. It is important to note, as I commented on the call, that we had very strong physician interest and patient demand but there were sort of bottlenecks through the process, and so we ended up with only 325 patients treated. That said, we do believe that there's continued strong interest, and it will take just some time for us to tweak the process to get it to be optimal.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

And did you have any doctors that were kind of unconstrained, if you will, where the process went very smoothly? And if you did, I'm just curious at kind of what -- how many they were doing maybe in a month's period, just maybe an example, an anecdote, of a doctor where things were unconstrained. And

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

then my last question is, if you just -- I appreciate some of the sort of backlog type of data points that you gave in terms of patients. Maybe if you could just go over that in a little more detail. I thought I heard a number of around 1,600 or something, sorry if I missed it. But -- so maybe an anecdote or an example of a doc that's unconstrained, what kind of volume they're doing in a month and then any more detail on the patient interest quantitatively would be great.

**Lisa D. Earnhardt**
*Director*

Yes. And so we did have a mix of experience by physicians. Obviously, it's all specific to an individual patient and their insurance and what their plans are. But we did have -- the typical experience would have been a physician has done a couple of patients, would be sort of those -- there was really nothing that was sort of untapped where we had 1 physician doing a significant number. It really does depend on the geography that they're in and their -- and the patient's specifics with insurance and what those plans recommend.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. And I think typically, they might try for a couple of patients, as Lisa said, and then just wait and see how the outcomes go and so forth and then add further patients. So we're really just kind of at the point where a number of patients, doctors have gone through that trial, but it's definitely been more of a try it on a couple of patients and wait and see how the clinical results play out just so they could see it in their own.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

And then on the patient backlog question?

**Lisa D. Earnhardt**
*Director*

Yes. And so I had mentioned there were 1,600 -- over 1,600 patients that were submitted to either our ASCENT, which is our reimbursement hub, or specialty pharmacy partners. And so it will take some time for those patients to get work through. Unfortunately, because of some of the delays, some of those patients may have already selected other treatment options, but we're hoping to get a good number of those patient access to SINUVA. There are reasons, as you might imagine, that patients might fall out of the overall process: a, the delay; b, the copay piece of it; c, if the payer does require that the physician buy-and-bill, that's an additional hurdle. But all that said, working with -- even if we don't capture this patient backlog around, ultimately, this is a chronic disease, and we could see them return as new patients in the future.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Has your view on the size of this market opportunity changed at all, Lisa?

**Lisa D. Earnhardt**
*Director*

Absolutely not.

**Operator**

The next question is from Richard Newitter of Leerink Partners.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I just wanted to start off with the shift to -- or the emphasis to buy-and-bill now. So my first question on this is, are the physicians that maybe didn't want to do buy-and-bill but are being required to do buy-and-bill because that's the only way that the insurers will allow it to happen, are they, in any way, shying away from buy-and-bill because they don't want to take on any of that risk and they are only going to do it if they could do it through the third party? And then my second question is, what's the difference between the buy-and-bill coverage pre-authorization or coverage percentage rates versus kind of the 50% to 75% that you expressed, which I'm assuming is and average between buy-and-bill and specialty pharmacy? My basis with some of the doctors we have spoken to that are actually doing buy-and-bill, they say it's 100% hit rate. So I'll be curious to know, as you convert to buy-and-bill maybe more than you previously had thought into '19 and 2020, does the steepness of this option trajectory increased versus how you previously thought?

**Lisa D. Earnhardt**
*Director*

Yes. It's premature to comment on your second question about is the buy-and-bill approval through the payers, any coverage determination differs than that of going through the specialty pharmacy. So we would expect at this point to be similar. And your first question was with regards to the specialty pharmacies and how physicians view using buy-and-bill versus the specialty pharmacies. And you're right, these are -- there absolutely is a trepidation on behalf of some ENTs to buy and bill because it does require them to outlay their own capital. To the extent that we continue to demonstrate proof of payment, and that's something we're working on collecting as well as their own individual experiences and, to your point, there are a number of physicians who had great success already with buy-and-bill we insured, about 40 or so are doing that currently, but that's still very early. And so part of it will be word-of-mouth amongst their peer group. Secondly, it will be under our personal experience. And third, we're hopeful it could bring information to payer as it relates to evidence of payment.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

Okay. And then, Lisa, it sounds like if you have 225 doctors that are implanting and, obviously, it wasn't the case all throughout the quarter, so maybe a little less on average throughout the quarter. But if we think about how many SINUVAs the doctors that are doing this are doing per month or per quarter, has the biggest limiting factor just been getting through that pre-authorization process? In other words, is there something that you could even do as you're migrating people over to buy-and-bill to speed up that pre-authorization process which is taking weeks?

