# EXHIBIT Q

**S&P Global**
Market Intelligence

# Intersect ENT, Inc. NasdaqGM:XENT FQ1 2019 Earnings Call Transcripts

## Monday, May 06, 2019 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.30) | (0.35) | NM | (0.26) | (1.08) | (0.73) |
| **Revenue (mm)** | 26.34 | 26.67 | ▲1.25 | 30.24 | 125.26 | 151.04 |

Currency: USD
Consensus as of May-03-2019 10:30 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2018** | (0.16) | (0.14) | NM |
| **FQ3 2018** | (0.27) | (0.25) | NM |
| **FQ4 2018** | (0.16) | (0.16) | NM |
| **FQ1 2019** | (0.30) | (0.35) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................... | **3** |
| **Presentation** | ..................................................................... | **4** |
| **Question and Answer** | ..................................................................... | **8** |

# Call Participants

## EXECUTIVES

**Jeryl L. Hilleman**
*Chief Financial Officer*

**Kieran Gallahue - Lead Director**

**Lisa D. Earnhardt**
*Director*

## ANALYSTS

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C.,
Research Division*

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC,
Research Division*

**K. Gong**
*JP Morgan Chase & Co, Research
Division*

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research
Division*

**Kyle William Rose**
*Canaccord Genuity Limited,
Research Division*

**Richard S. Newitter**
*SVB Leerink LLC, Research
Division*

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, everyone, and welcome to the Intersect ENT First Quarter 2019 Earnings Conference Call. [Operator Instructions] Please also note today's event is being recorded.

At this time, I'd like to turn the conference call over to Intersect ENT's CFO, Jeri Hilleman. Please go ahead.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Jamie. Joining me today is Lisa Earnhardt, President and CEO; and Kieran Gallahue, a member of our Board of Directors. Before we begin, I'd like to remind you that we will make forward-looking statements within the meaning of federal securities laws. Actual results and timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties, which include, without limitation, our outlook for financial performance, sales force growth, clinical studies, approval of new products and indications and procurement of reimbursement codes and coverage, which are based upon our current estimates and assumptions as well as other risks detailed from time to time in the reports we filed with the SEC.

We disclaim any obligation or undertaking to update or revise any forward-looking statements contained herein.

I'll now turn the call over to Lisa Earnhardt. Lisa?

**Lisa D. Earnhardt**
*Director*

Good afternoon. Thank you for joining us. Before we discuss our first quarter results, I want to take a moment to discuss the leadership transition that we announced today. After more than 11 years at Intersect, I will be stepping down from my role in early June as I have accept another opportunity as Head of Medical Devices at Abbott. Kieran Gallahue, who has serviced as our Lead Director since April 2015 will immediately assume the new role of Executive Chair and will also serve as interim CEO starting June 5.

In addition, the board has commenced a formal process to assist with identifying our next leader. I will remain on the Intersect Board and look forward to continuing to work closely with Kieran and the team.

Over the last 4 years, Kieran has made significant contributions to our business and gained a deep understanding of our company. He brings more than 20 years of leadership experience in the health care industry. Moreover, he embodies our core value of integrity, collaboration and innovation.

Importantly, I know that Intersect and all of our talented employees will be in great hands with his leadership as we work to identify a permanent CEO. With that, I'll turn it over to Kieran for a few remarks.

**Kieran Gallahue - Lead Director**

Thank you, Lisa. Under Lisa's leadership, Intersect has become the leader in evidence-based innovation in the ENT specialty, and for that we are grateful. On behalf of the Board and the entire team, I want to thank you for your many contributions to our company and wish you the best and look forward to continuing to work with you as a member of the Intersect Board.

I'm honored to take on the role of interim CEO during this important time for the company. During my tenure on the board over the past several years, I've gotten to know the team very well, and I'm proud of the progress that we've made. That being said, there's always a big difference between being a Board member and getting involved more operational. I'm looking forward to digging in deeper, building relationships with the team and focusing on our opportunities to improve and to expand.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As Lisa noted, we are undertaking a search process to identify a strong leader with the right skills and experience to position Intersect ENT for continued success. Importantly, all of us remained focused on executing on our priorities to improve the quality of life for sinusitis patients and drive value for our shareholders. As we work to identify the right candidate to lead Intersect into the next stage of growth, we are committed to advancing our products in the marketplace and leveraging our expertise in localized drug delivery to drive growth across the portfolio.

On that note, let me turn the call back over to Lisa.

