# EXHIBIT 1

**INTERSECT'S REVENUE BETWEEN Q4 2017 AND Q1 2020**

| Period | Total Revenue | Change In Total Revenue YoY | Change In Total Revenue YoY (%) | SINUVA Revenue[1] | PROPEL Revenue | Change In PROPEL Revenue YoY | Change In PROPEL Revenue YoY (%) |
|---|---|---|---|---|---|---|---|
| Q4 17 | $29,529 | $5,298 | 21.9% | $0 | $29,529 | $5,298 | 21.9% |
| Q1 18 | $24,723 | $4,249 | 20.8% | $260 | $24,463 | $3,989 | 19.5% |
| Q2 18 | $26,300 | $2,315 | 9.7% | $512 | $25,788 | $1,803 | 7.5% |
| Q3 18 | $24,666 | $2,353 | 10.5% | $815 | $23,851 | $1,538 | 6.9% |
| Q4 18 | $32,783 | $3,254 | 11.0% | $1,174 | $31,609 | $2,080 | 7.0% |
| Q1 19 | $26,673 | $1,950 | 7.9% | $941 | $25,732 | $1,269 | 5.2% |
| Q2 19 | $26,659 | $359 | 1.4% | $1,096 | $25,563 | ($225) | -0.9% |
| Q3 19 | $24,056 | ($610) | -2.5% | $1,094 | $22,962 | ($889) | -3.7% |
| Q4 19 | $31,754 | ($1,029) | -3.1% | $1,354 | $30,400 | ($1,209) | -3.8% |
| Q1 20 | $19,826 | ($6,847) | -25.6% | $736 | $19,090 | ($6,642) | -25.8% |

---

[1] Before Q2 2019, Intersect only reported SINUVA revenue rounded to the nearest $100,000. Starting in Q2 2019, however, Intersect began to report SINUVA revenue rounded to the nearest $1000 and provided prior period comparisons that allowed more precise calculations of SINUVA revenue for prior periods.