# EXHIBIT 2

**PLAINTIFF'S CATEGORIZATION OF ALLEGED MISSTATEMENTS**

| Complaint Paragraph | Defendants' Category(ies) | Plaintiff's Add'l Category(ies) |
|---|---|---|
| ¶ 159 | 1 | 2 |
| ¶ 161 | 1 | 3 |
| ¶ 163 | 3 | - |
| ¶ 165 | 1 | 2 |
| ¶ 167 | 1, 2 | - |
| ¶ 169 | 1, 3 | 2 |
| ¶ 171 | 3 | 2 |
| ¶ 173 | 1 | 2 |
| ¶ 175 | 2 | - |
| ¶ 177 | 2 | - |
| ¶ 179 | 3 | 2 |
| ¶ 181 | 1 | 2 |
| ¶ 183 | 3 | 1 |
| ¶ 185 | 1, 3 | 2 |
| ¶ 187 | 2 | 3 |
| ¶ 189 | 1 | 2 |
| ¶ 191 | 1 | 2 |
| ¶ 193 | 1 | 2 |
| ¶ 195 | 2, 3 | - |
| ¶ 197 | 2, 3 | - |
| ¶ 199 | 1 | 2 |
| ¶ 201 | 3 | 2 |
| ¶ 203 | 3 | 2 |
| ¶ 205 | 2, 3 | - |
| ¶ 207 | 1 | 2 |
| ¶ 209 | 1 | 2 |
| ¶ 211 | 1 | 2 |
| ¶ 213 | 3 | - |
| ¶ 215 | 1 | 2 |
| ¶ 217 | 2, 3 | - |
| ¶ 219 | 1 | 2 |
| ¶ 221 | 1 | 3 |
| ¶ 222 | 1 | 3 |
| ¶ 223 | 3 | - |
| ¶ 224 | 3 | - |
| ¶ 226 | 1 | 2 |
| ¶ 228 | 3 | 2 |