```
 1  GLANCY PRONGAY & MURRAY LLP
    Lionel Z. Glancy (#134180)
 2  Robert V. Prongay (#270796)
    1925 Century Park East, Suite 2100
 3  Los Angeles, CA 90067
 4  Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
 5  Email: lglancy@glancylaw.com
           rprongay@glancylaw.com
 6         info@glancylaw.com
 7
    Attorneys for Lead Plaintiff Avi Yaron
 8
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>           v.<br><br>INTERSECT ENT, INC., LISA D. EARNHARDT, JERYL L. HILLEMAN, and ROBERT H. BINNEY, JR.,<br><br>                         Defendants. | Case No.: 4:19-cv-02647-JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Jeffrey S. White |

Lead Plaintiff Avi Yaron ("Plaintiff") and Defendants Intersect ENT, Inc. ("Intersect"), Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr. (collectively "Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, on March 4, 2021, the Parties reached an agreement in principle to settle this litigation in its entirety;

WHEREAS, on March 5, 2021, the Court entered an Order granting the Parties' Joint Stipulation to Vacate Dates and Set Date to File Motion for Preliminary Approval of Settlement, which provided that "Plaintiff will submit his motion for preliminary approval of the proposed class action settlement within 60 days of the Court's approval of this Stipulation, or will provide the Court with an update at that time" (ECF No. 58);

WHEREAS, the Parties have been diligently and in good faith negotiating the terms of the proposed settlement, but have not yet reached agreement on the final terms; and

WHEREAS, the proposed May 5, 2021 deadline for filing the anticipated motion for preliminary approval has not yet passed, and the Parties have met and conferred and reached an agreement, subject to the Court's approval, to extend the deadline for the filing of Plaintiff's anticipated motion for preliminary approval of the proposed class action settlement until May 14, 2021, nine (9) calendar days from the initial deadline.

THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by and through their respective counsel and subject to the Court's approval, as follows:

1. Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by May 14, 2021, or will provide the Court with an update at that time.

Dated: May 3, 2021                    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com

|   |   |
|---|---|
|   | rprongay@glancylaw.com |
|   | info@glancylaw.com |
|   |   |
|   | -and- |
|   |   |
|   | **HOLZER & HOLZER, LLC** |
|   | Corey D. Holzer (admitted *pro hac vice*) |
|   | 211 Perimeter Center Parkway, Suite 1010 |
|   | Atlanta, Georgia 30346 |
|   | Telephone: (770) 392-0090 |
|   | Facsimile: (770) 392-0029 |
|   | Email: cholzer@holzerlaw.com |
|   |   |
|   | *Attorneys for Lead Plaintiff Avi Yaron* |

Dated: May 3, 2021                    **COOLEY LLP**


By: *s/ Jeffrey D. Lombard*
Patrick E. Gibbs
Shannon M. Eagan
Jeffrey D. Lombard
3175 Hanover Street
Palo Alto, CA 9304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: pgibbs@cooley.com

*Attorneys for Defendants Intersect ENT, Inc., Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr.*

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: ___May 3, 2021___                    _____
                                           HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE