**HOLZER & HOLZER, LLC**
Corey D. Holzer (admitted *pro hac vice*)
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Lead Counsel for Lead Plaintiff Avi Yaron*
*and the Proposed Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI YARON, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:19-cv-02647-JSW |
| Plaintiff, | **NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| INTERSECT ENT, INC., LISA D. EARNHARDT, JERYL L. HILLEMAN, and ROBERT H. BINNEY, JR., | Hearing Date: June 25, 2021<br>Time: 9:00 a.m.<br>Location: Courtroom 5<br>Judge: Hon. Jeffrey S. White |
| Defendants. | |

NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT – Case No. 4:19-cv-02647-JSW

Lead Plaintiff Avi Yaron ("Plaintiff") respectfully submits this notice of non-opposition to his Motion for Preliminary Approval of Class Action Settlement (ECF No. 63, the "Preliminary Approval Motion").  The Preliminary Approval Motion was filed on May 14, 2021.  Thus, any opposition to the Preliminary Approval Motion was due May 28, 2021.  To date, no opposition has been filed with the Court and, furthermore, Defendants' counsel has filed a statement of non-opposition to the Preliminary Approval Motion.  ECF No. 65.

The Preliminary Approval Motion is therefore unopposed.  As such, the Court should grant the Preliminary Approval Motion so that notice of the proposed settlement can be issued to settlement class members and the settlement can proceed to the final approval stage, where the Court will make a final determination of whether the settlement is fair, reasonable, and adequate (the "Settlement Hearing").[1]

Dated: June 4, 2021

**HOLZER & HOLZER, LLC**

By: *s/ Corey D. Holzer*
Corey D. Holzer (admitted *pro hac vice*)
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

 -and-

Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  lglancy@glancylaw.com
        rprongay@glancylaw.com
        info@glancylaw.com

---

[1] As set forth in Plaintiff's memorandum in support of the Preliminary Approval Motion, Plaintiff respectfully requests that the Court schedule a date for the Settlement Hearing to occur at least 120 days after entry of the order granting the Preliminary Approval Motion.  ECF No. 63, at 25.  This will allow sufficient time for notices to be disseminated to settlement class members, and for settlement class members to file any objections or requests for exclusions.

NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT – Case No. 4:19-cv-02647-JSW

1

*Lead Counsel for Lead Plaintiff Avi Yaron and the Proposed Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case, and am over eighteen years old.  On June 4, 2021, I served true and correct copies of the foregoing document, by posted the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 4, 2021, at Atlanta, Georgia.

*s/ Corey D. Holzer*
Corey D. Holzer