UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**:  November 5, 2021                                    Time in Court: 4 minutes

**JUDGE: JEFFREY S. WHITE**                    **Court Reporter**: **Pamela Hebel**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.:  19-cv-02647 JSW**

**TITLE:   Ari Yaron, v. Intersect ENT, Inc., et al**

**COUNSEL FOR PLAINTIFF:**                    **COUNSEL FOR DEFENDANT:**

Jason Krajcer                                         Jeffrey Lombard
Joseph Cohen
Corey Holzer

**PROCEEDINGS:**       1. Motion for Settlement
                       2. Motion for Attorneys Fees

**RESULTS:**           Hearing held.
                       The Court heard from counsel.
                       No objections / requests for exclusion have been lodged.

                       The motions are taken under submission.
                       A written ruling shall issue.