**Pages 1 - 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jeffrey S. White, Judge

AVI YARON, ET AL.,                )
                                  )
          Plaintiffs,             )
                                  )
   VS.                            )      **NO. CV 19-02647-JSW**
                                  )
INTERSECT ENT, INC., ET AL.,      )
                                  )
          Defendants.             )
_____)

                         Oakland, California
                         Friday, November 5, 2021

                  **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    GLANCY PRONGAY & MURRAY LLP
                    1925 Century Park East, Suite 2100
                    Los Angeles, CA 90067
                 BY: **JASON LEE KRAJCER, ESQUIRE**
                     **JOSEPH DANIEL COHEN, ESQUIRE**

                    HOLZER AND HOLZER LLC
                    211 Perimeter Center Parkway
                    Atlanta, GA 30346
                 BY: **COREY DANIEL HOLZER, ESQUIRE**

For Defendants:
                    COOLEY LLP
                    1700 Seventh Avenue, Suite 1900
                    Seattle, WA 98101
                 BY: **JEFFREY DAVID LOMBARD, ESQUIRE**

Reported By:        Pamela Batalo-Hebel, CSR No. 3593, RMR, FCRR
                    Official Reporter

**Friday - November 5, 2021**                                    **9:00 a.m.**

**P R O C E E D I N G S**

**---000---**

THE CLERK:  Calling CV 19-2647, Ari Yaron vs. Intersect ENT, Inc., et al.

Counsel, please state your appearances, starting with the plaintiffs.

MR. KRAJCER:  Good morning, Your Honor.  This is Jason Krajcer of Glancy, Prongay & Murray for plaintiffs.

THE COURT:  Good morning.

MR. COHEN:  Good morning, Your Honor.  Joseph Cohen of Glancy, Prongay & Murray plaintiffs.

MR. HOLZER:  Good morning, Your Honor.  Corey Holzer, Holzer and Holzer, additional counsel for plaintiffs.

THE COURT:  And for defendant.

MR. LOMBARD:  Good morning, Your Honor.  This is Jeffrey Lombard from Cooley on behalf of all the defendants.

THE COURT:  All right.  Good morning, everybody.

This is a housekeeping matter.  When you speak, before you speak, please identify yourselves so the court reporter and the record will clearly reflect who is speaking.

So we're here today for the final approval hearing, and -- which of course, as counsel knows, is required.  And I've carefully reviewed all of the documentation, and for the most part, the Court is on board with the settlement and the terms

of the order, but I did have a couple of questions for counsel and also, in a sense, for people who might be joining this call who are other than counsel.  And the question is this:

So as of October 15th, 2021, there were no objections or requests for exclusion from the class, and so I want to ask if anyone appearing today, party or non-party, object to the settlement or the fee award, and I'll broaden that question a little bit to ask counsel if they are aware of any such objections.

So first before counsel speak, is there anybody, not counsel, who may be an objector on the line today?

All right.  Hearing none, I will assume there are none. So let me hear from counsel if they're aware of any late-breaking objections or requests for exclusions.

**MR. KRAJCER:**  Your Honor, this is Jason Krajcer, counsel for plaintiff.

And we are not aware of any objections.  We contacted the claims administrator yesterday, and they also are not aware of any objections at this point.

**THE COURT:**  Very well.

And Mr. Lombard?

**MR. LOMBARD:**  Yes, Your Honor.  This is Jeffrey Lombard from Cooley.

I let plaintiffs' counsel know last night, but we also have not received any indications from any shareholders that

there are objections or requests for exclusion.

**THE COURT:** Very well. Kind of segueing to my second question, and I guess I'll start this with plaintiffs' counsel. Will there be any additions to Exhibit 1 of the proposed final order listing any exclusions from the class?

**MR. KRAJCER:** No, Your Honor.

This is Jason Krajcer for plaintiffs.

There are no requests for exclusion.

**THE COURT:** Very well. Very well.

And, Mr. Lombard, are you aware of any?

**MR. LOMBARD:** Hi, Your Honor. Jeffrey Lombard again from Cooley.

No, we're not aware of any.

**THE COURT:** Okay. So my final question is, starting with plaintiffs' counsel, does plaintiff have anything else to add for the purpose of today's proceedings?

**MR. KRAJCER:** No, Your Honor. Just mention in passing that we're aware of -- this is Jason Krajcer again for plaintiffs.

That we're aware of the Northern District's guidance with respect to a post-distribution accounting within 21 days after the distribution, and we're ready and prepared to do that, and after we file our motion for distribution and have distribution, we intend on promptly providing that information to the Court.

**THE COURT:**  Very well.  Much appreciated.

Mr. Lombard, anything further from your perspective?

**MR. LOMBARD:**  Nothing further from the defendants.

**THE COURT:**  So for the Court, I wanted to thank counsel and the parties for working this matter out.  I know it was a hard-fought case and pretty high stakes and important interests were represented, but I always appreciate when excellent and experienced counsel get together, you know, consistent with their obligations to represent their clients, and work together to, if appropriate, come to a fair and just settlement, which I think this is, and the Court thanks the parties and will expeditiously sign the final order.

So thank you very much, counsel, and the matter is now adjourned.

**MR. KRAJCER:**  Thank you, Your Honor.

**MR. LOMBARD:**  Thank you, Your Honor.

(Proceedings adjourned at 9:02 a.m.)

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Monday, January 3, 2022

_Pamela Batalo Hebel_

_____
Pamela Batalo Hebel, CSR No. 3593, RMR, FCRR
U.S. Court Reporter