**Lisa D. Earnhardt**
*Director*

Yes, that is exactly what we're doing, Rich, in terms of doubling down on our resources on ASCENT and the specialty -- in the reimbursement hub to make sure they're able to meet the larger-than-expected demand. We also continue to educate the physicians on this. So we really feel like, to your point earlier, that a number of the patients were treated later in the quarter. So it is something -- it's hard to sort of talk about number of patients per month or number of patients per quarter. Really, it's still early. And we do expect to work with those physicians and some incremental ones in the third quarter as well. But as we proceed with this launch in the following quarters, we will continue to provide sort of metrics that you can find useful in your modeling and planning.

**Operator**

The next question comes from Matthew O'Brien of Piper Jaffray.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Just to follow-up on Robbie's question from earlier, just to be specific on this, the guidance came down about $7 million for the year. You were expecting, I think, $8 million to $10 million from SINUVA. Is the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

guide down of about $7 million entirely SINUVA, or $6 million of the $7 million, something along those lines?

**Jeryl L. Hilleman**
*Chief Financial Officer*

So just to clarify, the original guidance was $111 million to $116 million, with approximately 8% of roughly $9 million for SINUVA, which we revised to $106 million to $109 million, with 2% to 4% of that coming from SINUVA. So I think that gives clarity to the specific pieces of it. And really, the PROPEL guidance is roughly unchanged, and the greater part of the delta is almost exclusive due to a change in outlook for SINUVA revenue for the year.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Okay. So then -- that's helpful, Jeri. On the spec pharma side of things, and I'm by no means an expert in this area of the market, but I'm just a little surprised that they wouldn't be able to navigate this reimbursement issue. I think that's the biggest factor as far as using those folks. So are there other examples of devices out there where the payers have come back and said, "No, you can't go through spec pharma, you need to go through the buy-and-bill process." And I guess what I'm trying to get at is, you now have a sales force that's expanding and they have to go through spec pharma; in some situations, through the buy-and-bill process; in other situations, you're trying to build the reimbursement hub, strengthen that group, so are we comfortable that 6 months is enough time to get all of this done? Or is there another factor to consider that could potentially slow things down into '19 when you move to a permanent J-Code or something along those lines?

**Lisa D. Earnhardt**
*Director*

Yes, so I think that is a lot of questions in one, but I do think our specialty pharmacies are competent in handling sort of verification of benefits, securing approvals, in some cases, as fast as they can process it. It's just if the payer is saying either, a, it needs to go through their own specific specialty pharmacy, right, so some payers have their own specific group that they will allow physician-administered drugs to go through or, b, they're just saying, "Hey, we'll pay for it as long as you do buy-and-bill." So it's not because of the competency of the specialty pharmacy, it's more whatever the payer is dictating. The great news is, as we commented before is, payers are covering the majority of cases, it's just a matter of what pathway they need to get -- go through. And so we do think it will take some time. Probably the biggest determinant of time is getting physicians comfortable that buy-and-bill needs to be part of their practice. They will likely use both specialty pharmacy and buy-and-bill moving forward. So it's not as if specialty pharmacy is going away, it just isn't an "always easy and available" option. It's not a guarantee that they can use that, but it certainly is an important option, and we continue to work with our partners.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. And just to build a little more color on that, we had anticipated that maybe, just to put some numbers around it, 80% or 90% would go through the specialty pharmacy and allow the physician to rely primarily on that model as a mode of securing the product. What we're finding is that because some payers have taken this approach to either use our specialty pharmacy, which may not be an option for us given our size and scale, and -- or go to specialty distributors, so we're -- in the second quarter, we're more at 60% specialty pharmacy, 40% specialty distributors, just to give an illustration of how the business is going. This, of course, can change. it's just a snapshot at this point in time, but it does reinforce that we think specialty distributor is -- and the comfort with buy-and-bill, will need to be part of the physician's practice when they fully -- as they fully adopt SINUVA.

**Matthew Oliver O'Brien**
*Piper Jaffray Companies, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then just last question for me. I just want to take this off the table because I have not had a chance to run the model yet, but extra spend, you had a little less revenue this year, that spend is going to push into next year as well and we didn't have you getting profitable till 2020. Can we completely eliminate the potential need for an additional capital raise?