**Lisa D. Earnhardt**
*Director*

Thank you, Kieran. Now onto our Q1 results and outlook for the rest of the year. Total revenue for the first quarter was $26.7 million, an increase of 8% over the first quarter of last year.

While we are pleased with this performance, we recognize that we have yet to hit our stride with SINUVA. We continue to spend a significant amount of time working with physicians on SINUVA market access, a consequence of SINUVA being the first of its kind physician-administered drug for the ENT specialties. The high degree of effort required by both our sales and market access team has continued to impact our ability to balance growth for both PROPEL and for SINUVA.

Let me assure you that we do see a path to success based on SINUVA's stellar clinical performance and the preliminary decision around the J code, both of which I will discuss further today.

However, reflecting on our experience in March and April, historically strong months for us, we now expect that we'll take further time to work through the access and bandwidth issues to truly establish the foundation for SINUVA's long-term success. That said, several important elements of the SINUVA role are progressing well. We continue to deliver turnaround times of less than 2 weeks for prior authorization, and payer coverage remains broad and stable. We've engaged over 600 physician who have treated approximately 1,650 patients through the first quarter. And as I mentioned, both physician and patient-clinical feedback remains favorable.

We attribute the slight decline in SINUVA revenue in Q1 due to a few factors. As we hypothesized earlier in the year, we did see an impact from seasonality due to the resetting of insurance deductibles. Although we were encouraged to see a 20% increase in enrollments during Q1 over Q4, we fell short on getting these patients treated due to inefficiencies in the overall product access process combined with physician hesitancy to engage in buy-and-bill. While our 2-week turnaround time for prior authorization is acceptable, there remains a high level of back and forth resulting in an excessive amount of time and effort for our team as well as for physician offices.

Additionally, the number of physicians who have incorporated buy-and-bill into their practices rose from 140 to 185. But we recognize that this still reflects a smaller fraction of our customer base than we'd like to see. We believe that a more streamlined product access combined with the J code for SINUVA once it is in place will provide greater assurance to our physician and allow them to prescribe SINUVA without hesitation. And on that front, I'm pleased to share a little more information on CMS' recent preliminary decision to assign a new J code that would allow for reporting on SINUVA. We expect this code to be effective January 1, 2020, and that it will both streamline submissions to payers and increase physician confidence around reimbursement.

CMS communicated that they intent to establish a new J code described as mometasone furoate implant 10 micrograms. This coding structure of unit dose is applied commonly in the case of drug delivery such as infusions and injection. SINUVA carries 1,350 micrograms of drug, so physicians would submit for reimbursement of 135 units of the code per implant, which we would expect to be a straightforward and typical process.

CMS has also indicated a preliminary decision to eliminate the code S1090, which is currently assigned to PROPEL. While we will see clarity from CMS, we believe that there intent is for PROPEL to be reported under the new J code.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As a reminder, despite the S1090 code, PROPEL is typically not reimbursed separately as it is bundled into the payment to facilities for the surgical procedure. We do plan to attend the upcoming CMS meeting to reinforce our concurrence that a J code for SINUVA should be established. Net-net, we believe that a J code will help streamline access once it is in place next year and may even bolster physician confidence in SINUVA overall.

Needless to say, the positive position on the J code is welcome news. So taking a step back to reflect on our performing year-to-date. We are continuing to evolve our commercial strategy to address the challenges we have identified. At this point, it is clear to us that the product access process continues to be inefficient. Our sales team is spending a disproportionate amount of time on SINUVA, diverting attention away from selling PROPEL. We continue to strive to improve this balance and believe that we will resolve this with time.

Specifically, we are implementing changes to the sales force structure and have doubled the size of the field reimbursement team to support SINUVA access. Our approach to sales force structure is to place a greater focus on SINUVA in key markets through a team of SINUVA specialists who will work in tandem with our field sales team. We believe that this additional sales support will immediately benefit both SINUVA and PROPEL.

Regarding the second point, we have nearly doubled our reimbursement team, which now comprises 20 individuals, up from 11 since the beginning of the year. Our field reimbursement team is focused primarily on 2 objectives: one, helping to move patients through the funnels to ensuring that they get treated; and two, on reimbursement education for both physicians and their office staff.

To that end, in April, we rolled out our SINUVA master class, an educational program for physicians and their staff to educate them on both the clinical aspects and product access. We are hopeful these focused resources, clear roles and responsibilities and increased customer education will help us move the needle forward on SINUVA. We believe these actions will also allow our sales team to have the necessary time and attention required to drive growth in our core PROPEL franchise. With these changes, it is important to note that we are not expanding our sales force but rather strategically deploying team members so that we can best meet the needs of the SINUVA rollout as well as the continued growth of PROPEL.