**Jeryl L. Hilleman**
*Chief Financial Officer*

The unequivocal answer to that is yes. And I also want to point out that our spending, we are accelerating the spending in the second half of the year, but it is staying within our guidance range, so that's unchanged. So we do not believe that we will need to raise additional capital. We have $104 million in cash at this time, so I think that gives you some perspective.

**Operator**

The next question comes from Chris Pasquale of Guggenheim.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Did I hear you right that only 50% to 75% of cases submitted to payers are being approved under the prior authorization process? Could you just review what that number was?

**Lisa D. Earnhardt**
*Director*

Yes, that's exactly. That was consistent with our launch expectations going in. And we hope over time, that will increase as we work to educate payers on this therapy.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Okay. And have you seen a trend in that direction from April to July?

**Lisa D. Earnhardt**
*Director*

Yes, it's been very consistent out of the gate.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Okay. Lisa, you're now planning a major sales force expansion at a time when your commercial team is already dealing with an awful lot. How do you ensure that the process of expanding the team by 30% this year doesn't further disrupt the business? And maybe as part of that, you can review how many of those 140 to 145 team members by year-end you'd expect to be territory managers versus sales consultants.

**Lisa D. Earnhardt**
*Director*

Yes, we finished the second quarter with, I believe, 83 territory managers. And as we look at the additions in the second half of the year, the vast majority, almost all of them, are going to be sales support roles. So that will either be our sales consultant role which, as you may recall, works in partnership with our territory managers, or it will be a contract sales organization that will play a similar role to the sales consultants where they partner with an existing territory manager. So we do not anticipate or plan for any territory realignments, and we think that will help mitigate the -- any potential disruption. If anything, I believe the sales team is really excited about the opportunity of having additional resources because that will set them up in a position to be successful in both introducing SINUVA and continuing to drive growth in PROPEL. So they have been quite busy in the second quarter and are anxiously awaiting welcoming new peers to the group.

**Jeryl L. Hilleman**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Chief Financial Officer*

Yes. We see this as a way to really expand the bandwidth which is clearly needed at this time but preserving the strong relationship that our territory managers have with doctors, and without disturbing that but still adding the bandwidth.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

That's helpful. And then lastly, you mentioned ASPs of around $1,000 for SINUVA in the quarter. If I take $800,000 of revenue, divide it by 325, it actually applies something more like $1,200 thus far. Could you just review what you're actually getting for the product and why you would expect net pricing to eventually end up closer to the $800 you get for PROPEL?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. For Q2 our net price was $1,000. The difference maybe is in some rounding, but -- or looking at quarter-to-date or quarter-end to date numbers, but we did have $1,000 net price in the quarter. The things that will impact that as we go forward would largely be really initiating transactions with government-mandated discounts such as the 340B program. That would probably the single biggest factor that, yes, is not yet playing into our business. But as hospital clinic offices and hospital clinics purchase the product, that could have a further impact on that. There's a couple other factors but that's one of the main ones.

**Operator**

The next question is from Brian Weinstein of William Blair.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

This is actually Andrew Brackmann on for Brian. So Lisa, you had made the comment that the sales force spent a disproportionate amount of time on the SINUVA launch and didn't effectively engage in the hands-on side of growth for PROPEL. Could you maybe quantify that a little bit more, talk about how much time the sales force spent on the SINUVA launch versus the base?

**Lisa D. Earnhardt**
*Director*

Yes. Anytime you have a new launch, that obviously attracts a lot of attention from the team. And there's a significant physician interest, as I had mentioned, and so I do believe, as I said, that there was a disproportionate amount of time spent. I think, of course, we always anticipated the sales team spending time on managing the demand and supporting the clinical education, training required for SINUVA, but what we hadn't anticipated was the amount of time they would spend on sort of troubleshooting product access. And that's really where the disconnect was. As we were sort of working through patients through the funnel, they ended up spending an inordinate amount of time there. So I would expect moving forward, with that process streamlined, we'll continue to move forward with a targeted launch that they will be able to better, a, balance their time and also, b, that we're putting some additional resources to help support continued growth in PROPEL.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

Great. And then, Jeri, you made the comment that a few surgeons are implanting the device and then waiting some time to see the results. Could you maybe talk about how long you expect these surgeons to wait to see the results and how long do you think that will take for them to get back and do some more procedures?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. It really varies. It's an individual choice. Sometimes they wait, and they see a 30-day result and are very, very pleased with that. But it's really been varied by surgeon and the patients that they have.