We have discontinued use of contract reps, which are brought on -- which were brought on as a transitional measure and are presently fully staffed at about 125 field reps. We believe that this team is the right size to engage with 7,500 ENTs that treat our target patient population across our product portfolio.

Now let me turn to outlook. Based on our continued learnings and modifications to our commercial strategy, we are revising our 2019 outlook to $113 million to $117 million a growth of 4% to 8%. We expect to deliver modest growth in the second quarter as we work through this transitionary period.

Despite the challenges with SINUVA, I want to reiterate our conviction in the potential to make SINUVA the standard of care for chronic polyp patients. The why behind our convention is simple. It's the continuing flow of patient testimonials about how SINUVA is making a difference in transforming lives. We continue to hear about patients who can breathe freely for the first time in years and how in a short period of time they go from being utterly miserable to having a newly found life. For these patients, SINUVA works and is making a life-changing difference. One of my favorite anecdote is from a highly regarded chef in New York, who was recently treated with SINUVA. Per his physician, this patient feels like he's creating the best meals of his life now that he can smell again.

This positive feedback is encouraging not only to our team but also to our physician customers. This is why we are focused intently on ensuring physicians and patients have access to SINUVA. With respect to PROPEL, we continue to believe that we have the opportunity to grow PROPEL through the addition of new accounts, continued rollout of Contour and expanding usage amongst physicians who use the product selectively.

Historically, with sufficient focus from our sales team, we've been able to grow uses through both current accounting expansion and new accounts. As a result of these recent actions to realign our commercial

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

resources, we believe we will achieve higher growth rates of PROPEL after the initial transition that comes with sales force realignment.

On that note, let me now turn the call over to Jeri to take you through the further aspects of our financial results and outlook.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Thank you, Lisa. Lisa has already discussed revenue. So let me walk you through the remaining financial points. Our Q1 growth margin of 83% reflects a residual benefit from last year's SINUVA write-off as well as improved efficiency. We were pleased with this result and continue to expect gross margin to land in between 80% to 81% for the year.

Our Q1 OpEx of $33.5 million represents an increase of $1.4 million over the last quarter, driven by ramping of the ASCEND study and by incremental headcount spending of marketing and market access in support of SINUVA. Looking forward, triggered by our change in revenue outlook, we are reducing our baseline spending for the full year by approximately $6 million or 4% through reprioritization of spending and by scaling back our hiring plan. However, we are offsetting this reduction with incremental stock-based expenses associated with the leadership change and as a result are maintaining our previous outlook for operating expenses of $135 million to $137 million. Our cash position at the end of the first quarter was $97.6 million compared to $100.8 million at the start of the year, anchoring a strong balance sheet to support operations.

I'll now turn the call back to you Lisa.

**Lisa D. Earnhardt**
*Director*

Thanks, Jeri. Looking ahead, we continue to make solid progress on our product pipeline, supporting our mission of making localized drug delivery to be standard of care for sinusitis sufferers. Importantly, the ASCEND study of our drug-coated balloon remains on track. We continue to expect a complete enrollment in Q3 of this year, with top line results by year-end.

As a reminder, ASCEND is a critical study designed to assess safety and efficacy of our drug-coated balloon technology compared with the plain sinus balloon. We are excited about our drug-coated balloon as a new platform product and believe it reinforces our standing as the leader in evidence-based innovation in the ENT specialty. In addition, we are excited to share that we recently submitted a supplemental PMA for a new PROPEL Mini delivery system.

As we discussed on the last call, we have been working on ways to further enhance our PROPEL product. Many customers have indicated that they would prefer a modified delivery system when placing PROPEL Mini in the ethmoid sinus. We now expect to have the system available to customers later this year. Our strategy is to make this delivery system available separately for a nominal fee, with the main commercial objective to provide additional clinical options for the physicians, which in turn should reinforce and expand PROPEL usage.

In closing, we believe that SINUVA provides an important new treatment option for chronic polyp patients, and we are confident that we're making the right investments for its long-term success. With our PROPEL and SINUVA family of products in our pipeline, we remain fully dedicated to bringing innovative solutions to the ENT community.