**Operator**

The next question is from Suraj Kalia of Northland Securities.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

So Lisa, can you tell us if there were any ASP increases from PROPEL in the quarter?

**Lisa D. Earnhardt**
*Director*

Yes, there was modest ASP increases. We did put a price adjustment in place as of January 1 as we've done the last several years. And so we did see a modest uptick in price for PROPEL.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

And would it be in the low single digits again?

**Jeryl L. Hilleman**
*Chief Financial Officer*

So it's just 1% to 2%.

**Lisa D. Earnhardt**
*Director*

Yes, low single digits.

**Jeryl L. Hilleman**
*Chief Financial Officer*

That was effective, Suraj, on January 1.

**Suraj Kalia**
*Northland Capital Markets, Research Division*

Got it, right. And following up on -- I know everyone has asked the same question, I'm just trying to ask it from -- with a different flavor. The math indicates you guys have roughly around 110 or so reps in the quarter, maybe slightly less, but plus or minus. And on the last quarterly call, Lisa, you've given an update, if I remember correctly, about [ 2,750 ] accounts on PROPEL, just the whole family of PROPEL. If you strip out SINUVA, PROPEL growth in the quarter was 4% year-over-year. Then you trip out ASP increases of roughly 2%, could you just help me reconcile? I mean I appreciate the commentary about the reimbursement issues and the spec pharm route, at the half pre-auth getting approved and some level of confusion. But if I look at these numbers, this will be the number of reps, the other accounts, can you give us some additional color, how many reps need to be on site? What was the disruption? Just help me understand the math on the non-SINUVA business.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Suraj, this is Jeri. I'll just add 1, add it to some of the math we were just going through, but the PROPEL growth was $25.8 million compared to $24 million last June, which was an 8% growth, just to clarify some of the math. And then, Lisa, did you want to talk to the question of representative?

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, so we finished the quarter with 117 representatives. And as we said on the call, we expect to grow substantially in the second half of the year.

**Operator**

The next question is from Kyle Rose of Canaccord Genuity.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

I wanted to talk a little bit more about the buy-and-bill situation. And I think you talked about the fact that maybe you have 40 accounts, you're kind of -- you're taking the initial leap and going into the buy-and-bill side there. I just wanted to see if you could characterize what those accounts look like for us. Are they larger? Are they part of a larger multi-specialty practice or an academic practice, maybe somebody that might have a bigger budget to be able to potentially take more of an at-risk buy-and-bill type situation and wait for reimbursement down the road? And then also just what that would look like and when you expect to get more color insight into, I guess, the time line from when they actually will get reimbursed and when you think you'll be able to have enough confidence to kind of sell that to the -- your broader underlying account base?

**Lisa D. Earnhardt**
*Director*

Yes, good questions. The first question about the physicians, there were about 40 physicians who have already accessed the buy-and-bill option through our specialty distributor. Those are the vast majority of community physicians and small practices. So we do have some large accounts who've purchased the product, but when we talk about the number of physicians, the vast majority are private practice. And the second question...

**Jeryl L. Hilleman**
*Chief Financial Officer*

What's the time line.

**Lisa D. Earnhardt**
*Director*

What's the time -- oh, we were actually going to get the payments, sorry. It's -- we would anticipate -- so there's -- let's say, there were 325 patients that were treated. A portion of those went through the buy-and-bill process, so we would expect to have some proof of that payment this quarter. And that's exactly what the team is working on to really get an understanding of when those are coming in, so we'd expect over the course of that quarter. So it's literally just a couple of months after a patient was treated. So given that we just launched in the second quarter, it will take some time for us to collect that evidence of payment through EOBs and [ things ] as such.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

And can you maybe just talk about, I guess, the tone or the focus of the sales force? I mean, obviously, this has been a big focus of them. It's gone slower than expected. They're -- you're bringing on a new investment as far as the sales consultants. But just the underlying tone of the sales force and how engaged they are there and then maybe any incentive one way or the other with respect to hitting targets for both SINUVA and PROPEL through the year-end?

**Lisa D. Earnhardt**
*Director*

Yes. I mean, I think the entire organization, not just the sales force, fully appreciates it's a rare opportunity that you get to launch, not 1 but 2, revolutionary technologies in your career. And that's exactly what we're doing here with PROPEL and SINUVA. Obviously, lots of learning. And I think what

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we're relying on is our more senior reps who have been through those early learnings with PROPEL. And while they were a whole different set of learnings, there are oftentimes speed bumps along the way. And so we're in active communication with our sales team and keeping them focused and incented to drive growth across our businesses.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

And then the last question for me is just on the clinical data side, wanted to see if you have an update on ENCORE. And then, as you are engaging with payers, any feedback from a clinical data standpoint, specifically on SINUVA, and what they're looking to see to start to make some positive coverage decisions moving forward?