On a personal note, I wanted to thank you all for your support of me in Intersect ENT during our nearly 5 years as a public company. This has been an amazing experience, and I'm proud of the work we've done as a team. As this is my last earnings call as CEO with Intersect ENT. I thank you for your interest and support as we unleash the full potential of our technology for the millions of sinus sufferers that desperately need better options to manage their debilitating condition.
We will now remain on the line to answer some questions. So Jaimie, would you please open the line?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today comes from Bob Hopkins from Bank of America.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

So Lisa, congratulations on your new opportunity at Abbott. That sounds like a big job. But Kieran, I was just curious as a first question -- just -- would you consider taking this on full time depending on how the search goes?

**Lisa D. Earnhardt**
*Director*

I'm really happy in the seat that I have, and I'm very supportive of working with the Board as the -- -- did he say it to me or to Kieran?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Kieran.

**Lisa D. Earnhardt**
*Director*

Everyone was looking at me. All right, Bob, well the answer is very clear. I am not in the running for the position, and now I'd like Kieran to answer.

**Kieran Gallahue - Lead Director**

Yes. Well, thank you very much for the question. Yes. I think the answer is at this point the Board is engaged in an external search. And I think you can expect that we'll be beating the bushes across the industry for finding the best leader that's appropriate at this time, but thanks for the question.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. So -- all right. I guess I'll move on. So 2 other quick things. One, I just wondered if you could go through what exactly is -- you mentioned some sort of change with PROPEL. I was wondering if you could go through that a little bit more? And then finally, I had a question on guidance. But on PROPEL, I just want to make sure I heard correctly what you're seeing in terms of the potential changes there.

**Lisa D. Earnhardt**
*Director*

Yes. For PROPEL, there is a new product that we will be releasing later this year, which is a modified delivery system for the PROPEL Mini. But I'm assuming you're alluding more to some of the commercial structure changes that we're making.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

No, I thought I heard something on reimbursement. Maybe I misheard.

**Lisa D. Earnhardt**
*Director*

Okay. Yes. So that's a good point as well. So I guess there were many things as it relates to PROPEL and SINUVA getting -- somewhat intertwined. They are, obviously, both incredibly important to our business

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

today as well as in the future. And with the J code, this preliminary decision by CMS, they did bring forward sort of almost like a generic J code for a mometasone furoate implant. And as part of that they -- CMS is recommending eliminating the existing code that is used for PROPEL, which is S1090. So we would assume based on that, there intent is for reporting to happen with this new J code, so we still need to clarify CMS' position there. It is important to note for the most part PROPEL is not paid separately from the typical sinus surgery procedure. They're typically covered as a -- sort of a -- part of a bundle payment, so we wouldn't expect incremental reimbursement associated with that. But it is still part of the details we need to work through with CMS and then ultimately various payers.

**Robert Adam Hopkins**
*BofA Merrill Lynch, Research Division*

Okay. And then lastly on the SINUVA side. I just -- I understand there's a little bit of seasonality, but with a product launch that's only in the millions of dollars, I would think seasonality wouldn't play a huge role at this point. So I guess maybe if we just take a step back and -- what -- I just -- like what's going on with SINUVA? It's such a good doctor feedback, but the launch just doesn't seem to be gaining any momentum at all. And so I'm curious, what gives you confidence that it really is this J code issue? What can you tell us to give us confidence that you have your, kind of, arms around the issue and know what it's going to take make this a real product?

**Lisa D. Earnhardt**
*Director*

Yes. I'll start with that, and maybe I'll ask Jeri to supplement. In fact first and foremost with that market access product side -- process side, so one strong indicator going from Q4 to Q1 is that we did take it up -- we did see an uptick in enrollments, which are basically prescriptions for SINUVA, so we were encouraged by that. Where we failed as an organization was getting those patients through the funnel and getting those patients ultimately treated. So we believe we understand that process. The things that we're doing to mitigate that, first and foremost, is adding substantially to our field reimbursement team. And I did allude to the fact that we're -- we went from 11 to 20 folks that are really focused and they are experts at working with physician practices and will both educate our physician practices but also help troubleshoot to get those patients from being prescribed SINUVA to ultimately getting SINUVA. And that is really the metric that really matters. So that's for us is our -- is our primary focus right now. The J code is something longer term, certainly, for next year, which we believe as well will help streamline that process as well as give confidence to physicians around payment associated with SINUVA. But at this point, it's really getting patients through that funnel. It's not necessarily the demand, it's really getting patients through the funnel and treated. That's our primary focus today.