**Lisa D. Earnhardt**
*Director*

Yes. So ENCORE remains on track to have data readout in the second quarter of 2019. And so the discussions with payers about our clinical evidence with SINUVA are really ongoing. Really, that's not as much of a focus with us to the near term because they are already paying, the vast majority of the large payers are paying. And so -- but we are working through the education process. There's really no new feedback we're getting from the payers on a clinical evidence, obviously, with randomized blinded sham controlled multiple studies that were done in a very robust fashion, it's been a real strength for us in our discussions.

**Operator**

[Operator Instructions] The next question comes from Ravi Misra of Berenberg.

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

So a couple of questions. First, around the doctors who were not kind of constrained by any of these reimbursement issues, can help us understand how long it's taking for them to actually go to get the product and then have that product and then how that compares to the doctors who actually are constrained? Just so we can get an understanding of what an optimal kind of timing could be from a patient walking into their door and working through the approval process?

**Lisa D. Earnhardt**
*Director*

Yes. To be clear, it's not like there are some physicians who are constrained, some who are not, it's really based on the patient's insurance and what the payer decides in terms of their preferred method of procurement. But that said, we would anticipate sort of a typical process should be and will be about a month from the time a patient presents and gets prescribed SINUVA to the time that they can actually be treated. It has been widely variable to date. And we recognize that's not an experience we want to repeat for either patients or physicians, but we do anticipate over time a month of good planning for the physicians that they -- when they consult their patients.

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

Okay. And then just wanted to parse through a couple of comments that you made earlier. You're saying something around providing payment evidence in support of buy-and-bill. Can you explain that a little bit in more detail? And then, secondly, my sense is that you were pretty confident around that CMS reimbursement. Can you maybe update us a little bit on why you still feel that November -- you're still positive about the November outcome?

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. So for the first question in terms of proof of payment and something that would be important to have data points to take to the physicians to continue to give them confidence that not only will the payer have prior authorization, but then they will, ultimately -- they will actually ultimately pay is something we're able to verify through obtaining something like EOB, which is an explanation of benefits so basically is what comes with the final payment through a physician's office. And some physicians have been open with us as we work through this partner -- worked through this process and partnering with us to share that information on a confidential basis so that we can then use that in a [ de-identified ] fashion as appropriate with other physicians. So that is shift in process. As it relates to the J-Code, there really is no update from our -- the last time we spoke about this. We remain confident that the J-Code will -- a permanent J-Code will be issued or notified of that in November by CMS and that it would in effect January 1, 2019. The only thing that I would say that would be sort of a new development there is that, as anticipated, the Category III codes related to the placement of drug-eluting sinus implants are deleted -- will -- or has been confirmed that will be deleted January 1, 2019. That came out in the most recent physician fee schedule proposal. And so that was great that that, that was -- that changes actually [ officially notice ]. As you know, that was one of the concerns or issues that came up from CMS, is that the existence of those codes had caused some issues that they thought about this from an administrative perspective. But now that those codes are now officially recognized, and it was in the ruling to be deleted, I think that will -- that's -- in my mind, that's the one thing that is sort of new news for us that, that was in the preliminary ruling.

**Ravi Misra**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

Great. And then maybe one last question on the sales force. Can you just -- given kind of the pushes and pulls between the PROPEL and SINUVA dynamic, can you kind of just strategically walk through what the roles of now the territory managers are, the sales consultants? And it sounds like this is a new role, the sales contractor, did I hear that right, and how we should think about that in our productivity calculations?

**Lisa D. Earnhardt**
*Director*

Yes. So the roles really remain the same with the territory manager as the primary point person for our physician customers. And then in some select markets, they will have additional resources, either a sales consultant or potentially a contract representative but essentially playing that same sales consultant role. And so it's not like a new role is being identified, it's just additional incremental resources vis-à-vis our original plan.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to Lisa Earnhardt for closing remarks.

**Lisa D. Earnhardt**
*Director*

Well, thank you all so much for joining us today. We greatly appreciate your interest and support and look forward to continuing to discuss our process and our progress as we move forward. Have a great day.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.