**Operator**

Our next question comes from Robbie Marcus from JPMorgan.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

This is actually Allen on for Robbie. I just wanted to say congratulations again on your new job and, you'll be missed here I think. But just like -- this first question is really going to be on guidance. So obviously, you've taken a pretty healthy step down. You kind of walked through why that's the case in your prepared remarks. But I guess just in terms of cadence, right, if we're looking at 2Q as only being a modest year-over-year growth rate, how should we think about like kind of the mix of that between PROPEL? I am guessing like the majority of that is coming from soft PROPEL. But then how should we think about PROPEL improving maybe in the back half of the year, seeing as it does sound like you've made some pretty substantial enhancements to kind of the reimbursement and sales structure so far already this year.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Allen, this is Jeri. Let me address your question. I think it's a very good question, and as we are thinking about the nature of work we need to do with the sales force, Allen, we also talked about making this field

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

easier for physicians to access SINUVA. We certainly think that, that is going to be the focus in that. Our aim is absolute to get both SINUVA and PROPEL to higher levels of growth over time. And how that will play out over the year we can give better visibility as we make progress.

**K. Gong**
*JP Morgan Chase & Co, Research Division*

Got it. Okay. And then I suppose like when you do get the J code, in 1Q, not the start of 2020 right? How should we think about that impacting your growth in 2020 moving to 2021, are you the -- I'm guessing it's not so much an on/off switch as kind of like an accelerator for your growth. Is that the right way to think about it? And I know, we're just starting off 2019 now, but figured that might be an interesting question to ask.

**Jeryl L. Hilleman**
*Chief Financial Officer*

If you think about the benefit that the J code would provide to SINUVA, it has a lot to do with streamlining the reimbursement process just a little bit more efficient for the officer administration and for the payers. And it also can serve just to give physicians a bit more confidence about the sense of reimbursement. So there is a positive -- important positive factor. And then how that we think that will play out, I think we'll learn more about the dynamics over the year and the potential for that to be really be a positive for the product.

**Operator**

And our next question comes from Richard Newitter from SVB Leerink.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

Lisa, just to echo some of the comments, good luck in your future endeavor at Abbott. Wanted to just start off with the -- kind of the balancing between PROPEL and SINUVA and kind of the allocation of resources that are seemingly kind of limiting the growth acceleration of both businesses. This was the problem I think that you guys had called out last quarter and heading into the 2019 time frame, but you felt like you had taken the appropriate steps to staff up, especially on that PROPEL business, and you would kind of put your guidance range at a level that you thought had captured the ramp that would be associated with that. So the question here is, what's the kind of a calculus or what gives you confidence this time around that you've identified exactly the right level of resources to get to the numbers that you've set out? And how did you arrive at that? And what's changed? Because it feels like were the same kind of issue before, you had visibility into these frictions. What's changed between now and a couple of months ago?

**Lisa D. Earnhardt**
*Director*

Yes. Rich, I'll start with that, and then Jeri can supplement. And you're right, these are a lot of the same issues, and I think we had hoped and believed that some of the friction was going to be streamlined with some of the earlier changes we've made, and we were wrong. And so we clearly have made some changes to our commercial strategy as it relates to increasing the number of field reimbursement team members. That's, obviously -- those are putting experts in the field who will be focused day and night on getting patients treated with SINUVA and educating our accounts. This is, obviously, something that the sales team has had to spend a disproportionate amount of time on. It's not what they do best, and so we're refocusing them on sort of creating demand and driving clinical value and great clinical outcomes and really supplementing them we're sort of experts in the field at the access problem. So I think that's where we we're slow out of the gate to getting those resources, getting the right resources on board. And I think that and combined with creating sort of a new role on the sales team around SINUVA specialists, which we just started doing in April just to kind of, once again, free up the sales team with some of the detail that's required around SINUVA and putting some of our best resources so that we can effectively walk and chew gum at the same time. But certainly not how we had intended this year to play out.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard S. Newitter**
*SVB Leerink LLC, Research Division*

Okay. That's helpful. And then just with respect to the SINUVA -- kind of the SINUVA hurdles, if I could break it into 2 areas. It sounds like part of it is getting doctors to be okay and comfortable doing buy-and-bill. That's not necessarily happening as quickly as you would have liked, though it's improving. And then the other, it seems like there's just too much back and forth on actually getting these things done, and you're staffing up to get that improved. I guess which of those 2 things do you think -- now that you have a J code in hand, you're on formulary for, I think, 70% of covered lives, I mean I guess which one of those 2 things do you think is the quicker fix? And how do you see some of those tailwinds on the reimbursement about J code being on formulary? How do you see those things kind of helping you maneuver through those 2 issues?

**Lisa D. Earnhardt**
*Director*

Yes. I think they're very much interlinked, Rich. In terms of which one is more impactful, I think all of those things will contribute to our SINUVA success. And it is important to note that while we have the preliminary decision on the J code, that it's not effective until January 2020. So we do anticipate it being more of a sog as we go throughout the year, and we have reflected that in our guidance.

**Operator**

Our next question comes from Matt O'Brien from Piper Jaffray.

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research Division*

This is actually Kevin Farshchi on for Matt. I wanted to put a finer point on some of the things that were asked. I think the first thing is on the updated guidance. Just thinking about how it was contemplated, I'm still not able to get to the numbers in terms of, s this more risk adjusting Q2? Or if I look at the model, if I assume no sequential growth for next quarter, I still can get there. So does the base business look more like mid-single digits this year versus low double digits that you talked about? Or are the SINUVA numbers coming further down? Just wanted to help us understand the pieces that are getting baked in, if you would.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Kevin, when we set out at the beginning of the year, we did not give specific product guidance. We did try to help understand our vision of how that might unfold over the year, and we're kind of in the same position where there's variability around our expectations for PROPEL and SINUVA. We understand very clearly what we need to accomplish with product access, with our sales force and so on over the next quarter or so. Certainly, Q2 is some -- we're going to create space for all of those initiatives to be successful and begin to get traction and then move forward in the year. And as you can understand, there's a range around both PROPEL and SINUVA and where they may land, but our guidance, obviously, reflects our best view of how the aggregate business should perform this year.

**Kevin Michael Farshchi**
*Piper Jaffray Companies, Research Division*

Okay. That's helpful. I guess the second one is just on the sales force front. I mean coming out of last year, could you talk a little bit about the incentives and the structures? So you're kind of keeping everybody with their eye on the ball relative to the existing base business and SINUVA along with the CEO transition. What has the communication process been? And are you baking in a little bit of attrition there as a result of these moving parts? I wanted to ask on that.

**Lisa D. Earnhardt**
*Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I would say our outlook reflects just the totality of everything that we have on the plate, both the challenges we're faced with SINUVA and how that impacts PROPEL. And clearly, there are some transitions that are happening here, in particular with me, that will impact things. I think that the team is in a great place. I have great conviction and belief in the leadership team and in the commercial organization. They have been nothing but pros as we work through the challenges we face with SINUVA. And so there are specific incentives, as you might imagine, in particular for the sales team to deliver on both SINUVA and PROPEL. We did make some tweaks there, as we typically do, with compensation on a quarterly basis to continue to focus them on the things that really matter. Most for it's really driving demand. So that's sort of at a high level what I would reflect on. I don't know, Jeri, do you have anything to add?

**Jeryl L. Hilleman**
*Chief Financial Officer*

No, [ I think that does it ].

**Operator**

Our next question comes from Chris Pasquale from Guggenheim.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

A couple of questions, first on SINUVA. Lisa, can you go into some more detail on why the changes you made 9 months ago didn't have the impact you expected? And what's different this time? Because as you said, these are the same issues we were discussing then, and the proposed solution then was also throwing more resources at the problem. So is the difference now that these are going to be Intersect employees instead of third-party consultants? Or is there something else that's materially different here?

**Lisa D. Earnhardt**
*Director*

Yes. I do think that part of that is there are now dedicated full-time employees with us. And previously, we had tried to solve for the issue by using a contract sales organization to really bolster our PROPEL sales and make sure that during that -- during the SINUVA launch period we weren't dropping balls on PROPEL. And we recognized that, that still left our sales organization and our sales representatives with doing a lot of the work as it relates to SINUVA, which creating the clinical demand, ensuring great clinical outcomes is right in their sweet spot. And I would put our sales team against any other as it relates to their capabilities there.

But what they aren't as skilled at, because it's not their typical medical device job, is all the work that's required for [ public ] access. And so instead of working primarily just without third parties there, the small team we've actually really bolstered that organization. And with 20-people strong, I feel significantly better than I did. In retrospect, as I look back, we definitely underpowered some of the market access piece of this launch going into it, and I think we've learned that the hard way the last several quarters.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

And then you talked about a 2-week turnaround for prior auth, but clearly physicians are being put off by something, and it seems like a bigger issue than just the hassle of some back and forth with the payer. Can you give us any metrics on the percentage of SINUVA prescriptions that are outright denied after the appeals process today? Or where the final reimbursement amount is well below cost?

**Lisa D. Earnhardt**
*Director*

No, it is not that, Chris. I wish we could point to that. But the good news is the vast majority of prescriptions that get written for SINUVA and just getting a prior authorization and the payment rates continue to be very healthy, which is sort of an appropriate markup over what the ASP is, it really is that back and forth that's taking time. It's not so much taking time for the physicians, but it's taking time for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the office staff. And you have to recognize there's an opportunity cost there in that back and forth. So sort of at the point is, hey, there's other things that they could "do with their business or do with their time that would be greater profit generators."

So I think that really is the issue that has just become, I think, the hassle that's gone above and beyond what they see are the benefits. So there's clearly some physicians who are still bought in. And we mentioned we'd work with about 600 physicians so far, and so it's not as if there aren't some who are weighing the benefits of the clinical outcome versus the active challenges. But it certainly -- it's hampered our ability to really accelerate growth with SINUVA.

**Christopher Thomas Pasquale**
*Guggenheim Securities, LLC, Research Division*

Okay. And then just lastly from me. The strategy behind reallocating sales resources versus adding absolute resources to the sales force, you obviously thought that the reps that you had in place previously were necessary to drive growth in the business. Now you're reshuffling some stuff around. How does that not impact future growth? And why not given the balance sheet situation maybe invest some more today to ensure that you've got -- you're overresourced across the board instead of ending up in a situation where you're again underpowered?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Chris, it's a good question and one that we've spent quite a bit of time on. As we look at field dynamics, where reps really need help with a little bit of offloading and some of the interactions with physician offices, we think that that's accomplished with the SINUVA specialist structure.

And in terms of how many people, we're leaving the territory structure we have basically in place. And we have about 80 territories -- 80 territory managers. That's not changing. This is adding additional horsepower, if you will, focused directly on SINUVA as a complement to that.

And with the number of physicians that we regularly interact with and work with that we're targeting for SINUVA, we think that redeployment is really the important element of furthering SINUVA along with keeping our territory structure in place, and we really have thought deeply about that and feel that's going to be a very effective structure for our sales force.

**Operator**

Our next question comes from Brian Weinstein from William Blair.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

This is actually Andrew Brackmann on for Brian. Maybe, Kieran, a question for you. Could you maybe give us a little bit more perspective on what sort of leader you're looking for as you go search for a replacement? What sort of qualifications that you're looking for? And then maybe a little bit more additional detail on the time line.

**Kieran Gallahue - Lead Director**

Yes, sure will. So let's just talk about this transition time and process. So as part of our normal succession planning process, the Board had always sort of looked at opportunities that if there was a succession at the CEO level how we could handle it in a way that would contribute to the business, would allow for seamless transfer of leadership and make sure that we don't miss a beat. And so as part of that, this overlap between Lisa and I is going to be a great time for me personally to get very deeply engaged in the business to work very closely with the team and to be a force in continuity between Lisa and as we transition to a new leader. So step one is to make sure that there was seamlessness, that there was continuity. And quite frankly, it's always a privilege to have the opportunity to dig in more deeply with the team.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

As we at the Board level will be searching for a replacement, we're thinking about an individual who has experience in ramping up organizations, that has dealt with growth markets and all the natural bumps and grinds that everybody goes through in a growth market. We always look back at organizations that have grown quickly and think about it as a straight line, but we all know that that's not the way it happens. It always comes in, in waves. So we want somebody who's lived through that and has experienced it. We're also looking at individuals who have the experience of having been in large organizations and understand the benefits of structure and in scaling. So we'll be looking across all those boundaries. But very importantly, we're also going to be looking at the fit, at the integrity and the core values of the individual and their ability to lead teams and their experience in having successfully done so. So hopefully that helps.

**Andrew Frederick Brackmann**
*William Blair & Company L.L.C., Research Division*

Yes, certainly. And then I guess maybe just thinking a little bit more longer term and strategically here. Obviously, the guidance here is sort of for mid-single digits in 2019. But as we think longer term, is the expectation for this business to still grow in that sort of 20% growth over the longer term?

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. Andrew, we really continue to hold that this is a growth company. We're excited both by the ongoing potential for PROPEL, which, as you know, is in 1 in 8 procedures, and I think really does have opportunity to grow; for SINUVA, with all the initiatives we're putting in place; and we also have the drug-coated balloon trial ongoing; and a pipeline beyond that. So certainly with all of those initiatives, we continue to see ourselves as a very strong growth company.

**Operator**

Our next question comes from Ravi Misra from Berenberg Markets.

[Operator Instructions] Our next question comes from Kyle Rose from Canaccord Genuity.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

And Lisa, congrats on the new role. It sounds like a great opportunity. I just wanted -- a lot has been asked on SINUVA. I just wanted to -- if we could go back and talk a little bit about the 600 accounts at [ that are or ] in SINUVA. So you've got the 600 accounts, 16,050 patients treated. It sounds like there's certainly a disconnect from, I guess, patient enrollments to the conversion process to getting these patients treated. Can you maybe talk about what has worked for those 600 accounts and those 16,000 patients? Are your first 100 accounts -- are they comfortable with the process and using things more frequently? And you've got a smaller -- a number of accounts that are maybe trialing and one-off patients and seeing how the process goes? Just help us understand what's going on beneath the top line that we see.

**Lisa D. Earnhardt**
*Director*

Yes, I think you're absolutely right is that we do have a smaller number of accounts that have figured this out. It's really those accounts that in particular have done buy-and-bill because they recognize in order to be able to offer SINUVA for all of their patients, putting aside what insurance they have, they need to feel comfortable with doing buy-and-bill, right, because we've talked about that at length before. And that's the way -- the practices who have really embraced SINUVA, who've embraced buy-and-bill, those are the ones who are starting to -- have to see a little bit more turnkey. It is absolutely not turnkey for anyone today, but it certainly is a smoother process there. And I think they've embraced that. They've also seen proof of payments. And as you know, we continue to collect EOBs, and we have a really strong library now of proof of payment across the country, and we think that's really helpful. And we have less than 200 accounts who really starting getting this, right? And I think they're also putting the right resources

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on their office teams. So oftentimes, it's having 1 person on their office who is running points on things versus having multiple, sometimes having that resident knowledge with one individual.

And so there are -- there definitely are some accounts who've started -- this is kind of a routine part of their process. But it is -- by any stretch of imagination, it's the minority today. And so that's exactly why we're rolling out the program like the master class, the SINUVA master class, because that gives us a great opportunity to go to all of our accounts, whether they're using SINUVA or not, to educate them about the product and also, even more importantly, educate them about access because a lot has changed since we've rolled it out. But there is a lot of positives to that as well as -- between the proof of payment, between the payer coverage that we have, the clinical outcomes, there's a lot of great things to educate our clinicians about SINUVA.

**Kyle William Rose**
*Canaccord Genuity Limited, Research Division*

Great. And then I wanted to circle back on a previous question from -- that Chris had. If I understand the commercial structure, you've got the 80 territory managers, then you've got the associate reps, and now you're going to have this increased resource for the -- on the reimbursement side, so there's 20 members there. It feels like there's some investment going on, but you're also talking about bringing down OpEx by $6 million. So can you maybe talk to us specifically about what investment is coming out this year? And I understand the reasoning for why. But maybe just help us understand specifically what resources have changed and where it's allocated.

**Jeryl L. Hilleman**
*Chief Financial Officer*

Yes. It's a good question. As we think about how we allocate our resources, we continue to prioritize support of our commercial objectives, and that includes the sales force. The field reimbursement team you're talking about has -- or that we have talked about has long been in our operating plan and remains in our operating plan. The slight rebalancing we're doing in the sales, which we see is a net positive, but it doesn't represent a change in resources. It's really more that we have found ways just through managing how we process things, some of things internally. We'll be reducing our hiring, which will be beneficial to the non-GAAP element of our OpEx going forward. So we continue to do that.

And I should also mention that we are continuing to invest in our pipeline. We have the ASCEND trial. We have other products that we're working on. So we believe the way that we're spending is very supportive of both our current and our long-term growth needs and that by -- just making sure that, that remains our focus, we can also achieve a little bit of rebalancing on the spending side.

**Operator**

And ladies and gentlemen, at this time, we're going to conclude today's question-and-answer session. I'd like to turn the conference call back over to Lisa Earnhardt for any closing remarks.

**Lisa D. Earnhardt**
*Director*

Well, thank you all for joining us today. We certainly appreciate your interest and support. Have a wonderful afternoon, and look forward to touching base with you all soon. Bye-bye.

**Operator**
Ladies and gentlemen, the conference has now concluded. We do thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.